UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10827 DPW

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA<br>    Plaintiff<br><br>v.<br><br>FALCO CONSTRUCTION CORP.;<br>P & D BUILDERS, INC.;<br>and<br>MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER WITH JURY CLAIM OF THE DEFENDANT MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING

1. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 1 of plaintiff's complaint, as he has no personal knowledge thereof.

2. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 2 of plaintiff's complaint, as he has no personal knowledge thereof.

3. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 3 of plaintiff's complaint, as he has no personal knowledge thereof.

4. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating admits the averments contained in paragraph 4 of plaintiff's complaint.

### JURISDICTION AND VENUE

5. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 5 of plaintiff's complaint, as it calls for a legal analysis.

6. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 6 of plaintiff's complaint, as it calls for a legal analysis.

## GENERAL ALLEGATIONS

7. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 7 of plaintiff's complaint, as he has no personal knowledge thereof.

8. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 8 of plaintiff's complaint, as he has no personal knowledge thereof.

9. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 9 of plaintiff's complaint, as he has no personal knowledge thereof.

10. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 10 of plaintiff's complaint, as he has no personal knowledge thereof.

11. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 11 of plaintiff's complaint, as he has no personal knowledge thereof.

## COUNT 1
## NEGLIENCE (FFIC VS. FALCO)

1-11  Defendant Michael Carresi d/b/a Carresi Plumbing & Heating affirms re-alleges and incorporates herein its responses to paragraphs 1-11 of this complaint.

12. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 12 of plaintiff's complaint, as he has no personal knowledge thereof.

13. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 13 of plaintiff's complaint, as he has no personal knowledge thereof.

WHEREFORE, defendant Michael Carresi d/b/a Carresi Plumbing & Heating prays that this Court dismiss this Count 1 of the plaintiff's complaint and enter judgment for the defendant Michael Carresi d/b/a Carresi Plumbing & Heating which includes an award of costs to the defendant Michael Carresi d/b/a Carresi Plumbing & Heating.

## COUNT 2
## BREACH OF CONTRACT (FFIC VS. FALCO)

1-11  Defendant Michael Carresi d/b/a Carresi Plumbing & Heating affirms re-alleges and incorporates herein its responses to paragraphs 1-11 of this complaint.

12. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 12 of plaintiff's complaint, as he has no personal knowledge thereof.

13. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 13 of plaintiff's complaint, as he has no personal knowledge thereof.

14. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 14 of plaintiff's complaint, as he has no personal knowledge thereof.

WHEREFORE, defendant Michael Carresi d/b/a Carresi Plumbing & Heating prays that this Court dismiss this Count 2 of the plaintiff's complaint and enter judgment for the defendant Michael Carresi d/b/a Carresi Plumbing & Heating which includes an award of costs to the defendant Michael Carresi d/b/a Carresi Plumbing & Heating.

## COUNT 3
## NEGLIENCE (FFIC VS. P & D BUILDERS)

1-11 Defendant Michael Carresi d/b/a Carresi Plumbing & Heating affirms re-alleges and incorporates herein its responses to paragraphs 1-11 of this complaint.

12. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 12 of plaintiff's complaint, as he has no personal knowledge thereof.

13. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 13 of plaintiff's complaint, as he has no personal knowledge thereof.

WHEREFORE, defendant Michael Carresi d/b/a Carresi Plumbing & Heating prays that this Court dismiss this Count 3 of the plaintiff's complaint and enter judgment for the defendant Michael Carresi d/b/a Carresi Plumbing & Heating which includes an award of costs to the defendant Michael Carresi d/b/a Carresi Plumbing & Heating.

## COUNT 4
## BREACH OF CONTRACT (FFIC VS. FALCO

1-11 Defendant Michael Carresi d/b/a Carresi Plumbing & Heating affirms re-alleges and incorporates herein its responses to paragraphs 1-11 of this complaint.

12. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 12 of plaintiff's complaint, as he has no personal knowledge thereof.

13. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 13 of plaintiff's complaint, as he has no personal knowledge thereof.

14. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating can neither admit nor deny the averments of paragraph 14 of plaintiff's complaint, as he has no personal knowledge thereof.

WHEREFORE, defendant Michael Carresi d/b/a Carresi Plumbing & Heating prays that this Court dismiss this Count 4 of the plaintiff's complaint and enter judgment for the defendant Michael Carresi d/b/a Carresi Plumbing & Heating which includes an award of costs to the defendant Michael Carresi d/b/a Carresi Plumbing & Heating.

## COUNT 5
## NEGLIENCE (FFIC VS. CARRESI)

1-11. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating affirms re-alleges and incorporates herein its responses to paragraphs 1-11 of this complaint.

12. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating denies averments of paragraph 12 of plaintiff's complaint, and calls upon the plaintiff to prove same.

13. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating denies averments of paragraph 13 of plaintiff's complaint, and calls upon the plaintiff to prove same.

WHEREFORE, defendant Michael Carresi d/b/a Carresi Plumbing & Heating prays that this Court dismiss this Count 5 of the plaintiff's complaint and enter judgment for the defendant Michael Carresi d/b/a Carresi Plumbing & Heating which includes an award of costs to the defendant Michael Carresi d/b/a Carresi Plumbing & Heating.

## COUNT 6
## BREACH OF CONTRACT (FFIC VS. CARRESI)

1-11. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating affirms re-alleges and incorporates herein its responses to paragraphs 1-11 of this complaint.

12. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating denies averments of paragraph 12 of plaintiff's complaint, and calls upon the plaintiff to prove same.

13. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating denies averments of paragraph 13 of plaintiff's complaint, and calls upon the plaintiff to prove same.

14. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating denies averments of paragraph 14 of plaintiff's complaint, and calls upon the plaintiff to prove same.

WHEREFORE, defendant Michael Carresi d/b/a Carresi Plumbing & Heating prays that this Court dismiss this Count 6 of the plaintiff's complaint and enter judgment for the defendant Michael Carresi d/b/a Carresi Plumbing & Heating which includes an award of costs to the defendant Michael Carresi d/b/a Carresi Plumbing & Heating.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim against this defendant for which relief can be granted

2. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that the injuries or damages alleged were caused in whole or in part by the plaintiff's own negligence, or the negligence of the person in whose care and custody the plaintiff was at the time of the accident alleged in plaintiff's complaint.

3. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that the acts or omissions alleged in plaintiff's complaint to be negligent were committed, if at all, by a person or persons for whose conduct the defendant Michael Carresi d/b/a Carresi Plumbing & Heating was not legally responsible.

4. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that the injuries or damages alleged were caused in whole or in part by the conduct of the plaintiff and/or the plaintiff's agents, servants or employees, which conduct violated the various laws, statutes, ordinances and regulations governing the conduct of the parties at the time said injuries or damages were sustained.

5. In the event the defendant Michael Carresi d/b/a Carresi Plumbing & Heating is found negligent, which the defendant Michael Carresi d/b/a Carresi Plumbing & Heating denies, then the defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that the plaintiff was comparatively negligent and that said negligence was greater than that of the defendant Michael Carresi d/b/a Carresi Plumbing & Heating, barring plaintiff's recovery.

6. Defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that if it shall appear at the trial of this matter that the plaintiff sustained injuries and/or damages as alleged in the complaint, then said injuries and/or damages were the result of the negligence of the plaintiff, which was the cause or a contributing cause of said injuries and/or damages.

7. The defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that there has been an insufficiency of process.

8. The defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that there has been an insufficiency of service of process.

9. The defendant Michael Carresi d/b/a Carresi Plumbing & Heating says that the plaintiff has not commenced this action within the time allowed by statute for the commencement of such actions.

10. The defendant Michael Carresi d/b/a Carresi Plumbing & Heating denies each and every paragraph, averment, item and matter set forth in plaintiff's complaint, which has not been specifically admitted.

**DEFENDANT MICHAEL CARRESI d/b/a <u>CARRESI PLUMBING & HEATING</u> DEMANDS A TRIAL BY JURY ON ALL ISSUES**

Dated: 5/23/05

By his attorney,

*[signature]*

Robert P. Turner, Esquire
BBO#: 504900
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
Telephone: (866) 290-7435

## CERTIFICATE OF SERVICE

I, Robert P. Turner, attorney for the above named defendant, do hereby certify that I caused a copy of the within document to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks CT 06096

Falco Construction Corp.
10 Willowood Drive
Stoughton, MA 02072

P & D Builders, Inc.
6 Water Street
East Weymouth, MA 02189

Signed under the pains and penalties of perjury this 23rd day of May 2005.

Robert P. Turner Esquire