UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 24  P 12: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.: 05-10827 DPW

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE | ) |
| COMPANY as subrogee of JULIA | ) |
| PAVIA | ) |
|     Plaintiff | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| FALCO CONSTRUCTION CORP.; | ) |
| P & D BUILDERS, INC.; | ) |
| and | ) |
| MICHAEL CARRESI d/b/a CARRESI | ) |
| PLUMBING & HEATING | ) |
|     Defendants | ) |

## NOTICE OF APPEARANCE

Pursuant to F. R. C. P. Rule 11(b), please enter my appearance for the defendant Michael Carresi
d/b/a Carresi Plumbing & Heating.

Date: ___5/23/05___

By its attorney,

Robert P. Turner, Esquire
BBO#: 504900
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
Telephone: (866) 290-7435

## CERTIFICATE OF SERVICE

I, Robert P. Turner, attorney for the above named defendant, do hereby certify that I caused a copy of the within document to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks CT 06096

Falco Construction Corp.
10 Willowood Drive
Stoughton, MA 02072

P & D Builders, Inc.
6 Water Street
East Weymouth, MA 02189

Signed under the pains and penalties of perjury this _23rd_ day of _May_ 2005.

Robert P. Turner Esquire