AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA

V.

FALCO CONSTRUCTION CORP., P & D BUILDERS, INC. and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 10827 DPW

TO: (Name and address of Defendant)

MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING
513 Bird Street
Mansfield, MA 02048

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STUART G. BLACKBURN, ESQ.
Law Offices of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    4-25-05

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*   May 16, 2005

I hereby certify and return that on 5/10/2005 at 03:37 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Michael Carresi dba Carresi Plumbing & Heating, 513 Bird Street Mansfield, MA 02048 and by mailing first class mail to the above-mentioned address on 5/10/2005. Copies ($4.00), Conveyance ($4.50), Travel ($14.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $56.15

*Deputy Sheriff*

Deputy Sheriff Milton L. Knox, Jr.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.