UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE FIREMAN'S FUND INSURANCE
COMPANY as subrogee of JULIA PAVIA,
        Plaintiff,

v.

FALCO CONSTRUCTION CORP., P&D
BUILDERS, INC., and MICHAEL
CARRESI d/b/a CARRESI PLUMBING &
HEATING.
        Defendants.

CIVIL ACTION NO.: 05-10827DPW

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendant, P&D Builders, Inc. in the above-captioned matter.

        The Defendant,
        P&D Builders, Inc.,
        By its Attorneys,

        _____
        William Joseph Flanagan, BBO#556598
        **MORRISON MAHONEY LLP**
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

1145320v1

2

## CERTIFICATE OF SERVICE

    I, William Joseph Flanagan, attorney for the defendants, hereby certify that I have this day served the foregoing **Notice of Appearance** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA 01501

Dated: 6/3/05    Attorney: _____

2

1145320v1