UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE FIREMAN'S FUND INSURANCE
COMPANY as subrogee of JULIA PAVIA,
Plaintiff,

v.

FALCO CONSTRUCTION CORP., P&D
BUILDERS, INC., and MICHAEL
CARRESI d/b/a CARRESI PLUMBING &
HEATING.
Defendants.

CIVIL ACTION NO.: 05-10827DPW

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendant, P&D Builders, Inc. in the above-captioned matter.

The Defendant,
P&D Builders, Inc.,
By its Attorneys,

_____
Curtis L.S. Carpenter, BBO#657358
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

1145555v1

## CERTIFICATE OF SERVICE

I, Curtis L.S. Carpenter, attorney for the defendants, hereby certify that I have this day served the foregoing **Notice of Appearance** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA 01501

Dated: 6/2/05   Attorney: *[signature] Curtis Carpenter*