IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 DPW

Plaintiff,

vs

APPEARANCE

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

JUNE 14, 2005

Defendants.

-----------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 7(b) please enter my appearance as counsel in this case for the Plaintiff, FIREMAN'S FUND INSURANCE COMPANY.

Erik Loftus, Esq.
Law Offices of
  Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
BBO# 656315

## CERTIFICATION

I hereby certify that a copy of the APPEARANCE has been mailed, first class mail, postage prepaid on the 14th day of June, 2005 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA 01501
(Michael Carresi dba Carressi Plumbing & Heating)

Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

_____
Erik Loftus, Esq.