IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California
        Plaintiff,
vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING
        Defendants.
---------------------------------------------------------------X

CIVIL ACTION NO.:

05-10827 DPW

Judge Douglas P. Woodlock

JUNE 16, 2005

## NOTICE OF MANUAL FILING

  Please take notice that the Plaintiff, FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, has manually filed the following documents:

1) The following attachments to Plaintiff's 26(s) Initial Disclosures:
  -Engineering and Fire Investigations, evidence transmittal letter;
  -Bures Consultants Inc. report; and
  -Newton Fire Department report.

These documents have not been filed electronically because:

[ ]  the document cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document by Court order.

The documents have been manually served on all parties.

      FIREMAN'S FUND INSURANCE COMPANY

      _____
      Erik Loftus, Esquire
      Law Offices of Stuart G. Blackburn
      Two Concorde Way, P.O. Box 608
      Windsor Locks, CT 06096
      (860) 292-1116
      BBO# 656315

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA           CIVIL ACTION NO.
77 San Marin Drive                   05-10827 DPW
Novado, California

       Plaintiff,
  vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI      JUNE 16, 2005
PLUMBING & HEATING

       Defendants.
---------------------------------------------------------X

## 26(a) INITIAL DISCLOSURES

### A. INDIVIDUALS WHO MAY POSSESS DISCOVERABLE INFORMATION

Michael Caressi d/b/a
Michael Caressi Plumbing
513 Bird Street
Mansfield, MA

Falco Construction
10 Willowood Drive
Stoughton, MA

P&D Builders
6 Water Street
East Weymouth, MA

Genevieve Bures
Bures Consultants, Inc.
297 Front Street
Berea, OH

Newton Fire Department
Newton, MA

Julia Pavia
104 Hammondswood Road
Newton, MA

Joseph Franco
Craig/IS
PO Box 40569
Jacksonville, FL

## B. DOCUMENTS SUPPORTING PLAINTIFF'S CLAIM

A. Engineering and Fire Investigations, evidence transmittal letter (attached.)

B. Bures Consultants, Inc. report (attached).

C. Newton Fire Department report (attached.)

## C. COMPUTATION OF DAMAGES

$623,107.47
Supporting documents available upon request.

## D. INSURANCE AGREEMENT

Available upon request.


**FIREMAN'S FUND INSURANCE COMPANY**
By its attorneys,

_____
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
BBO# 656315

2

## CERTIFICATION

I hereby certify that a copy of 26(a) Initial Disclosures has been mailed, first class mail, postage prepaid on the 16th day of June, 2005 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
(Michael Carresi dba Carressi Plumbing & Heating)

Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

_____
Erik Loftus, Esq.