IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

      Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

      Defendants.

------------------------------------------------------------X

CIVIL ACTION NO.:

05-10827 DPW

Judge Douglas P. Woodlock

JUNE 16, 2005

## NOTICE OF MANUAL FILING

  Please take notice that the Plaintiff, FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, has manually filed the following documents:

1) The following attachments to Plaintiff's 26(s) Initial Disclosures:
   - Engineering and Fire Investigations, evidence transmittal letter;
   - Bures Consultants Inc. report; and
   - Newton Fire Department report.

These documents have not been filed electronically because:

[ ] the document cannot be converted to an electronic format
[X] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document by Court order.

The documents have been manually served on all parties.

FIREMAN'S FUND INSURANCE COMPANY

_____
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way, P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
BBO# 656315