IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------X

FIREMAN'S FUND INSURANCE  COMPANY
as subrogee of JULIA PAVIA                          CIVIL ACTION NO.
77 San Marin Drive                                       05-10827 DPW
Novado, California

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI              JUNE 16, 2005
PLUMBING & HEATING

Defendants.

-------------------------------------------------------------X

## 26(a) INITIAL DISCLOSURES

### A. INDIVIDUALS WHO MAY POSSESS DISCOVERABLE INFORMATION

Michael Caressi d/b/a
Michael Caressi Plumbing
513 Bird Street
Mansfield, MA

Falco Construction
10 Willowood Drive
Stoughton, MA

P&D Builders
6 Water Street
East Weymouth, MA

Genevieve Bures
Bures Consultants, Inc.
297 Front Street
Berea, OH

Newton Fire Department
Newton, MA

Julia Pavia
104 Hammondswood Road
Newton, MA

Joseph Franco
Craig/IS
PO Box 40569
Jacksonville, FL

## B. DOCUMENTS SUPPORTING PLAINTIFF'S CLAIM

A. Engineering and Fire Investigations, evidence transmittal letter (attached.)

B. Bures Consultants, Inc. report (attached).

C. Newton Fire Department report (attached.)

## C. COMPUTATION OF DAMAGES

$623,107.47
Supporting documents available upon request.

## D. INSURANCE AGREEMENT

Available upon request.


**FIREMAN'S FUND INSURANCE COMPANY**
By its attorneys,

Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
BBO# 656315

## CERTIFICATION

I hereby certify that a copy of 26(a) Initial Disclosures has been mailed, first class mail, postage prepaid on the 16th day of June, 2005 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
(Michael Carresi dba Carressi
Plumbing & Heating)

Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

Erik Loftus, Esq.

FROM :EF1 Jeff Lowe          FAX NO. :5088852043          Feb. 19 2004 09:21AM  P1

FFIC  1100 426 7142.

1 of 2



**EVIDENCE TRANSMITTAL LETTER**

**EFI**
Engineering and Fire
Investigations

EFI NO. 94507-01708

Date of Fire  1/25/04

Date Evidence
Taken  2/18/04

Laboratory Processing Evidence  EFI Storage

Insured  Julie Pavia

Location  Newton, MA

Date Submitted _____

Evidence taken by: _____

Evidence Transported by: _____

Evidence received by: _____

List of Specimens

1. Set of irons & grate
2. 1 Red brick
3. Non-combustible material
4. Burner unit & components
5. Pine cones
6. Logs from FP
7. Sand & floor materials

Location taken from

2nd fl office fireplace
"           "
"           "
"           "
"           "
"           "
"           "

Examination requested  _____

Condition of Scene
(weather - altered -
undisturbed, etc.)  _____

Original report
& invoice to:   Name:  John Benfiglioli          Policy No: NZD2709996
             Company:  Firemans Fund          Claim No: —
               Street:  946 Great Plain Ave. #140
          City, State, Zip:  Needham, MA 02492

Copy of report to:      EFI
                    J. Lowe

FROM :EFI Jeff Lowe                    FAX NO. :5088862043           Feb. 19 2004 09:23AM  P2



**EFI**

Engineering and Fire
Investigations

**EVIDENCE TRANSMITTAL LETTER**

$2 \text{ of } 2$

**EFI** NO.  9V507-01708

Date of Fire  1/25/07

Date Evidence
Taken  1/18/04

Laboratory Processing Evidence _____

Insured  Julia Pavia

Location  Newton, MA

Date Submitted _____

Evidence taken by: _____

Evidence Transported by: _____

Evidence received by: _____

**List of Specimens**

#8 : Combustible flooring

#9 : Unburned insulation

**Location taken from**

below office fireplace

**Examination requested**  Storage

**Condition of Scene**
(weather - altered -
undisturbed, etc.)

**Original report
& invoice to:**   Name:  John Binfiglisti

Company: _____   Claim No: _____

Street: _____

City, State, Zip: _____

Copy of report to:      **EFI**

_____  Policy No: _____

# BURES CONSULTANTS, INC.

297 Front Street
Berea, Ohio  44017

Phone: 440-816-0525        Toll free: 800-462-5822        Fax: 440-816-0491

**REPORT ON**

**FIREPLACE INSPECTION**

**NEWTON, MASSACHUSETTS**

Prepared for:

Craig/IS LTD.

Claim # F.F.11004267142

Bures Consultants File # 040201

JULIE PAVIA

March, 2004

# BURES CONSULTANTS, INC.

297 Front Street
Berea, Ohio 44017

Phone: 440-816-0525          Toll free: 800-462-5822          Fax: 440-816-0491

March 16, 2004

Mr. Rembrant Moses
Craig/IS LTD.
225 Water Street, Suite 1700
Jacksonville, Florida 32202

<table>
<tr><td>re:</td><td>INSURED:</td><td>JULIE PAVIA</td></tr>
<tr><td></td><td>CLAIM NUMBER:</td><td>F.F.11004267142</td></tr>
<tr><td></td><td>OUR FILE NUMBER:</td><td>040201</td></tr>
<tr><td></td><td>DATE OF LOSS:</td><td>January 26, 2004</td></tr>
</table>

Dear Mr. Moses:

On February 2, 2004, I was contacted by your office and requested
to assist and consult in connection with a dwelling fire which
had occurred on January 26, 2004, at the home of Julie Pavia,
104 Hammons Wood Road, Newton, Massachusetts 02467.

The report contained herein is a result of my inspection.  All
pertinent information has been evaluated and incorporated into
this report.  All notes and information concerning this case
will remain on file in this office for a period of ten (10)
years.

Should you have any questions concerning my inspection or this
report, please feel free to call this office at any time.

Sincerely,

*Genevieve Bures*

GENEVIEVE BURES, CFI
Certified Fire Investigator
CFI-IAAI #01-012

GB:pb

## CONCLUSIONS

Based on a physical inspection of the home involved in this fire, and after a careful evaluation of all remaining available evidence, it is my professional opinion that Mr. Lowe was correct in his determination as to the origin and cause of this fire. The fire originated in combustible materials in direct contact with the fireplace hearth floor.  The cause of this fire was direct heat conduction from the hearth floor to the combustible materials below, resulting in ignition of those combustible materials.

Based on my knowledge, training and years of experience as a Certified Fire Investigator, as well as my specific expertise in fireplace and chimney construction, it is my professional opinion that National Fire Protection Association Standard 211, which is the minimum fire code requirement which addresses fireplace and chimney construction, was violated.  In addition, National Fire Protection Association Standard 54, which is the minimum fire code requirement which addresses gas-fueled appliance installation and venting, was also violated.  In fact, my inspection showed multiple violations of both codes in this installation.

Construction of the fireplace, firebox, smoke chamber, hearth, hearth extension, flue and chimney violated minimum fire code requirements and standards of NFPA 211.

Installation of the gas supply piping system, Class B gas vent, and the installation of the gas log set itself, violated minimum fire code requirements and standards of NFPA 54.

Respectfully submitted,

*Genevieve Bures*

GENEVIEVE BURES, CFI
Certified Fire Investigator
CFI-IAAI #01-012

## OBSERVATIONS

On February 2, 2004, at the time that this case was assigned to our office, I was requested to contact Mr. Jeff Lowe of EFI Engineering and Fire Investigations. Mr. Lowe is the Certified Fire Investigator who conducted the origin and cause of this fire and I was to contact Mr. Lowe to make arrangements to inspect the fireplace at the loss location. Arrangements were made to meet Mr. Lowe at the Pavia residence on February 12, 2004, and to remain in the Newton, Massachusetts area for a second general inspection on February 13, 2004.

Mr. Lowe and I met at the loss location on February 12th and I had an opportunity to interview Ms. Pavia and to conduct an inspection of the fireplace and the fireplace venting that had been installed in the home. My inspection did not change in any manner the evidence at the scene. I did not move or alter any of the fireplace components. My inspection was to determine the manufacturer of the unit, to take measurements and photographs. The second inspection with all interested parties which took place on February 13th, involved moving of the evidence and also securing of that evidence.

In interviewing Ms. Pavia, she provided the following information:

Ms. Pavia stated that the home had been remodeled approximately three years ago and a masonry fireplace was built in the office area on the second level of the home. A set of gas logs was installed into that masonry fireplace at the time of the remodeling.

Ms. Pavia stated that the fireplace in the office was used approximately once a week during the cold weather. In answer to this investigator's direct questions, Ms. Pavia stated that she had experienced no problems with the fireplace and that she had noticed no soot throughout the house as the result of using that appliance. I asked if a set of glass doors had ever been installed on the unit and Ms. Pavia stated that the fireplace screen was all that had been installed. I asked her how she operated the unit and if she knew how to open the damper.

Ms. Pavia stated that there was no damper in the
fireplace itself.

Ms. Pavia stated that on Sunday, January 25, 2004,
she had a pipe burst in the house at approximately
11:30 AM and a plumber responded to complete a
plumbing repair.  Ms. Pavia stated that at approximately
2AM on Monday, January 26, 2004, she was awakened by
smoke in her bedroom.  She stated that she walked out
of her bedroom into the office and opened the office
windows.  Ms. Pavia then proceeded to search through
the house looking for the source of the smoke and
possibly a fire.  She moved through the entire house,
ending up in the basement, and she saw no fire whatsoever.
Returning to the first floor level, Ms. Pavia stated that
she was standing at the top of the stairs which led into
the addition at the first floor level when she heard
crackling.  Ms. Pavia stated that the crackling sound was
coming from the ceiling over her head which would put it
in the floor space of the office at the second floor level.
Ms. Pavia stated she saw no flames but heard only a
crackling noise which she identified as possibly a fire.
She stated prior to this time, she had had no problems
whatsoever with the fireplace and she had been aware
earlier that evening of no prior out-of-the ordinary
smells or sounds.  Ms. Pavia stated that she contacted
the fire department who responded and extinguished the
fire at the residence.

PAVIA
PAGE 3



PHOTO #1

Photo #1 shows the office area of the remodeled second floor
level. The fireplace is positioned in the corner of the room
and basically against the exterior wall of the original
construction. The red arrow in Photo #1 highlights the original
exterior wall of the home. The remodeling extended the back of
the house at both the first floor and second floor levels.

PAVIA
PAGE 4



PHOTO #2

Photo #2 is a close-up of the fireplace and the gas log set that had been installed within that appliance. Measurements taken of the surround of the fireplace showed that it did not meet the minimum fire code clearance requirements. In addition, I noted immediately that the fireplace sat on the combustible floor. The grate, as well as the gas log unit components, had been removed from the fireplace by the fire department at the time of extinguishment.

PAVIA
PAGE 5



PHOTO #3

Photo #3 is a close-up of the gas log components.  The red arrow
in Photo #3 highlights the fact that we have some smoke damage
at the lower right edge of the fireplace surround.  As you can
see, the fire department removed the base molding at that
location as smoke staining is evident on the brick work.

PAVIA
PAGE 6



PHOTO #4

Photo #4 demonstrates the fact that the hearth extension sits down
inside the combutible flooring material.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X

FIREMAN'S FUND INSURANCE  COMPANY
as subrogee of JULIA PAVIA                    CIVIL ACTION NO.
77 San Marin Drive                            05-10827 DPW
Novado, California

                    Plaintiff,

          vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI              JUNE 16, 2005
PLUMBING & HEATING

                    Defendants.

---------------------------------------------------------------X

## 26(a) INITIAL DISCLOSURES

### A. INDIVIDUALS WHO MAY POSSESS DISCOVERABLE INFORMATION

Michael Caressi d/b/a
Michael Caressi Plumbing
513 Bird Street
Mansfield, MA

Falco Construction
10 Willowood Drive
Stoughton, MA

P&D Builders
6 Water Street
East Weymouth, MA

Genevieve Bures
Bures Consultants, Inc.
297 Front Street
Berea, OH

Newton Fire Department
Newton, MA

Julia Pavia
104 Hammondswood Road
Newton, MA

Joseph Franco
Craig/IS
PO Box 40569
Jacksonville, FL

## B. DOCUMENTS SUPPORTING PLAINTIFF'S CLAIM

A. Engineering and Fire Investigations, evidence transmittal letter (attached.)

B. Bures Consultants, Inc. report (attached).

C. Newton Fire Department report (attached.)

## C. COMPUTATION OF DAMAGES

$623,107.47
Supporting documents available upon request.

## D. INSURANCE AGREEMENT

Available upon request.

**FIREMAN'S FUND INSURANCE COMPANY**
By its attorneys,

Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
BBO# 656315

## CERTIFICATION

I hereby certify that a copy of 26(a) Initial Disclosures has been mailed, first class mail, postage prepaid on the 16th day of June, 2005 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
(Michael Carresi dba Carressi
Plumbing & Heating)

Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

Erik Loftus, Esq.

FFIC 1100 426 7142.

FROM :EF1 Jeff Lowe          FAX NO. :5088852043          Feb. 19 2004 09:21AM P1

1 of 2



**EFI**

Engineering and Fire
Investigations

**EVIDENCE TRANSMITTAL LETTER**

EFI NO. 94507-01708                    Insured  Julie Pavia

Date of Fire  1/25/04                  Location  Newton, MA

Date Evidence
Taken  2/18/04                         Date Submitted _____

Laboratory Processing Evidence  EFI Storage

Evidence taken by: _____

Evidence Transported by: _____

Evidence received by: _____

List of Specimens                      Location taken from

1. Set of irons & grate                2nd fl office fireplace
2. 1 Red brick                         "            "
3. Non-combustible material            "            "
4. Burner unit & components            "            "
5. Pine cones                          "            "
6. Logs from FP                        "            "
7. Sand & floor materials              "            "

Examination requested  _____

Condition of Scene
(weather - altered -
undisturbed, etc.)  _____

Original report
& invoice to:    Name:  John Benfiglioli     Policy No: NZD2709996
               Company:  Fireman's Fund        Claim No: ___
                Street:  946 Great Plain Ave. #140
            City, State, Zip:  Needham, MA 02492

Copy of report to:    EFI
                      J. Lowe

FROM :EFI Jeff Lowe                    FAX NO. :5088862043          Feb. 19 2004 09:23AM P2



2 of 2

**EFI**

Engineering and Fire
Investigations

**EVIDENCE TRANSMITTAL LETTER**

**EFI** NO. 9457-01708

Date of Fire 1/25/04

Date Evidence
Taken 1/18/04

Laboratory Processing Evidence

Insured Julia Pavia

Location Newton, MA

Date Submitted

Evidence taken by:

Evidence Transported by:

Evidence received by:

**List of Specimens**

#8. Combustible flooring

#9. Unburned insulation

**Location taken from**

below office fireplace

**Examination requested** Storage

**Condition of Scene**
(weather - altered -
undisturbed, etc.)

**Original report**
**& invoice to:** Name: John Binfiglili

Company:

Street:

City, State, Zip:

Copy of report to:      **EFI**

Policy No:

Claim No:

# BURES CONSULTANTS, INC.

297 Front Street
Berea, Ohio 44017

Phone: 440-816-0525        Toll free: 800-462-5822        Fax: 440-816-0491

**REPORT ON**

**FIREPLACE INSPECTION**

**NEWTON, MASSACHUSETTS**

Prepared for:

Craig/IS LTD.

Claim # F.F.11004267142

Bures Consultants File # 040201

JULIE PAVIA

March, 2004

# BURES CONSULTANTS, INC.

297 Front Street
Berea, Ohio  44017

Phone: 440-816-0525          Toll free: 800-462-5822          Fax: 440-816-0491

March 16, 2004

Mr. Rembrant Moses
Craig/IS LTD.
225 Water Street, Suite 1700
Jacksonville, Florida 32202

|      |                  |                  |
|------|------------------|------------------|
| re:  | INSURED:         | JULIE PAVIA      |
|      | CLAIM NUMBER:    | F.F.11004267142  |
|      | OUR FILE NUMBER: | 040201           |
|      | DATE OF LOSS:    | January 26, 2004 |

Dear Mr. Moses:

On February 2, 2004, I was contacted by your office and requested
to assist and consult in connection with a dwelling fire which
had occurred on January 26, 2004, at the home of Julie Pavia,
104 Hammons Wood Road, Newton, Massachusetts 02467.

The report contained herein is a result of my inspection.  All
pertinent information has been evaluated and incorporated into
this report.  All notes and information concerning this case
will remain on file in this office for a period of ten (10)
years.

Should you have any questions concerning my inspection or this
report, please feel free to call this office at any time.

Sincerely,

Genevieve Bures

GENEVIEVE BURES, CFI
Certified Fire Investigator
CFI-IAAI #01-012

GB:pb

## CONCLUSIONS

Based on a physical inspection of the home involved in this fire, and after a careful evaluation of all remaining available evidence, it is my professional opinion that Mr. Lowe was correct in his determination as to the origin and cause of this fire. The fire originated in combustible materials in direct contact with the fireplace hearth floor.  The cause of this fire was direct heat conduction from the hearth floor to the combustible materials below, resulting in ignition of those combustible materials.

Based on my knowledge, training and years of experience as a Certified Fire Investigator, as well as my specific expertise in fireplace and chimney construction, it is my professional opinion that National Fire Protection Association Standard 211, which is the minimum fire code requirement which addresses fireplace and chimney construction, was violated.  In addition, National Fire Protection Association Standard 54, which is the minimum fire code requirement which addresses gas-fueled appliance installation and venting, was also violated.  In fact, my inspection showed multiple violations of both codes in this installation.

Construction of the fireplace, firebox, smoke chamber, hearth, hearth extension, flue and chimney violated minimum fire code requirements and standards of NFPA 211.

Installation of the gas supply piping system, Class B gas vent, and the installation of the gas log set itself, violated minimum fire code requirements and standards of NFPA 54.

Respectfully submitted,

GENEVIEVE BURES, CFI
Certified Fire Investigator
CFI-IAAI #01-012

## OBSERVATIONS

On February 2, 2004, at the time that this case was assigned to
our office, I was requested to contact Mr. Jeff Lowe of EFI
Engineering and Fire Investigations.  Mr. Lowe is the Certified
Fire Investigator who conducted the origin and cause of this
fire and I was to contact Mr. Lowe to make arrangements to
inspect the fireplace at the loss location.  Arrangements were
made to meet Mr. Lowe at the Pavia residence on February 12, 2004,
and to remain in the Newton, Massachusetts area for a second
general inspection on February 13, 2004.

Mr. Lowe and I met at the loss location on February 12th and I
had an opportunity to interview Ms. Pavia and to conduct an
inspection of the fireplace and the fireplace venting that had
been installed in the home.  My inspection did not change in any
manner the evidence at the scene.  I did not move or alter any
of the fireplace components.  My inspection was to determine the
manufacturer of the unit, to take measurements and photographs.
The second inspection with all interested parties which took
place on February 13th, involved moving of the evidence and also
securing of that evidence.

In interviewing Ms. Pavia, she provided the following information:

    Ms. Pavia stated that the home had been remodeled
    approximately three years ago and a masonry fireplace
    was built in the office area on the second level of
    the home.  A set of gas logs was installed into that
    masonry fireplace at the time of the remodeling.

    Ms. Pavia stated that the fireplace in the office was
    used approximately once a week during the cold weather.
    In answer to this investigator's direct questions, Ms.
    Pavia stated that she had experienced no problems with
    the fireplace and that she had noticed no soot throughout
    the house as the result of using that appliance.  I
    asked if a set of glass doors had ever been installed on
    the unit and Ms. Pavia stated that the fireplace screen
    was all that had been installed.  I asked her how she
    operated the unit and if she knew how to open the damper.

Ms. Pavia stated that there was no damper in the fireplace itself.

Ms. Pavia stated that on Sunday, January 25, 2004, she had a pipe burst in the house at approximately 11:30 AM and a plumber responded to complete a plumbing repair. Ms. Pavia stated that at approximately 2AM on Monday, January 26, 2004, she was awakened by smoke in her bedroom. She stated that she walked out of her bedroom into the office and opened the office windows. Ms. Pavia then proceeded to search through the house looking for the source of the smoke and possibly a fire. She moved through the entire house, ending up in the basement, and she saw no fire whatsoever. Returning to the first floor level, Ms. Pavia stated that she was standing at the top of the stairs which led into the addition at the first floor level when she heard crackling. Ms. Pavia stated that the crackling sound was coming from the ceiling over her head which would put it in the floor space of the office at the second floor level. Ms. Pavia stated she saw no flames but heard only a crackling noise which she identified as possibly a fire. She stated prior to this time, she had had no problems whatsoever with the fireplace and she had been aware earlier that evening of no prior out-of-the ordinary smells or sounds. Ms. Pavia stated that she contacted the fire department who responded and extinguished the fire at the residence.

PAVIA
PAGE 3



PHOTO #1

Photo #1 shows the office area of the remodeled second floor
level. The fireplace is positioned in the corner of the room
and basically against the exterior wall of the original
construction. The red arrow in Photo #1 highlights the original
exterior wall of the home. The remodeling extended the back of
the house at both the first floor and second floor levels.

PAVIA
PAGE 4



PHOTO #2

Photo #2 is a close-up of the fireplace and the gas log set that
had been installed within that appliance. Measurements taken of
the surround of the fireplace showed that it did not meet the
minimum fire code clearance requirements. In addition, I noted
immediately that the fireplace sat on the combustible floor. The
grate, as well as the gas log unit components, had been removed
from the fireplace by the fire department at the time of
extinguishment.

PAVIA
PAGE 5



PHOTO #3

Photo #3 is a close-up of the gas log components.  The red arrow
in Photo #3 highlights the fact that we have some smoke damage
at the lower right edge of the fireplace surround.  As you can
see, the fire department removed the base molding at that
location as smoke staining is evident on the brick work.



PHOTO #4

Photo #4 demonstrates the fact that the hearth extension sits down
inside the combutible flooring material.



PHOTO #5

Photo #5 is a close-up of the front edge of the hearth extension
where it meets the flooring material in the office.  As you can
see, part of the brick sits below the wooden floor surface area.



PHOTO #6

Photo #6 shows the low volt wiring in the control box which is
disguised as one of the logs. This small log contained a 9 volt
battery and operated the remote control for the gas unit.
Inspection of the electrical wiring connected to this small log
showed that the wiring was not involved as a cause of this fire
and, in fact, was undamaged.



PHOTO #7

Photo #7 is a close-up of the gas control key. As you can see,
this set of gas logs had a standing pilot and the main control
is in the 'OFF' position.

PAVIA
PAGE 10



PHOTO #8

Photo #8 is a close-up of the gas log base unit and the location
of the pilot light.

PAVIA
PAGE 11



PHOTO #9

Photo #9 shows the delivery system for the natural gas to this
appliance.  Red arrow 'A' highlights the black iron gas supply
line and red arrow 'B' highlights the gas piping to the gas valve.



PHOTO #10

Photo #10 shows the gas supply line going into the gas valve.
In addition, you can see the identification plate for the gas
log set.



PHOTO #11

Photo #11 is a close-up of the identification plate for the gas
log set.  The gas log identification plate held the name RADCO.
The Model Number was shown as DGF-M-24NAT and the Serial Number
was 2027.  The name Heatmaster, Inc., was also found on the
identification plate for the gas log set.

PAVIA
PAGE 14



PHOTO #12

Photo #12 shows two of the artificial pine cones that came with
the gas log set.  In addition, you will note the black iron gas
supply pipe which moves vertically in the fireplace.  The gas
control valve was in the 'OFF' position.



PHOTO #13

Photo #13 was taken just above where Photo #12 was taken. As you can see, the black iron gas supply line stays inside the fireplace firebox. At the ceiling of the fireplace, the black iron pipe moves from vertical to horizontal.



PHOTO #14

Photo #14 was taken where Photo #13 left off.  As you can see,
the black iron pipe passes across the top of the fireplace and
exits very close to the vent for this unit.  The black iron
gas supply line is highlighted with red arrow 'A' in Photo #14
and the vent is highlighted with red arrow 'B'.  All of the gas
supply line from the attic area passes through the fireplace down
to the gas control valve, shown in Photo #12.  Any leak in this
system would allow the release of natural gas into this fireplace.
In addition, all of the black iron pipe is exposed to the high
temperatures and flame impingement present in this fireplace.
Without benefit of the installation instructions for this particular
unit, my professional opinion is that the gas supply line as it was
installed, poses a potential fire and explosion hazard.

PAVIA
PAGE 42



PHOTO #45

Photo #45 shows Item #3 which is the half-inch mortar material that
had been beneath the red brick in the fireplace hearth.



PHOTO #46

Photo #46 is Item #4 which is the gas burner and attached components.

PAVIA
PAGE 44



PHOTO #47

Photo #47 is Item #5 which are the two (2) pine cones.

PAVIA
PAGE 45



PHOTO #48

Photo #48 shows Item #6, the logs from the unit. Those six (6)
logs were placed in a cardboard box for safekeeping.



PHOTO #49

Photo #49 shows Item #7, a bag of sand and other debris from the floor of the fireplace.



PHOTO #50

Photo #50 shows Item #8, which is the combustible floor from
beneath the hearth and the hearth extension.  It should be noted
that the floor was not removed at that time, as we expected one
more origin and cause person who was not present on the 13th, to
inspect this site at a later time.

PAVIA
PAGE 48



PHOTO #51



PHOTO #52

Photo #51 shows all of the accumulated evidence as it was marked
prior to my leaving the scene.  Photo #52 shows an evidence tag
which was one of many left at this scene to alert anyone not to
touch the evidence that remained.

PAVIA
PAGE 49



PHOTO #53

Photo #53 is the front view of the home on the day of my inspection.

PAVIA
PAGE 50



PHOTO #54

Photo #54 shows the home and the grounds at the time of my
inspection.   The Class B gas vent is highlighted with the red
arrow in Photo #54.   In this photograph, you can clearly see
the addition which was put on to the back of the residence.   The
office is at the second floor level where the double windows are
shown in this photograph.



PHOTO #55

Photo #55 is a close-up of the Class B gas vent that was installed
to service the fireplace unit.

Based on a physical inspection of the home involved in this fire, and after a careful evaluation of all remaining available evidence, it is my professional opinion that Mr. Lowe was correct in his determination as to the origin and cause of this fire. The fire originated in combustible materials in direct contact with the fireplace hearth floor. The cause of this fire was direct heat conduction from the hearth floor to the combustible materials below, resulting in ignition of those combustible materials.

Based on my knowledge, training and years of experience as a Certified Fire Investigator, as well as my specific expertise in fireplace and chimney construction, it is my professional opinion that National Fire Protection Association Standard 211, which is the minimum fire code requirement which addresses fireplace and chimney construction, was violated. In addition, National Fire Protection Association Standard 54, which is the minimum fire code requirement which addresses gas-fueled appliance installation and venting, was also violated. In fact, my inspection showed multiple violations of both codes in this installation.

Construction of the fireplace, firebox, smoke chamber, hearth, hearth extension, flue and chimney violated minimum fire code requirements and standards of NFPA 211.

Installation of the gas supply piping system, Class B gas vent, and the installation of the gas log set itself, violated minimum fire code requirements and standards of NFPA 54.

Sep 01 2001 9:52PM   HP LASERJET 3330                          P. 1

Main Form                                                     Page 1 of 13

---

| ☒ | NEWTON FIRE DEPARTMENT |
|---|---|
| | *NEWTON, MA* |
| | **NFIRS Incident #00400620** |

Not For Public Release                  Date/Time Printed: Tue Jan 27 09:24:55 EST 2004 By: cheryl
(Report has not been approved)

| FDID | State | Incident Date | Station | Incident Number | Exposure | Report Status |
|------|-------|---------------|---------|-----------------|----------|---------------|
| 17207 | MA | 01/26/2004 | | 400620 | 0 | COMPLETED |

| Address | | | | | |
|---|---|---|---|---|---|
| Location Type | STREET ADDRESS | | | Census Tract | 3737 |
| St. Prefix | St. Number | St. Name | | St. Type | St. Suffix |
| | 104 | HAMMONDSWOOD RD | | STREET | |
| Apt. Number | Cross Street or Directions | | | | |
| | | | | | |
| | City | | | State | Zip |
| | NEWTON | | | MASSACHUSETTS | 02459 |

| Incident Details | | | | |
|---|---|---|---|---|
| C: Incident Type | | E1: Dates & Times | E2: Shifts & Alarms | |
| 111 BUILDING FIRE | | Date/Time | Shift/Platoon | Alarms | District |
| D: Aid Given/Received | | (mm/dd/yyyy hh:mm:ss) | 1 | 1 | 3 |
| | | Alarm | 01/26/2004 03:24:00 | Special Study ID# | Special Study Value |
| Mutual Aid (FDID) Agency - State | | Arrival | 01/26/2004 03:31:00 | | |
| ( ) - | | Controlled | | Incident Under Investigation | N |
| | | Last Unit Cleared | 01/26/2004 08:00:00 | | |

| F: Actions Taken | G1: Resources | | | G2: Estimated Dollar Losses & Values | |
|---|---|---|---|---|---|
| Primary Action | | Apparatus | Personnel | LOSSES: | |
| 11 EXTINGUISH | Suppression | 10 | 24 | Property $ | 50000 |
| Additional Action -1 | EMS | 0 | 0 | Contents $ | 50000 |
| 51 VENTILATE | Other | 0 | 0 | PRE-INCIDENT VALUE: | |
| | | | | Property $ | |
| | | | | Contents $ | |

| H1: Casualties | | | H3: Hazardous Materials Release | |
|---|---|---|---|---|
| | Deaths | Injuries | | |
| | | | | |

http://192.9.222.228/OED//firepartner/common/nfirs/mainbody.jsp?apptype=firepartner/ca...  1/27/2004

| Fire Service | 0 | 0 |
|---|---|---|
| Civilian | 0 | 0 |
| H2: Detector | | |
| | | |
| I: Mixed Use Property | | |
| | | |
| J: Property Use | | |
| 419  1 OR 2 FAMILY DWELLING | | |

| K1: Person/Entity Involved |
|---|
| No Persons Involved/ Involved Person data not entered |

| K2: Owner | | | | | |
|---|---|---|---|---|---|
| Business Name | | | Phone Number | | |
| Prefix | First Name | MI | Last Name | | Suffix |
| | JULIE | | PAVLA | | |
| St. Prefix | St. Num | St.Name | St. Type | | St. Suffix |
| | 104 | HAMMONDS WOOD RD | ST | | |
| | Apt. Number | P.O.Box | | | |
| | | | | | |
| | City | | State | Zip | |
| | NEWTON | | MASSACHUSETTS | 02459 | |

| L: Remarks |
|---|
| fire caused by conducted heat from gas log through masonry hearth into wood joist. |

| M: Authorization | | | | | |
|---|---|---|---|---|---|
| Approved By | Approver Name | Position | Assignment | Date | |
| | | | | | |
| Officer in-Charge | Officer Name | Position | Assignment | Date | |
| 11026 | CARVELLI W | A/C | | 01/26/2004 11:01:12 | |
| Member ID | Member Name | Position | Assignment | Date | |
| 14153 | JIMENEZ I | CAPT | | 01/26/2004 06:19:09 | |

# Fire Form

## Property Information

| B: Property Details |
| --- |
| B1: Estimated Number of living units in building of origin |
| 1 |
| B2: Number of buildings involved |
| 1 |
| B3: Acres burned |
| None |

| C: On-Site Materials or Products |
| --- |
| None |

| D: Ignition | E1: Cause of Ignition | E3: Human Factors Contributing to Ignition |
| --- | --- | --- |
| D1: Area of fire origin | 2  UNINTENTIONAL | None |
| 70  STRUCTURAL AREA, OTHER | E2: Factors Contributing To Ignition | |
| D2: Heat Source | None | |
| 43  HOT EMBER OR ASH | | |
| D3: Item first ignited | | |
| UU  UNDETERMINED | | |
| D4: Type of material first ignited | | |
| 63  SAWN WOOD, INCLUDING ALL FINISHED LUMBER | | |

| F1: Equipment Involved in Ignition | G: Fire Suppression Factors |
| --- | --- |
| None | None |

| H1: Mobile Property Involved |
| --- |
| None |

# Structure Fire Form

## Structure Information

| I1: Structure Type | I3: Building Height | |
| --- | --- | --- |
| 1  ENCLOSED BUILDING | Number of stories at/above grade | 0 |
| I2: Building Status | Number of stories below grade | |
| 2  OCCUPIED AND OPERATING | I4: Main floor size | |
| | 6000 Total square feet | |

| J1: Fire Origin Story | J3: Number of stories damaged by flame | | K: Material Contributing most to flame spread | |
| --- | --- | --- | --- | --- |
| 1 | Minor Damage | 0 | K1: Item contributing most to flame spread | |
| J2: Fire Spread | Significant Damage | 0 | 18  INSULATION WITHIN STRUCTURAL AREA | |
| 4  CONFINED TO BUILDING OF ORIGIN | Heavy Damage | 0 | K2: Material contributing most to flame spread | |

PAVIA
PAGE 17



PHOTO #15

Photo #15 shows the ceiling level of the fireplace. As you can see, there is no damper, no smoke chamber and no brick work. The ceiling level is a metal pan.

Construction of masonry fireplaces is addressed in NFPA 211 and it should be noted that the fireplace at the Pavia residence did not meet any of the minimum fire code requirements. As you can see in Photo #15, there is no firebrick in this firebox, and instead of a damper and smoke chamber leading to a flue, we have a metal plate with a round 7½ inch opening which leads to Class B gas vent.



PHOTO #16

Photo #16 was taken at the attic level above the office. As you
can see, the Class B gas vent has two 90° bends in the venting.
This violates NFPA 54 which addresses the National Fuel Gas Code.



PHOTO #17

Photo #17 highlights, with the red arrow, the corrugated stainless
steel flexible gas supply line which passes from the attic down
into the ceiling level of the fireplace.  Red arrow 'B' highlights
the Class B gas vent.



PAVIA
PAGE 20

PHOTO #18

PHOTO #19

Photos #18 and #19 show the paper tag on the Class B gas vent.
In Photo #19, you can see that the pipe is specifically listed
as Type B gas vent. The manufacturer requires a minimum
clearance to combustibles of 1 inch from the pipe and, in
addition, warns that the venting material is to be used only
with gas appliances which are installed with draft hoods. This
installation not only violates National Fire Codes, but it also

violates the manufacturer's installation instructions for the
Class B gas vent.  This vent was manufactured by Don Park, Inc.,
in Ontario, Canada.



PHOTO #20

Photo #20 shows the Class B gas vent passing through the roof
deck area to the roof termination.  It should be noted that
inspection of this Class B gas vent showed that it did not meet
the minimum clearance requirements mandated by the manufacturer's
specifications.

PAVIA
PAGE 23



PHOTO #21

Photo #21 shows the junction where the fireplace hearth meets
the hearth extension.  Please note that the hearth extension is
approximately one-half inch lower than the hearth floor.  In
addition, you will note in Photo #21, the smoke staining between
the hearth materials and the hearth extension materials, showing
that the fire was burning from below.



PHOTO #22

Photo #22 shows the floor of the hearth where it meets the hearth
extension.  It should be noted that the brick that was removed
from this location was removed prior to my inspection.  The hearth
floor was composed of a 2½ inch red brick laid on approximately
one-half inch of mortar which was laid directly on a combustible
material.  It should be noted that the minimum fire codes require
that the hearth and hearth extension not sit on any combustible
materials whatsoever.



PHOTO #23

Photo #23 shows that this investigator moved a piece of the
mortar. This was done on the second day during the general
inspection and at the agreement of all parties present. I
removed a part of the mortar to inspect the area immediately
beneath the hearth.

PAVIA
PAGE 26



PHOTO #24

Photo #24 shows that the hearth was constructed of a 2½ inch
thick red brick with approximately one-half inch of mortar
below it.  Again, it should be stressed that there were
combustible materials below the floor of the hearth, as well as
the hearth extension, and that there were no fire brick found in
this fireplace.



PHOTO #25

The red arrow in Photo #25 highlights the remains of fire damaged
combustible materials located immediately beneath the hearth floor
of this fireplace.

PAVIA
PAGE 28



PHOTO #26

Photo #26 is taken at the first floor level in the addition of
the home.  We are looking at the first floor ceiling area
immediately beneath the fireplace in the office.



PAVIA
PAGE 29

PHOTO #27



PHOTO #28

Photos #27 and #28 are close-up photos of the joist immediately
beneath the fireplace location.

PAVIA
PAGE 30



PHOTO #29

Photo #29 demonstrates the fact that we lost a large section of
joist which ran immediately under the hearth of the fireplace.
All of the combustible materials which had been positioned beneath
the hearth were either totally destroyed or severely fire damaged,
as evidenced in Photo #29.



PHOTO #30

Photo #30 looks through the joist channel to the rear of the
addition and moving away from the fireplace hearth area.  As
you can see, the fire damage decreases as you move away from
the origin area.

PAVIA
PAGE 32



PHOTO #31

Photo #31 is a close-up to demonstrate the severe damage to the
combustible materials beneath the fireplace hearth. The red arrows
highlight the fire damaged edges of the joist material in that
immediate area.



PHOTO #32

Photo #32 is a close-up of the fire damage present in the
combustible materials immediately beneath the fireplace hearth
floor.  The red arrow in this photo sits on the remains of the
half-inch mortar below the red bricks of the hearth.

PAVIA
PAGE 34



PHOTO #33



PHOTO #34

Photos #33 and #34 are a close-up taken from the first floor and
looking at the remains of combustible materials under the fireplace
hearth. In both photos, the extreme left half of the photo is the
mortar remains. The right half in each of these photos shows the
remains of the combustible material.



PAVIA
PAGE 35

PHOTO #35

PHOTO #36

Please note that although severely fire damaged, the combustible
materials still present decrease in damage as you move away from
the fireplace hearth floor.

PAVIA
PAGE 36



PHOTO #37



PHOTO #38

Photo #37 shows the remains of the joist and the fact that the
bottom edge, highlighted with the red arrow, is clean. Keep in
mind that this would have been the position of the first floor
ceiling. This evidences the fact that the fire was burning above
the first floor ceiling and below the second level floor. Photo #38
looks at the area between the first floor ceiling and the second
level floor in the same location where the second floor fireplace
was built.

PAVIA
PAGE 37



PHOTO #39

Photo #39 shows that the firemen opened the ceiling to check for
fire extension but found none.  The fire remains in the addition
as the result of the placement of the exterior brick wall.

PAVIA
PAGE 38



PHOTO #40

Photo #40 shows the white wall at the first floor which originally
had been the exterior wall. The placement of this wall at this
juncture prevented the fire from moving into the more occupied
areas of the home.



PAVIA
PAGE 39

PHOTO #41

PHOTO #42

Photos #41 and #42 show fire damage to the wooden flooring at the
first floor level, immediately beneath the fireplace hearth. This
was the only flooring location I saw on the first floor that was
fire damaged. This damage was the result of falldown.

Photos #43 through #52 show the evidence that was tagged and
identified on February 13, 2004.



PHOTO #43

Photo #43 shows Item #1 which is the set of andirons and a grate.

PAVIA
PAGE 41



PHOTO #44

Photo #44 shows Item #2 which was a red brick removed from the
first course of the fireplace hearth.  The front of that brick
has been identified for any future inspections.

Sep 01 2001 9:52PM   HP LASERJET 3330                           P.4

Main Form                                                  Page 4 of 13

| | Extreme Damage | 0 | 63  SAWN WOOD, INCLUDING ALL FINISHED LUMBER |
|---|---|---|---|

| L1: Presence of Detectors | L4: Detector Operation |
|---|---|
| 1  PRESENT | 2  DETECTOR OPERATED |
| L2: Detector Type | L5: Detector Effectiveness |
| 1  SMOKE | 2  ALERTED OCCUPANTS, OCCUPANTS FAILED TO RESPOND |
| L3: Detector Power Supply | L6: Detector Failure Reason |
| 2  HARDWIRE ONLY | |

| M1: Presence of Automatic Extinguishment System |
|---|
| N  NONE PRESENT |

# Company Reports

| Agency | Incident Number | Exposure | Unit ID | Report Number |
|---|---|---|---|---|
| NWT-FD | 400620 | 0 | E1 | 1 |

| Apparatus | |
|---|---|
| Apparatus Type | Apparatus Use |
| (11) ENGINE | (1) SUPPRESSION |

| Response Address | | | | |
|---|---|---|---|---|
| St. Prefix | St. Num | St. Name | St. Type | St. Suffix |
| | 104 | HAMMONDSWOOD RD | STREET | |
| | Apt. Number | | | |
| | City | | State | Zip |
| | NEWTON | | MASSACHUSETTS | |
| Cross Street | | | | |

| Dispatch Time | Arrival Time | Cleared Time |
|---|---|---|
| 01/26/2004 03:27:21 | 01/26/2004 03:31:00 | 01/26/2004 05:46:00 |

| Situation Found | 11  BUILDING FIRE |
|---|---|
| Hydrant Location | HAMMONDSWOOD RD@INTERVALE |
| Hydrant Condition | FROZEN |
| Hydrant Damaged | No |

| Actions Taken |
|---|
| |

11  EXTINGUISH

**Equipment Used**

| Type | Qty. | Measurement | Notes |
|------|------|-------------|-------|
|      |      |             |       |

**Company Members Responding**

| ID | Name | Rank | Acting | Actions Taken |
|----|------|------|--------|---------------|
| 11007 | ANTONELLIS J | LT | No | |
| 25187 | DACOSTA D | FF | No | |
| 12668 | CAPELLO F | FF | No | |
| 10266 | DAMICO D | FF | No | 1) EXTINGUISH |

**Report Narrative**

house fire

**Filed By**

| Member ID | Member Name |
|-----------|-------------|
| 11007 | ANTONELLIS J |

# Company Reports

| Agency | Incident Number | Exposure | Unit ID | Report Number |
|--------|-----------------|----------|---------|---------------|
| NWT-FD | 400620 | 0 | E3 | 1 |

**Apparatus**

| Apparatus Type | Apparatus Use |
|----------------|---------------|
| (11) ENGINE | (1) SUPPRESSION |

**Response Address**

| St. Prefix | St. Num | St. Name | St. Type | St. Suffix |
|------------|---------|----------|----------|------------|
|            | 104 | HAMMONDSWOOD RD | STREET | |
|            | Apt. Number | | | |
|            | | | | |
|            | City | | State | Zip |
|            | NEWTON | | MASSACHUSETTS | |
| Cross Street | | | | |

| Dispatch Time | Arrival Time | Cleared Time |
|---|---|---|
| 01/26/2004 03:24:45 | 01/26/2004 03:31:00 | 01/26/2004 06:21:00 |

| Situation Found | 11   BUILDING FIRE   · |
|---|---|
| Hydrant Location | |
| Hydrant Condition | |
| Hydrant Damaged | No |

| Actions Taken |
|---|
| 11   EXTINGUISH |

| Equipment Used | | | | |
|---|---|---|---|---|
| Type | Qty. | Measurement | | Notes |

| Company Members Responding | | | | |
|---|---|---|---|---|
| ID | Name | Rank | Acting | Actions Taken |
| 14191 | SMITH M | LT | No | |
| 10470 | HERBERT J | FF | No | |
| 24827 | BRIGHT J C | FF | No | |
| 12534 | GIMENEZ A | FF | No | |

| Report Narrative |
|---|
| Fire in 1st flr ceiling, knocked down with no extension. |

| Filed By | |
|---|---|
| Member ID | Member Name |
| 14191 | SMITH M |

# Company Reports

| Agency | Incident Number | Exposure | Unit ID | Report Number |
|---|---|---|---|---|
| NWT-FD | 400620 | 0 | E4 | 1 |

| Apparatus | |
|---|---|
| Apparatus Type | Apparatus Use |
| (11) ENGINE | (1) SUPPRESSION |

http://192.9.222.228/QED//firepartner/common/nfirs/mainbody.jsp?apptype=firepartner/ca...  1/27/2004

Sep 01 2001 9:52PM   HP LASERJET 3330                          P.7

Main Form                                          Page 7 of 13

| Response Address | | | | |
|---|---|---|---|---|
| St. Prefix | St. Num | St. Name | St. Type | St. Suffix |
| | 104 | HAMMONDSWOOD RD | STREET | |
| | Apt. Number | | | |
| | | | | |
| | City | | State | Zip |
| | NEWTON | | MASSACHUSETTS | |
| Cross Street | | | | |

| Dispatch Time | Arrival Time | Cleared Time |
|---|---|---|
| 01/26/2004 03:31:59 | 01/26/2004 03:34:00 | 01/26/2004 05:46:00 |

| Situation Found | 11   BUILDING FIRE |
|---|---|
| Hydrant Location | |
| Hydrant Condition | |
| Hydrant Damaged | No |

| Actions Taken |
|---|
| 10   FIRE, OTHER |

| Equipment Used | | | | |
|---|---|---|---|---|
| Type | Qty. | Measurement | | Notes |

| Company Members Responding | | | | |
|---|---|---|---|---|
| ID | Name | Rank | Acting | Actions Taken |
| 11822 | FITZGERALD K | ACT LT | No | |
| 14521 | NOTARTOMASO | FF | No | |
| 12103 | CARUSO P | FF | No | 1) EXTINGUISH |
| 11031 | DELGIZZI J | FF | No | |

| Report Narrative |
|---|
| Fed a feed line to E3 from a hydrant on Edge Hill Rd. Proceeded to fire and helped with extinguishment. |

| Filed By | |
|---|---|
| Member ID | Member Name |

http://192.9.222.228/QED//firepartner/common/nfirs/mainbody.jsp?apptype=firepartner/ca...  1/27/2004

| 11822 | FITZGERALD K |
|---|---|

# Company Reports

| Agency | Incident Number | Exposure | Unit ID | Report Number |
|---|---|---|---|---|
| NWT-FD | 400620 | 0 | E6 | 1 |

| Apparatus | |
|---|---|
| Apparatus Type | Apparatus Use |
| (11) ENGINE | (1) SUPPRESSION |

| Response Address | | | | |
|---|---|---|---|---|
| St. Prefix | St. Num | St. Name | St. Type | St. Suffix |
| | 104 | HAMMONDSWOOD RD | STREET | |
| | Apt. Number | | | |
| | | | | |
| | City | | State | Zip |
| | NEWTON | | MASSACHUSETTS | 02458 |
| Cross Street | | | | |

| Dispatch Time | Arrival Time | Cleared Time |
|---|---|---|
| 01/26/2004 03:27:21 | 01/26/2004 03:31:00 | 01/26/2004 05:46:00 |

| Situation Found | 00   NO RESPONSE |
|---|---|
| Hydrant Location | |
| Hydrant Condition | |
| Hydrant Damaged | No |

| Actions Taken |
|---|
| 00   ACTION TAKEN, OTHER |

| Equipment Used | | | |
|---|---|---|---|
| Type | Qty. | Measurement | Notes |

| Company Members Responding | | | | |
|---|---|---|---|---|
| ID | Name | Rank | Acting | Actions Taken |
| 10244 | GRUCHY F | CAPT | No | |
| | | | | |

| 11785 | ALLEN C | FF | No | |
| 24828 | MCINTOSH R P | FF | No | |
| 18294 | DOHERTY D | FF | No | |

| Report Narrative |
| --- |
| Engine 6 would not start, we were code 8 in the station with a solenoid problem. |

| Filed By | |
| --- | --- |
| Member ID | Member Name |
| 10244 | GRUCHY F |

## Company Reports

| Agency | Incident Number | Exposure | Unit ID | Report Number |
| --- | --- | --- | --- | --- |
| NWT-FD | 400620 | 0 | K1 | 1 |

| Apparatus | |
| --- | --- |
| Apparatus Type | Apparatus Use |
| (60) SUPPORT APPARATUS, OTHER | (1) SUPPRESSION |

| Response Address | | | | |
| --- | --- | --- | --- | --- |
| St. Prefix | St. Num | St. Name | St. Type | St. Suffix |
| | 104 | HAMMONDSWOOD | ROAD | |
| | Apt. Number | | | |
| | | | | |
| | City | | State | Zip |
| | NEWTON | | MASSACHUSETTS | 02459 |
| Cross Street | | | | |

| Dispatch Time | Arrival Time | Cleared Time |
| --- | --- | --- |
| | 01/26/2004 05:00:00 | 01/26/2004 08:00:00 |

| Situation found | 11   BUILDING FIRE |
| --- | --- |
| Hydrant Location | HAMMONDSWOOD RD |
| Hydrant Condition | FROZEN |
| Hydrant Damaged | No |

Main Form

| Actions Taken |
|---|
| 86   INVESTIGATE |

**Equipment Used**

| Type | Qty. | Measurement | Notes |
|---|---|---|---|
|  |  |  |  |

**Company Members Responding**

| ID | Name | Rank | Acting | Actions Taken |
|---|---|---|---|---|
| 14153 | JIMENEZ I | CAPT | No | 1) INVESTIGATION ONLY |

**Report Narrative**

fire caused by conducted heat from a gas log hearth that ignited the joist below.

**Filed By**

| Member ID | Member Name |
|---|---|
| 14153 | JIMENEZ I |

# Company Reports

| Agency | Incident Number | Exposure | Unit ID | Report Number |
|---|---|---|---|---|
| NWT-FD | 400620 | 0 | L2 | 1 |

**Apparatus**

| Apparatus Type | Apparatus Use |
|---|---|
| (12) TRUCK OR AERIAL | (1) SUPPRESSION |

**Response Address**

| St. Prefix | St. Num | St. Name | St. Type | St. Suffix |
|---|---|---|---|---|
|  | 104 | HAMMONDSWOOD RD | STREET |  |
|  | Apt. Number |  |  |  |
|  |  |  |  |  |
|  | City |  | State | Zip |
|  | NEWTON |  | MASSACHUSETTS | 02467 |
| Cross Street |  |  |  |  |

| Dispatch Time | Arrival Time | Cleared Time |
|---|---|---|
| 01/26/2004 03:27:21 | 01/26/2004 03:31:00 | 01/26/2004 06:21:00 |

| Situation Found | 11   BUILDING FIRE |
|---|---|
| Hydrant Location | |
| Hydrant Condition | |
| Hydrant Damaged | No |

| Actions Taken |
|---|
| 11   EXTINGUISH |
| 12   SALVAGE & OVERHAUL |

| Equipment Used | | | | |
|---|---|---|---|---|
| Type | | Qty. | Measurement | Notes |

| Company Members Responding | | | | |
|---|---|---|---|---|
| ID | Name | Rank | Acting | Actions Taken |
| 14142 | THORNE J | CAPT | No | 1) EXTINGUISH 2) SALVAGE & OVERHAUL |
| 25100 | CUCCHI P D | FF | No | |
| 11923 | LIDONNI F | FF | No | |
| 13922 | SMITH E | FF | No | |

| Report Narrative |
|---|
| ladder two assisted with extinguishment and preformed     ventilation and overhaul   ladder two use aerial ladder and hand tool |

| Filed By | |
|---|---|
| Member ID | Member Name |
| 14142 | THORNE J |

## Company Reports

| Agency | Incident Number | Exposure | Unit ID | Report Number |
|---|---|---|---|---|
| NWT-FD | 400620 | 0 | LJ | 1 |

| Apparatus | |
|---|---|
| Apparatus Type | Apparatus Use |
| (12) TRUCK OR AERIAL | (1) SUPPRESSION |

| Response Address |
|---|
| |

http://192.9.222.228/QED//firepartner/common/nfirs/mainbody.jsp?apptype=firepartner/ca...  1/27/2004

Main Form

| St. Prefix | St. Num | St. Name | St. Type | St. Suffix |
|---|---|---|---|---|
| | 104 | HAMMONDSWOOD RD | STREET | |
| | Apt. Number | | | |
| | | | | |
| | City | | State | Zip |
| | NEWTON | | MASSACHUSETTS | |
| Cross Street | | | | |

| Dispatch Time | Arrival Time | Cleared Time |
|---|---|---|
| 01/26/2004 04:09:51 | 01/26/2004 04:11:00 | 01/26/2004 05:46:00 |

| Situation Found | 11   BUILDING FIRE |
|---|---|
| Hydrant Location | |
| Hydrant Condition | |
| Hydrant Damaged | No |

| Actions Taken |
|---|
| 11   EXTINGUISH |

| Equipment Used | | | | |
|---|---|---|---|---|
| Type | Qty. | Measurement | | Notes |

| Company Members Responding | | | | |
|---|---|---|---|---|
| ID | Name | Rank | Acting | Actions Taken |
| 10463 | BARBATO R | LT | No | |
| 14382 | CURTIS L | FF | No | |
| 25258 | RACKET RICHARD | FF | No | 1) EXTINGUISH |
| 11216 | MANDILE S | FF | No | |

| Report Narrative |
|---|
| house fire |

| Filed By | |
|---|---|
| Member ID | Member Name |
| | |

| 10463 | BARBATO R |
|---|---|