AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA

V.

FALCO CONSTRUCTION CORP., P & D BUILDERS, INC. and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-10827 DPW

TO: (Name and address of Defendant)

FALCO CONSTRUCTION CORP.
10 Willowood Drive
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STUART G. BLACKBURN, ESQ.
Law Offices of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH THORNTON

CLERK




4-25-05

DATE

(By) DEPUTY CLERK



The Commonwealth of Massachusetts
County of Norfolk
SHERIFF'S DEPARTMENT
Division of Civil Process



Michael G. Bellotti
*Sheriff*

Jeffrey J. Nourse
*Director*

Name of Defendant: Falco Construction Corp

Street Address: 10 Willowood Rd City: Stoughton

Court: US District Docket #: 05-10827 DPW

I was unable to serve the defendant because:

- ☐ No street by this name or no such number
- ☐ Defendant moved to :
- ☒ Unable to confirm address after mailings and/or physical visit
- ☒ ~~Defendant is in Bankruptcy~~ – Bankruptcy #
- ☐ Other EASTERN MA ?

I have attempted to find an alternative address by checking the following:

- ☑ Called the attorney for an alternative address
- ☑ Checked for a telephone listing
- ☑ Checked in computer/electronic database
- ☑ Interviewed neighbor or relative

This service is being returned to you because:

- ☐ The next step is a physical arrest. Please see application on reverse side of this form to initiate an arrest.
- ☐ After two attempts to physically arrest the defendant we were unable to arrest.

Additional Comments:

[signature] 4/8/05

Deputy Sheriff Date

2015 Washington Street • P.O. Box 859215 • Braintree, MA 02185-9215 • Tel (781) 326-1787 • Fax (781) 326-0288

SERVING THE COMMUNITIES OF: AVON, BELLINGHAM, BRAINTREE, BROOKLINE, CANTON, COHASSET, DEDHAM, DOVER, FOXBOROUGH, FRANKLIN, HOLBROOK, MEDFIELD, MEDWAY, MILLIS, MILTON, NEEDHAM, NORFOLK, NORWOOD, PLAINVILLE, QUINCY, RANDOLPH, SHARON, STOUGHTON, WALPOLE, WESTWOOD, WEYMOUTH, WRENTHAM