Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

June 13, 2005

By virtue of this writ I have made diligent search for the within-named Falco Construction Corp. and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($10.00) Total Charges $10.00

Deputy Sheriff James E. Riggs

_____
Deputy Sheriff