UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA 77 San Marin Drive Novado, California, <br> Plaintiff <br><br> VS. <br><br> FALCO CONSTRUCTION CORP., P & D BUILDERS, INC. and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING, <br> Defendants | CIVIL ACTION <br> NO. 05-cv-10827-DPW |

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for the Defendant, Falco Construction Corp., in the above-entitled matter.

Respectfully submitted,
The Defendant,
Falco Construction Corp.,
By its Attorneys,

_____
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930
tylawyers@tyllp.com

Dated: 7/7/05

## CERTIFICATE OF SERVICE

I, Patricia A. Larkin, counsel for the Defendant, Falco Construction Corp., do hereby certify that I served a copy of the foregoing **NOTICE OF APPEARANCE**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

William J. Flanagan, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Avery, Dooley, Post & Avery
90 Concord Ave.
Belmont, MA 02178-9107

Date: 7/7/05        Attorney: _____

bmd  63068.1  7/6/05