AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of 13
MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA

**SUMMONS IN A CIVIL ACTION**

V.

FALCO CONSTRUCTION CORP;
P & D BUILDERS, INC; and
MICHAEL CARRESI d/b/a CARRESI PLUMBING
& HEATING

CASE NUMBER: 05-10827 DPW

TO: (Name and address of Defendant)

FALCO CONSTRUCTION CORP
C/O JOSEPH FALCO
5 COOLIDGE CIRCLE
EASTON, MA 02334

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STUART G. BLACKBURN, ESQ.
Law Offices of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK    SARAH A. THORNTON

(By) DEPUTY CLERK

DATE    JUN 2 0 2005

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.                                                                 July 15, 2005

I hereby certify and return that on 7/14/2005 at 12:05 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Jose Falco, agent, person in charge at the time of service for Falco Construction Corp., 5 Coolidge Circle, Easton, MA 02356. Copies ($2.00), Conveyance ($1.50), Travel ($14.40), Basic Service Fee ($37.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $58.65

_____
Deputy Sheriff

Deputy Sheriff Brian Sweeney

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES ||||
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                Signature of Server

                             _____
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.