IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------------------------------------X

FIREMAN'S FUND INSURANCE  COMPANY
as subrogee of JULIA PAVIA                          CIVIL ACTION NO.
77 San Marin Drive                                        05-10827 (DPW)
Novado, California

                              Plaintiff,

               vs

FALCO CONSTRUCTION CORP.;                   JURY TRIAL DEMANDED
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING                               AUGUST 1, 2005

                         Defendants.
--------------------------------------------------------------X

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Fireman's Fund Insurance Company a/s/o Julia Pavia (the "Plaintiff") and it undersigned

counsel, hereby certify:

1.   That we have conferred with a view towards establishing a budget for the costs of

     conducting the full course, and various alternative courses, of the litigation; and

2.   That we have conferred to consider the resolution of litigation through the use of

     alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**FIREMAN'S FUND INSURANCE
COMPANY a/s/o JULIA PAVIA,**
By Fireman's Fund Insurance Company,

Joseph Franco
Craig Insurance Services
PO Box 40569
Jacksonville, FL  32203
(904) 807-2746

And its Attorney,

Stuart G. Blackburn, Esq. (BBO549797)
Law Offices of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT  06096
Tel. (860)292-1116

- 2 -

## **CERTIFICATION**

I hereby certify that a copy of LOCAL RULE 16.1(D)(3) CERTIFICATION has been mailed, first class mail, postage prepaid on the 3rd day of August, 2005 to the following:


Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA 01501
(Michael Carresi dba Carressi
Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA 02110
(Falco Construction Corp.)

Stuart Blackburn, Esq.