IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

JURY TRIAL DEMANDED

AUGUST 3, 2005

Defendants.
-----------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF, FIREMAN'S FUND INSURANCE COMPANY

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, Fireman's Fund Insurance Company, submits the following as its corporate disclosure statement:

1. The filing party, a nongovernmental corporate party, identifies the following parent corporation that owns 10% or more of the party's stock: Allianz Group.

2.  The filing party, a nongovernmental corporate party, identifies the following publicly held company that owns 10% or more of the party's stock: Allianz Group.

                THE PLAINTIFF,

By: _____
Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT  06096
Tel. (860) 292-1116
Fax (860) 292-1221
BBO # 549797

Date: 080305

## CERTIFICATION

I hereby certify that a copy of CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF, FIREMAN'S FUND INSURANCE COMPANY, has been mailed, first class mail, postage prepaid on the 3rd day of August, 2005 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA 01501
(Michael Carresi dba Carressi Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA 02110
(Falco Construction Corp.)

Stuart Blackburn, Esq.