IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

FIREMAN'S FUND INSURANCE  COMPANY
as subrogee of JULIA PAVIA                                          CIVIL ACTION NO.
77 San Marin Drive                                                       05-10827 (DPW)
Novado, California

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;                              JURY TRIAL DEMANDED
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING                                            AUGUST 3, 2005

Defendants.
-----------------------------------------------------------X

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Fireman's Fund Insurance Company a/s/o Julia Pavia (the "Plaintiff") and Falco

Construction Corporation; P & D Builders, Inc.; and Michael Carresi d/b/a Carresi Plumbing &

Heating (the "Defendant's") (collectively referred to as "the Parties"), submit the following Joint

Statement pursuant to Local Rule 16.1(D).

**I.      DISCOVERY PLAN**

1.      The Plaintiff has completed its Fed. R. Civ. P. 26(a)(1) disclosures.  The Defendants will

file and serve their disclosures on or before September 1, 2005.

2.     Depositions noticed pursuant to Fed. R. Civ. P. 30(b)(6) and depositions of experts shall

be taken in or near the locality where the witness resides or works unless both Parties and

the witness agree or there is a court order otherwise.

3.     Plaintiff will provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2)

on or before March 31, 2006.

4.     Plaintiff shall produce their proposed trial experts for deposition on or before April 28,

2006.  In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced

without need for subpoena.

5.     Defendants will provide the expert disclosure required pursuant to Fed. R. Civ. P.

26(a)(2) on or before May 30, 2006.

6.     Defendant shall produce its proposed trial experts for deposition on or before June 30,

2006.  In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced

without need for subpoena.

7.     All Discovery will be concluded on or before July 30, 2006.  The Parties do not anticipate

the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c).  If the

need arises after discovery is commenced, the parties reserve the right to seek the court's

approval to exceed the ten-per-side limit.

8.     With respect to expert depositions, the Party noticing the deposition shall be responsible

for paying the travel expenses and reasonable fees of the expert for time spent at the

deposition pursuant to Fed. R. Civ. P. 26(b)(4).   The Parties shall be responsible for

compensating their own experts for all preparation time.

## II.    PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

1.    All motions relating to joinder of parties, claims, and remedies and all motions to amend pleadings shall be filed on or before February 1, 2006.

2.    All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before August 31, 2006.

3.    Any documents to be produced that contain trade secret or proprietary information shall be covered by a mutually agreed upon protective order to be executed by both Parties and submitted to the Court for endorsement.    All other motions pertaining to proposed confidentiality orders and protective orders shall be filed within a reasonable time after issues to which they pertain arise.

4.    The Parties anticipate being ready for trial after November 1, 2006.

## III.    ADR AND TRIAL BY MAGISTRATE

The Parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3) and attach the required certifications.  The parties consent to a trial by a Magistrate Judge.


**FIREMAN'S FUND INSURANCE**
**COMPANY a/s/o JULIA PAVIA,**


Stuart G. Blackburn, Esq. (BBO549797)
Law Offices of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT  06096
Tel. (860)292-1116

**Michael Carresi dba Carressi**
**Plumbing & Heating**

**P & D Builders, Inc.**

_____
Robert P. Turner, Esq. (BBO504900)
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
Tel. 866-290-7435

_____
Curtis Carpenter, Esq. (BBO        )
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
Tel. 617-439-7589

**Falco Construction Corp.**

_____
Patricia A. Larkin, Esq. (BBO        )
Toomey & Yudysky LLP
99 Summer Street
Boston, MA  02110
617-946-0930

Michael Carresi dba Carressi
Plumbing & Heating

Robert P. Turner, Esq. (BBO504900)
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
Tel. 866-290-7435

Falco Construction Corp.

Patricia A. Larkin, Esq. (BBO          )
Toomey & Yudysky LLP
99 Summer Street
Boston, MA  02110
617-946-0930

P & D Builders, Inc.

Curtis Carpenter, Esq. (BBO          )
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
Tel. 617-439-7589

- 4 -

Michael Carresi dba Carressi
Plumbing & Heating

P & D Builders, Inc.

_William Joseph Flanagan_

Robert P. Turner, Esq. (BBO504900)
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
Tel. 866-290-7435

William Joseph Flanagan, Esq. (BBO 550598)
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
Tel. 617-439-7589

Falco Construction Corp.

Patricia A. Larkin, Esq. (BBO          )
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA  02110
617-946-0930

- 4 -

**Michael Carresi dba Carressi**
**Plumbing & Heating**

**P & D Builders, Inc.**

Robert P. Turner, Esq. (BBO504900)
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA 01501
Tel. 866-290-7435

Curtis Carpenter, Esq. (BBO            )
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
Tel. 617-439-7589

**Falco Construction Corp.**

Patricia A. Larkin, Esq. (BBO 56644)
Toomey & Yudysky LLP
99 Summer Street
Boston, MA 02110
617-946-0930

- 4 -

## **CERTIFICATION**

I hereby certify that a copy of JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D) has been mailed, first class mail, postage prepaid on the 3rd day of August, 2005 to the following:


Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
(Michael Carresi dba Carressi
Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA  02110
(Falco Construction Corp.)

Stuart Blackburn, Esq.