UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE )<br>COMPANY as subrogee of JULIA PAVIA )<br>77 San Marin Drive Novado, California, )<br>    Plaintiff )<br> )<br>VS. )<br> )<br>FALCO CONSTRUCTION CORP., )<br>P & D BUILDERS, INC. and )<br>MICHAEL CARRESI d/b/a )<br>CARRESI PLUMBING & HEATING, )<br>    Defendants )<br> )<br>    VS. )<br> )<br>HEATMASTER, INC. )<br>    Third-Party Defendant ) | CIVIL ACTION<br>NO. 05-cv-10827-DPW |

**FALCO CONSTRUCTION CORP.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, Falco Construction Corp. submits the following as its Corporate Disclosure Statement:

1.      The filing party, a nongovernmental corporation, identifies the following parent corporation that controls the filing party, directly or through others, or which owns 10% or more of the party's stock:  None.

2.      The filing party identifies the following publicly held company that controls the filing party, directly or through others, or which owns 10% or more of the party's stock: None.

                                                Respectfully submitted,
                                                The Defendant,
                                                Falco Construction Corp.,
                                                By its Attorneys,

                                                <u>/s/ John F. Toomey</u>
                                                John F. Toomey, BBO # 500160
                                                Patricia A. Larkin, BBO # 561642
                                                TOOMEY & YUDYSKY LLP
                                                99 Summer Street
                                                Boston, MA  02110
Dated:  <u>August 4, 2005</u>                     (617) 946-0930

## CERTIFICATE OF SERVICE

      I, John F. Toomey, counsel for the Defendant, Falco Construction Corp., do hereby certify that I served a copy of the foregoing **DEFENDANT, FALCO CONSTRUCTION CORP.'S CORPORATE DISCLOSURE STATEMENT**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

William J. Flanagan, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Avery, Dooley, Post & Avery
90 Concord Ave.
Belmont, MA 02178-9107

Date: <u>August 4, 2005</u>     Attorney: <u>/s/ John F. Toomey</u>

kh  63538.1  8/4/05