## CAHILL, GOETSCH & MAURER, P.C.
### Attorneys At Law

| | |
|---|---|
| George J. Cahill, Jr.<br>Charles C. Goetsch<br>Scott E. Perry | 43 Trumbull Street<br>New Haven, CT 06510<br>Phone: 203-777-1000<br>Fax: 203-865-5904 |

### *FAX COVER MEMO*

| | |
|---|---|
| **TO:** | William Joseph Flanagan |
| **FAX NUMBER:** | 617-439-7590 |
| **FROM:** | Scott E. Perry |
| **TELEPHONE** | 203-777-1000 |
| **DATE:** | August 8, 2005 |
| **RE:** | *Jeffrey Daniels vs. Amtrak* |

_____1_____ **Pages to Follow**

**MESSAGE:**

*The information contained in this facsimile is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this facsimile to the named receiver, you are notified that any use of this fax or its contents, including any dissemination or copying, is strictly prohibited. If you have received this facsimile in error, please immediately notify Cahill & Goetsch by telephone at 203-777-1000, and return the original to us at the New Haven address via first class mail.*

**CAHILL, GOETSCH & MAURER, P.C.**
ATTORNEYS AT LAW
43 TRUMBULL STREET
NEW HAVEN, CT 06510
203-777-1000
FAX: 203-865-5904
www.trainlaw.com

GEORGE J. CAHILL, JR.*
cahill@trainlaw.com

*admitted in NY, MA, CT & DC

NEW YORK OFFICE:
ONE CROTON POINT AVENUE
CROTON-ON-HUDSON, NY 10520
914-271-9474
FAX: 914-271-9476

August 8, 2005

<u>*Via Fax – 617-439-7590*</u>

William Joseph Flanagan, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, Massachusetts 02210

RE:   *Jeffrey Daniels vs. National Railroad Passenger Corporation*
      C.A. No. 04-12030-MLW

Dear Attorney Flanagan:

   Thank you for agreeing to renotice Mr. Daniels' deposition for Tuesday, August 30, 2005 at 10:00 a.m. at your office in Boston.

                                        Sincerely,

                                        *[signature]*
                                        Scott E. Perry

SEP:md

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, <br>      Plaintiff, <br><br> v. <br> FALCO CONSTRUCTION CORP., P&D BUILDERS, INC., and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING. <br>      Defendants, <br><br> v. <br> HEATMASTER, INC. <br>      Third-Party-Defendant. | CIVIL ACTION NO.: 05-10827DPW |

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, P&D BUILDERS, INC.

Pursuant to Fed. R. Civ. Pro., Rule 7.1, the defendant, P&D Builders, Inc., states that it is a privately held corporation with no parent corporation and with no publicly traded corporation owning any stock in the company.

Respectfully submitted,
The Defendant/Third-Party plaintiff,
P&D Builders, Inc.,
By its attorneys,

*William Joseph Flanagan*

_____
William Joseph Flanagan, BBO #556598
Curtis L.S. Carpenter, BBO #657358
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1155942v1

## CERTIFICATE OF SERVICE

     I, Curtis L.S. Carpenter, attorney for the defendants, hereby certify that I have this day served the foregoing *CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, P&D BUILDERS, INC.* to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Stuart G. Blackburn, Esq.
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA 01501

John F. Toomey, Jr., Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110

Dated: July 8, 2005        Attorney: _____

1155942v1