UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE  ) <br> COMPANY as subrogee of JULIA PAVIA  ) <br> 77 San Marin Drive Novado, California,  ) <br>       Plaintiff  ) <br> ) <br> VS.  ) <br> ) <br> FALCO CONSTRUCTION CORP.,  ) <br> P & D BUILDERS, INC. and  ) <br> MICHAEL CARRESI d/b/a  ) <br> CARRESI PLUMBING & HEATING,  ) <br>       Defendants  ) | CIVIL ACTION <br> NO. 05-cv-10827-DPW |

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for the Defendant, Falco Construction Corp., in the above-entitled matter.

                                                         Respectfully submitted,
                                                         The Defendant,
                                                         Falco Construction Corp.,
                                                         By its Attorney,

                                                         /s/ David J. Crowley
                                                         David J. Crowley, BBO # 630169
                                                         TOOMEY & YUDYSKY LLP
                                                         99 Summer Street
                                                         Boston, MA  02110
                                                         (617) 946-0930
                                                         tylawyers@tyllp.com

Dated:  August 12, 2005

**CERTIFICATE OF SERVICE**

    I, David J. Crowley, counsel for the Defendant, Falco Construction Corp., do hereby certify that I served a copy of the foregoing **NOTICE OF APPEARANCE**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

William J. Flanagan, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Avery, Dooley, Post & Avery
90 Concord Ave.
Belmont, MA 02178-9107

Date: <u>August 12, 2005</u>　　　　　　　　　　　　　Attorney: <u>/s/ David J. Crowley</u>

IT  64229.1  8/12/05