UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, <br>       Plaintiff, <br><br> v. <br><br> FALCO CONSTRUCTION CORP., P&D BUILDERS, INC., and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING. <br>       Defendants, <br><br> v. <br><br> HEATMASTER, INC. <br>       Third-Party-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 05-10827DPW |

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, P&D BUILDERS, INC.

Pursuant to Fed. R. Civ. Pro., Rule 7.1, the defendant, P&D Builders, Inc., states that it is a privately held corporation with no parent corporation and with no publicly traded corporation owning any stock in the company.

        Respectfully submitted,
        The Defendant/Third-Party plaintiff,
        P&D Builders, Inc.,
        By its attorneys,

        *William Joseph Flanagan*
        _____
        William Joseph Flanagan, BBO #556598
        Curtis L.S. Carpenter, BBO #657358
        Morrison Mahoney LLP
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

1155942v1

## CERTIFICATE OF SERVICE

I, Curtis L.S. Carpenter, attorney for the defendants, hereby certify that I have this day served the foregoing *CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, P&D BUILDERS, INC.* to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Stuart G. Blackburn, Esq.
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA 01501

John F. Toomey, Jr., Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110

Dated: July 8, 2005          Attorney: _____