UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, Plaintiff, <br><br> v. <br><br> FALCO CONSTRUCTION CORP., P&D BUILDERS, INC., and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING. Defendants, <br><br> v. <br><br> HEATMASTER, INC. Third-Party-Defendant. | CIVIL ACTION NO.:  05-10827DPW |

**LONG ARM AFFIDAVIT OF SERVICE OF CURTIS L. S. CARPENTER REGARDING SERVICE OF A COMPLAINT UPON HEATMASTER, INC.**

I Curtis L. S. Carpenter, of the law firm of Morrison Mahoney LLP, attorneys for the defendant, P&D Builders, Inc., in the above-captioned action hereby certify, under the pains and penalties of perjury, that I have taken the following steps to serve the third-party defendant, Heatmaster, Inc., under the provisions of Massachusetts General Laws, c.233A as amended and Rule 4 of the Federal Rules of Civil Procedure.

1. On or about August 24, 2005, I sent a copy of the complaint and summons ("the process") to the registered agent of Heatmaster, Inc. at 3625 Benson Road, Angier, NC 27501, via certified mail, return receipt requested. The letter and return receipt signed by a representative of Heatmaster, Inc. is attached as Exhibit "A".

2. Therefore, Heatmaster, Inc. has been served, at its current place of business, with the summons and complaint in accordance with the Massachusetts Long Arm Statute and Federal Rules of Civil Procedure 4.

1157915v1

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF _____, 2005**

/s/ *Curtis L.S. Carpenter*

_____
Curtis L.S. Carpenter

**SENDER:** COMPL  ᴎOITƆ ᴎO DELIVERY

7001 0350 2000 0845 2822

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willis H. Gregory
Registered Agent
Heatmaster, Inc.
3625 Benson Road
Angier, NC 27501

A. Received by (Please Print Clearly): Robin Horant
B. Date of Delivery: 8-27-*
C. Signature: X _Robin Horant_  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

C. Carpenter #1001886

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)  7001 0320 0002 0845 2822

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

William Joseph Flanagan
Phone: 617-737-8829
Fax: 617-342-4887
jflanagan@morrisonmahoney.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

August 24, 2005

**VIA CERTIFIED MAIL**
Willis H. Gregory, Registered Agent
Heatmaster, Inc.
3625 Benson Road
Angier, NC 27501

Re:   **Fireman's Fund Ins. Co. a/s/o Julia Pavia v. Falco Constr. Corp., P&D Builders, Inc. and Michael Carresi d/b/a Carresi Plumbing & Heating**
Civil Action No.: 05-1-827DPW
Date of Loss: 01/26/04
Claim No.: C004056JT
Our File No.: 10018865

Dear Mr. Gregory:

We represent P&D Builders, Inc. in a lawsuit brought by Fireman's Fund Insurance Company arising out renovations and the installation of a fireplace at the home of the plaintiff's subrogee, Julia Pavia. The plaintiff alleges that the defendants, P&D Builders, Inc, Falco Construction Corp., and Michael Carresi were negligent in performing the renovations and in installing the gas log appliance in the fireplace. P&D Builders states that the gas log appliance alleged to have been installed by defendant, Michael Carresi, was manufactured by your company. Pursuant to the Massachusetts Long Arm Statute, M.G.L. c.223A, §6, please find the following:

1.   Summons;

2.   Complaint.

Very truly yours,

Curtis L.S. Carpenter

Enclosures

1156296v1

# United States District Court

_____ DISTRICT OF _____

**PLAINTIFF**

THE FIREMAN'S FUND INSURANCE
COMPANY as subrogee of JULIA PAVIA,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

FALCO CONSTRUCTION CORP. P&D
BUILDERS, INC., and MICHAEL
CARRESI d/b/a CARRESI PLUMBING &
HEATING

**CASE NUMBER:**

**V. THIRD PARTY DEFENDANT**

HEATMASTER, INC.

**TO:** *(Name and address of Third Party defendant)*

Heatmaster, Inc.
Willis H. Gregory, Registered Agent
3625 Benson Road
Benier, NC 27501

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** *(name and address)*

Stuart G. Blackburn, Esq.
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY**
*(name and address)*

William Joseph Flanagan
Curtis L.S. Carpenter
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**CLERK**

**DATE**

**(BY) DEPUTY CLERK**

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 8/29/05 |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *Certified Mail* | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Sent Certified Mail, Signed Return Receipt Cards Attached*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/05
                Date

Signature of Server: *Certified Mail*

Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.