UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10827 DPΛ

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA<br> Plaintiff | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| FALCO CONSTRUCTION CORP.;<br>P & D BUILDERS, INC.;<br>and<br>MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING<br> Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| HEATMASTER, INC.<br> Third Party Defendant | )<br>)<br>) |

**26(a) INTIAL DISCLOSURES BY MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING**

**A. INDIVIDUALS WHO MAY POSSESS DISCOVERABLE INFORMATION**

 Michael Caressi d/b/a
 Michael Caressi Plumbing
 513 Bird Street
 Mansfield, MA

 Daniel Slowicki, CFEI
 Fire Science Technologies, Inc.
 P.O. Box 149
 Palmer, MA 01069

 Falco Construction
 10 Willowood Drive
 Stoughton, MA

 P&D Builders

6 Water Street
East Weymouth, MA

Genevieve Bures
Bures Consultants, Inc.
297 Front Street
Berea, OH

Newton Fire Department
Newton, MA

Julia Pavia
104 Hammondswood Road
Newton, MA

Joseph Franco
Craig/IS
PO Box 40569
Jacksonsville, FL

### B. DOCUMENTS SUPPORTING DEFENSES

A. Fire Science Technologies, Inc. report dated February 18, 2004 (attached).

B. Newton Fire Department report (produced)

### C. COMPUTATION OF DAMAGES

None at this time.

### D. INSURANCE AGREEMENT

The defendant is insured by a business owners policy with National Grange Mutual Insurance Company under policy number MPB06483 with effective dates of August 12, 2003 to August 12, 2004 with a liability limit of $500,000.00

Dated: Aug 24, 2005

By his attorney,

Robert P. Turner, Esquire
BBO#: 504900
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
Telephone: (866) 290-7435

## CERTIFICATE OF SERVICE

I, Robert P. Turner, attorney for the above named defendant, do hereby certify that I cause a copy of the within document to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks CT 06096

William Joseph Flanagan, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Curtis L.S. Carpenter, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Patricia Larkin, Esq.
Tommey & Yudysky LLP
99 Summer Street
Boston, MA 02110

Signed under the pains and penalties of perjury this 04th day of August 2005.

Robert P. Turner Esquire