UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY, as Subrogee of Julia Pavia,<br>    Plaintiff<br><br>vs.<br><br>FALCO CONSTRUCTION CORP.,<br>P&D BUILDERS, INC. AND<br>MICHAEL CARRESI d/b/a<br>CARRESI PLUMBING & HEATING,<br>    Defendants<br>P&D BUILDERS, INC.,<br>    Third-Party Plaintiff<br><br>vs.<br><br>HEATMASTER, INC.,<br>    Third-Party Plaintiff | CIVIL ACTION<br>NO: 05-10827DPW |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter our appearance as attorney for the third-party defendant, Heatmaster, Inc., in the above-entitled matter.

                                        David F. Hassett, Esquire #544443
                                        Scott T. Ober, Esquire #567666
                                        Hassett & Donnelly, P.C.
                                        484 Main Street, Suite 560
                                        Worcester, MA 01608
                                        (508) 791-6287

Dated: September 30, 2005

## CERTIFICATE OF SERVICE

    I, David F. Hassett, do hereby certify that I have served a copy of this appearance to all parties by first class mail, postage prepaid, this 30th day of September, 2005, to:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

John F. Toomey, Esquire
Patricia A. Larkin, Esquire
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110

William J. Flanagan, Esquire
Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA 01501-1896

_____
David E. Hassett, Esquire