UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY, as Subrogee of Julia Pavia,<br>　　Plaintiff<br><br>vs.<br><br>FALCO CONSTRUCTION CORP.,<br>P&D BUILDERS, INC. AND<br>MICHAEL CARRESI d/b/a<br>CARRESI PLUMBING & HEATING,<br>　　Defendants<br>P&D BUILDERS, INC.,<br>　　Third-Party Plaintiff<br><br>vs.<br><br>HEATMASTER, INC.,<br>　　Third-Party Plaintiff | CIVIL ACTION<br>NO: 05-10827DPW |

**AGREEMENT TO ENLARGE TIME TO RESPOND TO
P&D BUILDERS, INC.'S THIRD PARTY COMPLAINT**

Now come the parties in the above-entitled action and agree that the time for third-party defendant, Heatmaster, Inc., to respond to third-party plaintiff, P&D Builders, Inc.'s Third Party Complaint, be enlarged up to and including October 9, 2005.

　　　　　　　　　　　　　　　　　　HEATMASTER, INC.,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David F. Hassett, Esquire #544443
　　　　　　　　　　　　　　　　　　Scott T. Ober, Esquire #567666
　　　　　　　　　　　　　　　　　　Hassett & Donnelly, P.C.
　　　　　　　　　　　　　　　　　　484 Main Street, Suite 560
　　　　　　　　　　　　　　　　　　Worcester, MA 01608
　　　　　　　　　　　　　　　　　　(508) 791-6287

**ASSENTED TO:**
Counsel for the Third-Party Plaintiff:

_____
Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

## CERTIFICATE OF SERVICE

    I, David F. Hassett, counsel of record for the third-party defendant, Heatmaster, Inc., in this action, do hereby certify that I have served a copy of the foregoing to all parties, by first class mail, postage prepaid, this 30th day of September, 2005, to:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

John F. Toomey, Esquire
Patricia A. Larkin, Esquire
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110

William J. Flanagan, Esquire
Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA 01501-1896

                                                  _____
                                                  David F. Hassett, Esquire