UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY, as Subrogee of Julia Pavia,<br>    Plaintiff<br><br>vs.<br><br>FALCO CONSTRUCTION CORP.,<br>P&D BUILDERS, INC. AND<br>MICHAEL CARRESI d/b/a<br>CARRESI PLUMBING & HEATING,<br>    Defendants<br>P&D BUILDERS, INC.,<br>    Third-Party Plaintiff<br><br>vs.<br><br>HEATMASTER, INC.,<br>    Third-Party Plaintiff | CIVIL ACTION<br>NO: 05-cv-10827-DPW |

**THIRD PARTY DEFENDANT, HEATMASTER, INC.'S
CORPORATE DISCLSOURE STATEMENT**

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the third party defendant, Heatmaster, Inc., submits the following as its Corporate Disclosure Statement:

1. The filing party, a non-governmental corporation identifies the following parent corporation and publicly held company that owns 10% or more of the party's stock: None.

HEATMASTER, INC.

/s/ Scott T. Ober, Esquire
Scott T. Ober, Esquire #567666
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(508) 791-6287

**CERTIFICATE OF SERVICE**

I, Scott T. Ober, do hereby certify that I have served a copy of this appearance to all parties by first class mail, postage prepaid, this 7th day of October, 2005, to:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

John F. Toomey, Esquire
Patricia A. Larkin, Esquire
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110

William J. Flanagan, Esquire
Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA 01501-1896

/s/ Scott T. Ober, Esquire
Scott T. Ober, Esquire