UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY, as Subrogee of Julia Pavia, <br>     Plaintiff <br><br> vs. <br><br> FALCO CONSTRUCTION CORP., P&D BUILDERS, INC. AND MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING, <br>     Defendants <br> P&D BUILDERS, INC., <br>     Third-Party Plaintiff <br><br> vs. <br><br> HEATMASTER, INC., <br>     Third-Party Plaintiff | CIVIL ACTION <br> NO: 05-cv-10827-DPW |

## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Counsel of record for the third party defendant, Heatmaster, Inc., hereby certifies that he has conferred with the third party defendant and/or the third party defendant's authorized representative regarding:

    (1) establishing a budget for the costs of conducting the full course of litigation; and

    (2) the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Heatmaster, Inc.
By: Chris Blanketship

_____
Scott T. Ober, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served on all attorneys of record by first class mail this 7th day of October, 2005.

_____
Scott T. Ober, Esquire