UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE<br>COMPANY as subrogee of JULIA PAVIA<br>77 San Marin Drive Novado, California,<br>    Plaintiff<br><br>VS.<br><br>FALCO CONSTRUCTION CORP.,<br>P & D BUILDERS, INC. and<br>MICHAEL CARRESI d/b/a<br>CARRESI PLUMBING & HEATING,<br>    Defendants<br><br>VS.<br><br>HEATMASTER, INC.<br>    Third-Party Defendant | CIVIL ACTION<br>NO. 05-cv-10827-DPW |

### DEFENDANT, FALCO CONSTRUCTION CORP.'S
### CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Now comes the Defendant, Falco Construction Corp., in the above-entitled matter together with its attorney and hereby certifies as follows:

1. That they have conferred with a view towards establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By the Defendant,

*/s/ Joseph Falco*
Joseph Falco
Falco Construction Corp.
5 Coolidge Circle
South Easton, MA 02375

Date: 9-15-005

By Defendant's attorneys,

*/s/ Patricia A. Larkin*
John F. Toomey, BBO#500160
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: 10/14/05

## CERTIFICATE OF SERVICE

  I, John F. Toomey, counsel for the Defendant, Falco Construction Corp., do hereby certify that I served a copy of the foregoing **CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

William J. Flanagan, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Avery, Dooley, Post & Avery
90 Concord Ave.
Belmont, MA 02178-9107

Scott Ober, Esquire
HASSETT & DONELLY, P.C.
484 Main Street, Suite 560
Worcester, MA 01608

Date: October 14, 2005      Attorney: /s/ John F. Toomey

kh  63938.1  10/14/05