# DGF SERIES GAS LOG BURNER
## Manual and Millivolt

## INSTALLATION AND OPERATING INSTRUCTIONS

---

### FOR YOUR SAFETY

Do not store or use gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance.

---

### FOR YOUR SAFETY
### WHAT TO DO IF YOU SMELL GAS

- ◆ Do not try to light any appliance.
- ◆ Do not touch any electrical switch; do not use any phone in your building.
- ◆ Immediately call your gas supplier from a neighbor's phone. Follow the gas supplier's instructions.
- ◆ If you cannot reach your gas supplier, call the fire department.

---

**WARNING:**    Improper installation, adjustment, alteration, service or maintenance can cause injury or property damage. Refer to this manual. For assistance or additional information, consult a qualified installer, service agency or the gas supplier.

---

**IMPORTANT:**  READ INSTRUCTIONS CAREFULLY BEFORE BEGINNING INSTALLATION OF LOG SET.

## DAMPER MUST BE FULLY OPEN WHEN LOG SET IS OPERATING.

This burner unit must be installed only in a *fully-vented, solid-fuel burning fireplace with a working flue* and constructed of non-combustible material. The damper and chimney must be free of any obstructions. This log set is designed to burn with a smoky, yellow flame and **must be fully vented** for this reason. The fireplace chimney must have a permanent vent opening to the atmosphere of not less than the minimum square inches stated on Table 1 on page 2 of these instructions. If it is smaller, do not use this log set.

**IMPORTANT:**  Ensure that the chimney draft is adequate by holding a lit match or candle at the top edge of the fireplace opening. This will indicate if air movement is toward the fireplace. **If draft is inadequate, do not operate logs until draft is adequate.** If you smell fumes from the burner in the room when the damper is fully open, it indicates that the fireplace draft is insufficient. If the draft is insufficient, have the chimney inspected by a qualified chimney sweep. **DO NOT OPERATE LOGS UNTIL THE FIREPLACE DRAFT IS CORRECTED.** Do not burn solid fuels in a fireplace where a decorative appliance is installed.

11-2190

## GENERAL INFORMATION

◆ A fireplace screen must be in place when logs are operating and, unless other provisions for combustion air are provided, the screen must have an opening(s) for the introduction of combustion air.

◆ If glass doors are used with this log set, open doors fully when unit is operating.

◆ Open damper fully and be sure damper stop clamp is installed. (See damper stop instructions listed on page 4.) Ensure that all parts are included in the log set and that the burner has an air mixer (LP Gas) or burner orifice (Natural Gas) installed. Gas supply pipe must be ½" minimum I.D. or larger (¾") if gas line is longer than 20 feet. The minimum inlet gas supply pressure for the purpose of input adjustment is 7 inches for natural gas and 11 inches for LP gas. The maximum inlet gas supply pressure is 10.5 inches for natural gas and 13 inches for LP gas.

◆ Solid fuels shall not be burned in a fireplace where a decorative appliance is used.

◆ The installation and provisions for combustion and ventilation air must conform with the National Fuel Gas Code, ANSI Z223.1.

◆ The appliance and its individual shutoff valve must be disconnected from the gas supply piping system during any pressure testing of that system at test pressures in excess of 1/2 psig (3.5 kPa).

◆ The appliance must be isolated from the gas supply piping system by closing its individual manual shutoff valve during any pressure testing of the gas supply piping system at test pressures equal to or less than 1/2 psig (3.5 kPa).

◆ **KEEP APPLIANCE AREA CLEAR AND FREE FROM COMBUSTIBLE MATERIALS, GASOLINE AND OTHER FLAMMABLE VAPORS AND LIQUIDS.**

◆ Do not use this appliance if any part has been under water. Immediately call a qualified service technician to inspect the appliance and to replace any part of the control system and any gas control which has been under water.

## VENTING SYSTEM MAINTENANCE

An annual examination and cleaning of the venting system by a qualified person is recommended.

## CLEANING OF YOUR GAS LOG SET

Periodically you may want to remove the soot build-up on the logs by lightly brushing the logs with a soft brush. Also, occasionally, visually inspect your burner pan and pilot for proper operation (Fig. 1 and Fig. 2).



**Fig. 1**



**Fig. 2**

**Minimum Permanent Free Opening, Square Inches**

| Chimney Height (Feet) | 39 | 51 | 64 |
|---|---|---|---|

**Appliance Input Rating, Btu Per Hour**

| | | | |
|---|---|---|---|
| 10 | 55,800 | 74,400 | 96,400 |
| 15 | 62,400 | 84,000 | 108,800 |
| 20 | 68,400 | 94,000 | 122,200 |

## HOW TO INSTALL YOUR GAS LOG SET

This log set must be installed by a qualified person and instructions must be followed exactly to ensure safe operation.

Your log set is packaged in two (2) boxes. The complete burner assembly is packaged in one box and the logs are packaged in a separate box.

## GENERAL INSTALLATION

These logs require a minimum permanent free opening as stated in the chart on page 2 of these instructions, that must be provided by either the fireplace chimney of the fireplace damper to vent the gases. **The chimney damper must be fixed in a manner which will maintain the minimum permanent vent opening at all times.** This may be accomplished by installing a screw bolt in the edge of the damper to prevent its closing or by a hole(s) in the damper. These logs must be installed only in a vented fireplace with a working flue and constructed of noncombustible material. The minimum size fireplace in which these logs are to be installed is:

| Log Set Size | Depth | Height | Front Opening Width |
|---|---|---|---|
| 18″ | 14¾″ | 18″ | 22″ |
| 24″ | 14¾″ | 18″ | 27″ |
| 30″ | 14¾″ | 18″ | 33″ |

## GRATE AND BURNER ASSEMBLY

1. Turn off gas supply to fireplace.
2. Ensure that fireplace is clean.
3. Remove complete burner assembly and grate from box.
4. Place complete burner assembly on floor of fireplace with the open side of the pan facing the front of the fireplace.
5. Position the burner assembly centered from side to side and as far toward the back wall of the fireplace as possible. The fireplace will draft better with the burner unit toward the back of the fireplace. (**Never place the burner assembly more toward the front in larger fireplaces.**)
6. Place the grate over the burner assembly. Take note of the notches that are cut in the top of the pan of the burner assembly. The horizontal section of the front legs will fit into these notches, and the back leg of the grate will be behind the burner assembly. This will automatically put the grate in the correct position over the burner assembly. (See Figure 3)
7. Remove logs from log box and place on grate as described on page 4 under log placement.
8. Visually inspect the position of gas log set in the fireplace as described above.



**Fig. 3**

## CONNECTING GAS SUPPLY

There is a 3/8 flared fitting installed on your gas log set at the factory. Be sure fittings are of the appropriate size on any tubing that is used to be connected to your gas log set. If using tubing that has to be cut and shaped, be sure to use the proper tubing cutter and proper flaring tool. Also, be careful not to crimp the tubing when it is being bent to hook up the log set. A crimp in this line could restrict the gas flow to the log set. If a crimp does occur, do not use the line. Gas resistant pipe compound must be used on all threaded male connections, except brass to brass.

## BURNER PAN FILL INSTRUCTIONS

*NOTE:* **LP GAS UNIT - fill the burner pan with rock wool only. NATURAL GAS UNIT - use sand and rock wool.**
(With burner pan installed in the fireplace, remove the steel bar grate for better access to the pan.)

### LP GAS (rock wool only)
1. Locate the bag of rock wool, open it and tear off a small handful of material.
2. Separate the material into fine pieces and lightly sprinkle it evenly into the pan.
3. Continue to do this until you have filled the pan to the top, flush with the slope at the ends of the pan.
4. **Do not pack the rock wool.** Lightly place it into the pan. Packing the rock wool too tightly could prevent an even flame pattern and proper combustion.
5. When the unit is operating, the rock wool will give the appearance of burning ashes.
6. Upon starting the unit, adjust the rock wool pieces to attain the desired glowing effect.

### NATURAL GAS (sand and rock wool)
1. Locate the bag of sand, open it and pour it evenly into the burner pan..
2. Continue to do this until you have filled the burner pan.
3. Pour sand around the pan where it contacts the floor.
4. If a safety pilot is used do not pour sand onto it. The small pilot orifice could get stopped up.
5. Once the pan is filled with sand, locate the bag of rock wool, open it an tear off a small handful of material.
6. Separate the material into fine pieces and lightly sprinkle it evenly over the sand in the pan.
7. Continue to do this until you have covered the sand.
8. **Do not pack the rock wool.** Lightly place it into the pan. Packing the rock wool too tightly could prevent an even flame pattern and proper combustion.
9. When the unit is operating, the rock wool will give the appearance of burning ashes.
10. Upon starting the unit, adjust the rock wool pieces to attain the desired glowing effect.

## DAMPER STOP

**When log set is operating, damper must be fully opened (100%).**
Included in the burner assembly box is a damper stop clamp which attaches to the damper as shown in Figure 4. Install the damper blade and tighten with a wrench. This will prevent accidental closure of the damper. If the damper stop that was furnished with your log set does not fit, the installer will provide a permanent damper stop that will keep the damper open at a proper distance.



**Fig.4**                                    **Fig. 5**

Log sets are designed for natural gas, unless clearly labeled for LP gas. Never use LP gas in a log set designed for natural gas or natural gas in an LP gas log set.

The installation and the provisions for combustion and ventilation air must conform with local codes or, in the absence of local codes, must conform with the National Fuel Gas Code, ANSI Z223.1-1992.

The appliance and its individual shutoff valve must be discontinued from the gas supply piping system during any pressure testing of that system at test pressures in excess of 1/2 psig (3.5 kPa).

WARNING: When used without fresh air, gas logs may give off carbon monoxide, an odorless, poisonous gas. Carbon monoxide poisoning may lead to death. Ensure that provision for combustion air is provided. Open a window in room 1" to 2" when operating log set.



ELECTRICAL DIAGRAM FOR
MILLIVOLT SYSTEM ONLY

"If any of the original wire as supplied with the appliance must be replaced, it must be replaced with type SPT-1 wire or its equivalent."

5

## FOR YOUR SAFETY READ BEFORE LIGHTING

**WARNING:** If you do not follow these instructions exactly, a fire or explosion may result causing property damage, personal injury or loss of life.

A. This appliance has a pilot which must be lighted by hand. When lighting the pilot, follow these instructions exactly.

B. BEFORE LIGHTING smell all around the appliance area for gas. Be sure to smell next to the floor because some gas is heavier than air and will settle on the floor.
WHAT TO DO IF YOU SMELL GAS

◆ Do not try to light any appliance.

◆ Do not touch any electrical switch; do not use any phone in your building.

◆ Immediately call your gas supplier from a neighbor's phone. Follow the gas supplier's instructions.

◆ If you cannot reach your gas supplier, call the fire department.

C. Use only your hand to push in or turn the gas control handle, Never use tools. If the handle will not push in or turn by hand, do not try to repair it. Call a qualified service technician. Force or attempted repair may result in fire or explosion.

D. Do not use this appliance if any part has been under water. Immediately call a qualified service technician to inspect the appliance and to replace any part of the control system and any gas control which has been under water.

## LIGHTING INSTRUCTIONS
## MANUAL VALVE

1. STOP! Read the safety information previously listed above.
2. Turn gas control handle clockwise ⟳ to the "OFF" position.
3. Wait five (5) minutes to clear out any gas. Then smell for gas, including near the floor. If you smell gas, STOP! Follow "B" in the safety information above on this label. If you don't smell gas, go to the next step.
4. Locate pilot (Fig. 8) - located at center of pan burner mounted on the rear of the pan burner.
5. Turn control handle counterclockwise ⟲ to the "PILOT" position (Fig. 7).
6. Place a lit match at the pilot burner, and simultaneously push in on the control handle. This should ignite the pilot. (If you have optional piezo ignitor on pilot, follow instructions below.)
7. Once the pilot lights, continue to depress the control handle for one (1) minute.
8. After one minute, slowly release control handle and it will pop back out. Pilot should remain lit. If it goes out, repeat steps 1 thru 8.

◆ If the handle does not pop out when released, stop and immediately call your service technician or gas supplier.

◆ If the pilot will not stay lit after several tries, turn the gas control handle to "OFF" and call your service technician or gas supplier.

◆ LIGHTING PILOT WITH OPTIONAL PIEZO LIGHTER (Not included.)
   1. Follow steps 1 thru 5 above.
   2. Push the control handle in and at the same time press the push-button ignitor several times. This should cause a spark at the pilot burner and ignite the pilot.
   3. Once the pilot lights, continue to depress the control handle for one (1) minute.
   4. After one minute, release control handle and the pilot should remain lit.
   5. If the pilot does not remain lit, rotate control handle to "OFF" position (Fig. 7).
   6. Wait five (5) minutes and repeat above steps.

9. Turn control handle counterclockwise ⟲ to "ON".

## TO TURN OFF GAS TO APPLIANCE

Turn control handle clockwise ⟳ to the "OFF" position. Do not force.



**Fig. 7**



**Fig. 8**

## FOR YOUR SAFETY READ BEFORE LIGHTING

**WARNING:** If you do not follow these instructions exactly, a fire or explosion may result causing property damage, personal injury or loss of life.

A. This appliance has a pilot which must be lighted by hand. When lighting the pilot, follow these instructions exactly.

B. BEFORE LIGHTING smell all around the appliance area for gas. Be sure to smell next to the floor because some gas is heavier than air and will settle on the floor.
WHAT TO DO IF YOU SMELL GAS

 ◆ Do not try to light any appliance.

 ◆ Do not touch any electrical switch; do not use any phone in your building.

 ◆ Immediately call your gas supplier from a neighbor's phone. Follow the gas supplier's instructions.

 ◆ If you cannot reach your gas supplier, call the fire department.

C. Use only your hand to push in or turn the gas control handle, Never use tools. If the handle will not push in or turn by hand, do not try to repair it. Call a qualified service technician. Force or attempted repair may result in fire or explosion.

D. Do not use this appliance if any part has been under water. Immediately call a qualified service technician to inspect the appliance and to replace any part of the control system and any gas control which has been under water.

## LIGHTING INSTRUCTIONS
## MILLIVOLT VALVE

1. STOP! Read the safety information previously listed above.
2. Turn gas control handle clockwise ⟳ to the "OFF" position.
3. Wait five (5) minutes to clear out any gas. Then smell for gas, including near the floor. If you smell gas, STOP! Follow "B" in the safety information above on this label. If you don't smell gas, go to the next step.
4. Locate pilot (Fig. 10) - located at center of pan burner mounted on the rear of the pan burner.
5. Make sure toggle switch is in the "OFF" position (Fig. 9).
6. Turn control handle counterclockwise ⟲ to the "PILOT" position (Fig. 9).
7. Place a lit match at the pilot burner, and simultaneously push in on the control handle. This should ignite the pilot. (If you have optional piezo ignitor on pilot, follow instructions below.)
8. Once the pilot lights, continue to depress the control handle for one (1) minute.
9. After one minute, slowly release control handle and it will pop back out. Pilot should remain lit. If it goes out, repeat steps 1 thru 8.

 ◆ If the handle does not pop out when released, stop and immediately call your service technician or gas supplier.

 ◆ If the pilot will not stay lit after several tries, turn the gas control handle to "OFF" and call your service technician or gas supplier.

 ◆ LIGHTING PILOT WITH OPTIONAL PIEZO LIGHTER (Not included.)
  1. Follow steps 1 thru 5 above.
  2. Push the control handle in and at the same time press the push-button ignitor several times. This should cause a spark at the pilot burner and ignite the pilot.
  3. Once the pilot lights, continue to depress the control handle for one (1) minute.
  4. After one minute, release control handle and the pilot should remain lit.
  5. If the pilot does not remain lit, rotate control handle to "OFF" position (Fig. 9).
  6. Wait five (5) minutes and repeat above steps.

10. Turn control handle counterclockwise ⟲ to "ON".
11. Place toggle switch in the "ON" position (Fig. 9).

## TO TURN OFF GAS TO APPLIANCE

Turn control handle clockwise ⟳ to the "OFF" position. Do not force.



**Fig. 9**



**Fig. 10**

# PARTS LIST for MANUAL



| KEY NO. | PART NO. | DESCRIPTION | KEY NO. | PART NO. | DESCRIPTION |
|---------|----------|-------------|---------|----------|-------------|
| A | 11-2090 | Handle cover | O | 11-2135 | Street elbow |
| B | 11-2095 | Rod handle | P | 11-2120 | Heatshield for 18" unit |
| C | 11-2091 | Plastic plug | | 11-2121 | Heatshield for 24" unit |
| D | 11-2110 | Handle tube assembly | | 11-2122 | Heatshield for 30" unit |
| E | 01-1078 | Cotter pin | | | |
| F | 11-1300 | 3/8" flare elbow | Q | 01-1095 | Nut |
| G | 07-1025 | Valve | R | 11-1117 | 90° elbow |
| H | 07-1008 | Pilot assembly | S | 11-1765 | Square nut |
| I | 07-1009 | Thermocouple | T | 01-1080 | Screw |
| | | | | | |
| J | 11-1870 | Grate for 18" unit | U | PAN2-18 | Pan assembly for 18" unit |
| | 11-1875 | Grate for 24" unit | | PAN2-24 | Pan assembly for 24" unit |
| | 11-1880 | Grate for 30" unit | | PAN2-32 | Pan assembly for 30" unit |
| | | | | | |
| K | AM-2 | Orifice for LP units | V | 04-1009 | Self-tapping screw |
| | BPO-2 | Orifice for natural gas unit | W | 11-2175 | Valve heat shield |
| L | 06-1032 | Screw | X | PI-FM | Optional piezo kit |
| M | 11-1116 | 45° elbow | | | |
| N | 11-2180 | Nipple for 18" unit | | | |
| | 11-2181 | Nipple for 24" unit | | | |

Parts may be ordered from your local retailer or from:
HEATMASTER, INC.
Route 2, Box 48
Angier, NC  27501
(919) 639-4568

*When ordering, please include complete part number, part name and gas type.*



**Listing # 1238**
**Complies with LARGA2-72**

8

# PARTS LIST for MILLIVOLT



| KEY NO. | PART NO. | DESCRIPTION | KEY NO. | PART NO. | DESCRIPTION |
|---------|----------|-------------|---------|----------|-------------|
| A | 11-2090 | Handle cover | P | 11-2076 | Connector pipe 18" |
| B | 11-2095 | Rod handle | | 11-2081 | Connector pipe 24" |
| C | 11-2091 | Plastic plug | | 11-2086 | Connector pipe 30" |
| D | 11-2250 | Handle bracket assembly | Q | 11-2120 | Chrome heatshield for 18" unit |
| E | 11-2255 | Wiring harness | | 11-2121 | Chrome heatshield for 24" unit |
| F | 01-1078 | Cotter pin | | 11-2122 | Chrome heatshield for 30" unit |
| G | 11-2260 | Millivolt valve | R | 11-1117 | 90° elbow |
| H | 07-1020 | 3/8" street elbow | S | 01-1095 | Nut |
| I | 11-1300 | 3/8" flare elbow | T | 01-1080 | Screw |
| J | 11-1870 | Grate for 18" unit | U | 04-1009 | Self-tapping screw |
| | 11-1875 | Grate for 24" unit | V | 01-1158 | 10 x 1/2 screw |
| | 11-1880 | Grate for 30" unit | W | PAN2-18 | Pan assembly for 18" unit |
| K | 09-1005 | Pilot burner | | PAN2-24 | Pan assembly for 24" unit |
| L | 01-1035 | Thermopile | | PAN2-32 | Pan assembly for 30" unit |
| M | 01-1557 | Brass street elbow | X | 11-2177 | Valve heatshield |
| N | AM-2 | Orifice for LP units | Y | 11-2265 | Switch |
| | BPO-2 | Orifice for NAT units | Z | PI-FM | Optional piezo kit |
| O | 06-1032 | Self-drilling screw | AA | 11-1765 | Square nut |

Parts may be ordered from your local retailer or from:
HEATMASTER, INC.
Route 2, Box 48
Angier, NC  27501
(919) 639-4568

*When ordering, please include complete part number, part name and gas type.*



Listing # 1238
Complies with LARGA2-72

# THIS PAGE WAS INTENTIONALLY LEFT BLANK.

# HEATMASTER, INC.
## LIMITED WARRANTY

All logs manufactured by HEATMASTER, Inc. have a lifetime warranty against breakage due to heat to the original owner in the original installation.

- Glowing Ember Burners and grate assemblies are warranted for five (5) years.
- All other mechanical parts are warranted for one (1) year.

## LIMITATIONS

1. HEATMASTER, Inc.'s obligations to the purchaser under this warranty is limited to the repair or replacement of defective part which will be made free of charge. Such repair or replacement shall constitute fulfillment of all HEATMASTER, Inc.'s liabilities to the purchaser.

2. Repairs or replacement will be performed by HEATMASTER, Inc. following delivery of the product by the purchaser to HEATMASTER, Inc.'s facility in Angier, North Carolina. The cost of mailing or other delivery to HEATMASTER, Inc. shall be borne by the purchaser. The mailing address is: HEATMASTER, Inc., Route 2, Box 48, Angier, NC 27501.

3. Along with the product, the purchaser shall include a written explanation of the approximate date the product was purchased, the dealer or person from whom the product was purchased, the date the defect was first noticed, a description of the nature of the defect, and what the purchaser did, if anything, to repair or correct the defect.

4. To the extent allowed by law, any **implied warranty of merchantability** or **fitness** applicable to this product is limited to the duration of this warranty. HEATMASTER, Inc. shall not be liable for loss of use of this product, loss of time, inconvenience, commercial loss, or consequential damages. The remedy of repair or replacement of a defective part during the warranty period herein specified shall be the purchasers exclusive remedy.

*Please complete the card below and return it so that we may record your purchase.*

00-1000

## WARRANTY REGISTRATION

Date of Sale: _____

Model No.: _____  Serial No.: _____

Purchased From: _____  City: _____  State: _____

Your Name: _____

Street Address: _____

City: _____  State: _____

Zip: _____  Phone No.: ( ____ ) _____

How did your hear about HEATMASTER Logs? _____

Installed by: ☐ self    ☐ dealer    ☐ other: _____

Additional Comments: _____

Dear Purchaser:

We are pleased that you have selected our product and take this opportunity to assure yo
that qualified service is available if required.

*Please Keep This Warranty Card*

**Who gets the warranty?**   The warranty is limited to the consumer wh
originally purchased the product.

**What is covered?**   This limited warranty covers all imperfections
workmanship and material.

**What is not covered?**   This limited warranty does **not** cover damag
resulting from accident, misuse or abuse, lack o
proper maintenance, affixing of any attachments n
provided with the products, or loss of parts. IN N
EVENT SHALL HEATMASTER, INC. BE LIABL
FOR ANY SPECIAL, INCIDENTAL O
CONSEQUENTIAL DAMAGES RESULTIN
FROM MISUSE OR MODIFICATION OF TH
PRODUCT.

DEFECTIVE PARTS OR BROKEN LOGS FOR REPLACEMENTS MUST B
RETURNED TO THE FACTORY PREPAID ALONG WITH **PROOF O
PURCHASE**. FACTORY WILL REPAIR OR REPLACE AT FACTORY OPTIO
AND RETURN TO PURCHASER FREIGHT PREPAID.

*Please complete the card below and return it so that we may record your purchase.*

**HEATMASTER, INC.**
**RT 2 BOX 48**
**ANGIER NC  27501-9608**

PLACE
STAMP
HERE



IFG Companies

---

POLICY NUMBER: HGL0004780          EFFECTIVE DATE: 01/01/2004

---

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## LISTING OF FORMS AND ENDORSEMENTS

This listing forms a part of the following:

COMMERCIAL GENERAL LIABILITY POLICY

| NUMBER | TITLE |
|---|---|
| **INTERLINE** | |
| IFG-I-0005 (11-01) | COVER PAGE GIC |
| IFG-I-0103 (11-01) | COMM DEC |
| IFG-I-0163 (11-02) | SCHEDULE OF TERRORISM PREMIUMS |
| IFG-I-0402 (11-00) | SERVICE OF SUIT |
| IL0017 (11-98) | COMMON POLICY CONDITIONS |
| IL0021 (04-98) | EXCLUSION NUCLEAR ENERGY |
| IL0269 (09-00) | NC CANCELLATION AND NONRENEWAL |
| | |
| **GENERAL LIABILITY** | |
| IFG-G-0002-DL (03-01) | GEN. LIAB. DECLARATIONS |
| CG0001 (07-98) | GENERAL LIAB. COVERAGE FORM |
| CG0057 (09-99) | INSURING AGREEMENT AMENDMENT |
| IFG-G-0052 (11-01) | DEDUCTIBLE LIABILITY INSURANCE |
| CG2116 (07-98) | EXCL-PROFESSIONAL SERVICES |
| CG2136 (01-96) | EXCLUSION-NEW ENTITIES |
| CG2139 (10-93) | CONTRACTUAL LIAB. LIMITATION |
| CG2147 (07-98) | EXCLUSION EMPLOYMENT PRACTICES |
| CG2149 (09-99) | TOTAL POLLUTION EXCLUSION |
| CG2175 (12-02) | EXCLUSION TERRORISM . |
| GSG-G-017 (01-00) | CROSS LIABILITY EXCLUSION · |
| GSG-G-021 (04-00) | EXCLUSION-INTELLECTUAL PPTY· |
| IFG-G-0036 (08-01) | EXCL-FUNGUS, DRY-ROT DECAY |
| IFG-G-0039 (05-01) | MINIMUM PREMIUM |
| BG-G-005 (02-94) | EXCL-PUNITIVE DAMAGE |
| BG-G-007 (09-99) | EXCLUSION-ASBESTOS |

Issue Date: 03/09/2004

## LISTING OF FORMS AND ENDORSEMENTS (cont.)

NUMBER                          TITLE

# Additional Forms

IFG-I-0152 1100 Composite Rate Endorsement
BG-G-119 0802 Definition of Employee

Issue Date: 03/04/2004

IFG-I-0150 1100

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – FUNGUS, DRY-ROT OR DECAY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This exclusion is added under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**, and under Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**.

This insurance does not apply to:

**FUNGUS, DRY-ROT OR DECAY**

**(1)** "Bodily injury", "property damage", or "personal and advertising injury", which arises out of or is alleged to have occurred, in whole or in part, due to the actual, alleged, or threatened growth, dispersal, migration or release of, or is caused or contributed to, directly or indirectly (in whole or in part) by:

    **(a)** "fungus(i)", "spore" or "mycotoxin" at any time;

    **(b)** dry-rot or decay;

    **(c)** any substance, vapor or gas produced by or arising out of any "fungus(i)", "spore" or "mycotoxin".

This exclusion also applies to any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any "fungus(i)", "spore" or "mycotoxin" to the extent that it results in, causes or contributes to such injury or damage.

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus(i)", "mycotoxin", dry-rot or decay.

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of "fungus(i)", "mycotoxin", dry-rot or decay.

    **(c)** Supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with any of the above.

    **(d)** Obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

The above applies regardless of any other cause, event, material, product or building component that contributed concurrently or in any sequence to such injury or damage.

For the purpose of this endorsement, the following definitions are added to **Section V – Definitions**.

**"Fungus(i)"** means any of a plant-like group of organisms that does not produce chlorophyll; they derive their food either by decomposing organic matter from dead plants and animals or by parasitic attachment to living organisms, thus often causing infections and disease.  The word "fungus(i)" includes molds, mildews, musts, and the rusts and smuts that infect grain and other plants.

"Fungus(i)" does not include mushrooms that are a product of agriculture grown for human consumption.

**"Mycotoxin"** means a highly toxic principle produced by molds or fungi.

**"Spore"** means any reproductive body produced by or arising out of any "fungus(i)"

**IFG-G-0036 0801**                                                         **Page 1 of 1**

Includes copyrighted material of Insurance Services Office, Inc.  Use with permission.



**IFG Companies**

## COMMON POLICY DECLARATIONS

Policy Number  HGL0004780

Renewal of:  HGL0002370

# GUILFORD INSURANCE COMPANY

Home Office: Springfield, Illinois
Administrative Office: 100 Pearl Street, Hartford, CT  06103
Claims Office: 238 International Road, Burlington, NC 27215

---

**Item 1.** Named Insured and Mailing Address

Heatmaster, Inc.
Attn: Rodney Gregory
P.O. Box 1717
Angier                    NC 27501

Gresham & Associates, Inc.
Six Corporate Center, Ste. 180
830 Crecent Center Drive
Franklin                  TN 37067

Code: 0438

---

**Item 2.** Policy Period          Effective Date:  01/01/2004          Expiration Date: 01/01/2005

at 12:01 A.M. , Standard Time at your mailing address shown above.

---

**Item 3.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage.  This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial General Liability | $    79,920.00 |
|  | $ |
|  | $ |
|  | $ |
| Total Policy Premium or Deposit Premium | $    79,920.00 |
| Other Charges (if applicable) Total Other Charges | $ |
| Total Amount Due | $    79,920.00 |

---

Premium is: ☐ Flat  ☒ Adjustable          **Policy Minimum Premium**          $

In the event you cancel this policy, we will retain a minimum premium.  (*See IFG-G-0039 0501).

---

**Item 4.** Forms and Endorsements applicable to this policy:
See "Listing of Forms and Endorsements"  (IFG-I-0150)

**Item 5.** Form of Business.          ☐ Individual          ☐ Partnership          ☐ Joint Venture

☐ Limited Liability Company          ☒ Other Organization, including a Corporation

Business Description:
Gas Log and Cooker Assembly

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

Countersigned:

Date:_____          By: _____

Issue Date: 03/04/2004          HOME OFFICE

Authorized Representative

IFG-I-0103 1101

Page 1 of 1



IFG Companies

POLICY NUMBER: HGL0004780

# SCHEDULE OF TERRORISM PREMIUMS

Commercial General Liability

| If item is checked below, the portion of your policy premium for Terrorism coverage is shown at right. | Terrorism premium |
|---|---|
| [X]  Terrorism coverage is excluded as per form(s) attached to the policy. | $0. |
| [ ]  Terrorism coverage applies as per form(s) attached to the policy. | |

Per Terrorism Risk Insurance Act of 2002, the portion of your premium that applies to Terrorism coverage is shown in the schedule above. This amount is part of and not in addition to your policy premium.

### DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurer. Should a covered event of foreign terrorism occur, all policyholders may be surcharged an additional amount of no greater than 3% of the policy's earned premium by order of the Secretary of the Treasury to reimburse the federal government for its portion of a terrorism loss.



IFG Companies

Policy Number: HGL0004780

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

Named Insured: Heatmaster, Inc.

Effective Date: 01/01/2004

| Item 1. | LIMITS OF INSURANCE | |
|---|---|---|
| | $ 2,000,000 | General Aggregate Limit (Other Than Products-Completed Operations) |
| | $ 1,000,000 | Products-Completed Operations Aggregate Limit |
| | $ 1,000,000 | Personal and Advertising Injury Limit |
| | $ 1,000,000 | Each Occurrence Limit |
| | $ 50,000 | Damage To Premises Rented To You Limit (Any One Premises) |
| | $ 1,000 | Medical Expense Limit (Any One Person) |

**Item 2.** RETROACTIVE DATE (CG 00 02 only):

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here: (Enter Date or "None" if no Retroactive Date applies.)

**Item 3.** LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: | Rating Terr.

1. 3625 Benson Road
   Angier
2.                              NC 27501

☐ See Supplemental Schedule of Locations (IFG-I-0140)

Loc 1: 002
Loc 2:

**Item 4.** FORM(S) AND ENDORSEMENT(S) made a part of this policy at time of issue:

See Listing of Forms and Endorsements (IFG-I-0150)

**Item 5.** CLASSIFICATIONS AND RATES  ☒ See Schedule of Classifications and Rates (IFG-G-0003)

| Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | All Other | Prod.-C. Ops. | All Other | Prod.-C. Ops. |
| (See IFG=I-0152 1100: Composite Rate). | | | | | $79,920 | |

☒ **Premium is adjustable.**      ☐ **Premium is Flat (not adjustable)**

| Item 6. | PREMIUMS | |
|---|---|---|
| | $79,920.00 | Total Coverage Part Premium |
| | $ | Coverage Part Minimum Premium (if applicable) |

**Item 7.** AUDIT PERIOD (If Applicable)

☒ Annually      ☐ Semi-Annually      ☐ Quarterly      ☐ Monthly

These Declarations are part of the Policy Declarations containing the name of the insured and the policy period.

POLICY NUMBER: HGL0004780

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE
## DEDUCTIBLE APPLIES TO DAMAGES, DEFENSE COSTS AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | PER CLAIM or | PER OCCURRENCE OR OFFENSE |
| Bodily Injury Liability OR | $ | $ |
| Property Damage Liability OR | $ | $ |
| Bodily Injury Liability and/or Property Damage Liability Combined OR | $ | $ |
| Personal and Advertising Injury Liability OR | $ | $ |
| Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Combined | $ 10,000 | $ |
| **Aggregate Deductible amount:** | $ | |

(No aggregate deductible applies if left blank.)

APPLICATION OF ENDORSEMENT (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all applicable coverages, however caused):

**A.** Our obligation under the Bodily Injury Liability, Property Damage Liability and Personal and Advertising Injury Liability Coverages to pay:

1. Damages on your behalf;
2. Defense Costs; and
3. Supplementary Payments

applies only to the amount in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

Our obligation to pay applies only to the difference between the deductible amounts shown above (less any amounts paid for Defense Costs or Supplementary Payments within the deductible amount, if applicable), and the limits of insurance stated in the policy.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" or offense basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. Subject to paragraph **D.** below, the deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

IFG-G-0052 1101

Contains copyright material with permission,
Insurance Services Office, Inc. 1994

Page 1 of 3

a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "bodily injury".

b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "property damage".

c. Under Personal and Advertising Injury Liability Coverage, to all damages sustained by any one person or organization because of "personal and advertising injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "personal and advertising injury".

d. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person, and Defense Costs or Supplementary Payments incurred by the Company as a result of a claim brought by any one person because of:

   (1) "Bodily injury";

   (2) "Property damage"; or

   (3) "Bodily injury" and "property damage" combined

e. Under Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Coverage Combined, to all damages sustained by any one person, and Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of:

   (1) "Bodily injury";

   (2) "Property damage"; or

   (3) "Personal and advertising injury";

   (4) "Bodily injury", property damage" and "personal and advertising injury" combined

   as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any one time from "bodily injury", a separate deductible

amount will be applied to each person making a claim for such damages.

With respect to "property damage" and "personal and advertising injury", person includes an organization.

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "bodily injury".

b. Under Property Damage Liability Coverage, to all damages because of "property damage"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "property damage".

c. Under Personal and Advertising Injury Liability Coverage, to all damages because of "personal and advertising injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "personal and advertising injury".

d. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages, and Defense Costs or Supplementary Payments incurred by the company because of:

   (1) "Bodily injury";

   (2) "Property damage"; or

   (3) "Bodily injury" and "property damage" combined

e. Under Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Coverage Combined, to all damages, and Defense Costs or Supplementary Payments incurred by the company because of:

   (1) "Bodily injury";

   (2) "Property damage"; or

   (3) "Personal and advertising injury";

   (4) "Bodily injury", "property damage" and "personal and advertising injury" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

Contains copyright material with permission, Insurance Services Office, Inc. 1994

**C.** The Deductible amount applies to damages, Defense Costs and Supplementary Payments combined for any one Occurrence, Offense or Claim (whichever applies per paragraph **B.** above).  The Deductible will be applied first to the payment of damages and then to the payment of Defense Costs and Supplementary Payments.

**D.** If an Aggregate Deductible amount is shown in the Schedule above, the total deductible amount you must pay during the policy period shall not exceed the amount of the Aggregate Deductible shown.

**E.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages,

**2.** Your duties in the event of an "occurrence", claim, or "suit" apply irrespective of the application of the deductible amount.

**F.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**G. DEFENSE COSTS DEFINITION - COVERAGES A AND B.**

For the purpose of this endorsement, Defense Costs includes attorney fees, court cost, interest and all other costs incurred by the company in the handling, investigation, and adjustment of claims or "suits" against the insured, even when no payment is made to the claimant, or when this insurance does not apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 21 16 07 98

# EXCLUSION - DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective   01/01/2004 12:01 A.M. standard time | Policy No.  HGL0004780 |
|---|---|
| Named Insured Heatmaster, Inc. | Countersigned by |

(Authorized Representative)

## SCHEDULE

**Description Of Professional Services:**

**1.** Design

**2.** Engineering

**3.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

Copyright, Hawaii Insurance Bureau, Inc., 1998
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1998



IFG Companies

| POLICY NUMBER: | HGL0004780 | ENDORSEMENT #:1 |
|---|---|---|
| NAMED INSURED: | Heatmaster, Inc. | |
| INSURANCE COMPANY: | GUILFORD INSURANCE COMPANY | EFFECTIVE DATE: 08/18/2004 |
| PRODUCER: | Gresham & Associates, Inc.<br>Code: 0438 | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

The following form is hereby added to the Listing of Forms and Endorsements, (IFG-I-0150 1100), and is made a part of the policy:

CG 20 15 11 88 - Additional Insured - Vendors

| Premium for this Change Endorsement: | | |
|---|---|---|
| $ | 250.00 | Additional Premium |
| $ | | Tax, if applicable |
| $ | 250.00 | Total Additional Premium Due |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

IFG-I-0151 1100                    JAD                    Issue Date: 08/31/2004

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

CG 20 15 11 88

# ADDITIONAL INSURED - VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

Policy Number: HGL0004780

Name of Person or Organization (Vendor):
Bryson West, LLC
3516-B E. Kivett Drive

High Point                              NC 27260

Your Products:
All of "Your Products".

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as vendor) shown in the Schedule, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in the product made intentionally by the vendor.

   d. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer and then repackaged in the original container;

   e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the distribution or sale of the products;

   f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. This insurance does not apply to any insured person or organization, from whom you have acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

CL 532 (11-88)
CG 20 15 11 88

Copyright, Insurance Services Office, Inc., 1986, 1988

Page 1 of 1


IFG Companies

| POLICY NUMBER: HGL0004780 | EFFECTIVE DATE: 01/01/2004 |
|---|---|

**THIS ENDORSEMENT CHANGES THE POLICY.    PLEASE READ IT CAREFULLY.**

## COMPOSITE RATE ENDORSEMENT

### Schedule

| LINE OF BUSINESS | | Commercial General Liability | | | | |
|---|---|---|---|---|---|---|
| Class | Description | Exposure Units | Exposure Description (Rate applies per _ of Exposure Units) | Rate | Deposit Premium |
| **Premises-Operations** | | | | | |
| 55013 | Heating Equipment Manufacture – Liquid, Gas Fuel | $4,500,000 | Per $1,000 of sales | $17.76 | $79,920 |
| | | | Per        of | | |
| | | | Per        of | | |
| **Products-Completed Operations** | | | | | |
| 55013 | Heating Equipment Manufacture – Liquid, Gas Fuel | Included | Included | Included | Included |
| | | | Per        of | | |
| | | | Per        of | | |
| | | | | Minimum Premium | See IFG-G-0039 0501 |

A. The premium shown in the Schedule is a deposit premium only. The exposure units shown in the Schedule are an estimate. Upon expiration of the policy, we will compute the earned premium by applying to the composite rate shown above the actual amount of the exposure units as developed by final audit divided by the number shown in the Exposure Description. The audited annual premium will not be less than the Minimum Premium shown in the

Schedule above.    Flat premiums
are not subject to composite rate
adjustment and are not part of,
but are in addition to, the
Minimum Premium.

**A.**  Audit premiums are due and payable
on notice to the first Named Insured.

**B.**  The first Named Insured must keep
records of the information we need
for premium computation and send
us copies at such times as we may
request.

POLICY NUMBER: HGL0004870                                              GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modified insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART.

SCHEDULE

**Name of Person or Organization:**

**Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CG 20 26 11 85

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE FIREMAN'S FUND INSURANCE | ) | |
| COMPANY, as Subrogee of Julia Pavia, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION |
| FALCO CONSTRUCTION CORP., | ) | NO:  05-cv-10827-DPW |
| P&D BUILDERS, INC. AND | ) | |
| MICHAEL CARRESI d/b/a | ) | |
| CARRESI PLUMBING & HEATING, | ) | |
|     Defendants | ) | |
| P&D BUILDERS, INC., | ) | |
|     Third-Party Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HEATMASTER, INC., | ) | |
|     Third-Party Defendant | ) | |

**THIRD PARTY DEFENDANT, HEATMASTER, INC.'S AUTOMATIC
DISCLOSURE PURSUANT TO
FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2(A)**

Now comes the Third Party Defendant, Heatmaster, Inc., and pursuant to Rule

26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A) discloses the

following:

**(A) Individuals Likely to Have Discoverable Information**

The third party defendant is unaware of any individuals likely to have discoverable

information other than those identified in the other parties' Automatic Disclosures.

**(B) Relevant Documents**

1.   Installation and Operating Instructions—DGF Series Gas Log Burner

2.   Heatmaster Limited Warranty/Warranty Registration

**(C) Damages**

Not applicable.

**(D) Insurance**

See policy attached.

HEATMASTER, INC.

/s/ Scott T. Ober_____
Scott T. Ober, Esquire #567666
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(508) 791-6287

## CERTIFICATE OF SERVICE

I, Scott T. Ober, do hereby certify that I have served a copy of this appearance to all parties by first class mail, postage prepaid, this 25th day of October, 2005, to:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

John F. Toomey, Esquire
Patricia A. Larkin, Esquire
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110

William J. Flanagan, Esquire
Curtis L.S. Carpenter, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Robert P. Turner, Esquire
Law Offices of Bruce R. Fox
27B  Midstate Office Park
Auburn, MA 01501-1896

/s/ Scott T. Ober_____
Scott T. Ober, Esquire