IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

FIREMAN'S FUND INSURANCE  COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

JURY TRIAL DEMANDED

FEBRUARY 24, 2006

Defendants.

------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff, Fireman's Fund Insurance Company, by and through its undersigned

counsel, hereby files its motion for protective order pursuant to F.R.C.P. 26(c) and, in

support thereof, avers as follows:

1.     This action arises from a fire that occurred on January 26, 2004 at the

home of Julia Pavia located at 104 Hammondswood Road, Newton, Massachusetts.

2.     The case is scheduled for a status conference on July 27, 2006.

3.     On February 16, 2006, Defendant Falco Construction Corporation served

on the Plaintiff the Notice of Deposition appended as Exhibit A, requesting the

deposition of the person most knowledgeable at Craig Insurance Services, as well as

production of numerous documents.

4.    Craig Insurance Services is not a party to this case and the Plaintiff is not obligated to produce them. Craig Insurance Services' offices are located in Jacksonville, Florida.

5.    Any Craig Insurance Services representatives that have knowledge of this claim are attorneys and were acting in that capacity so their files and testimony would fall under the attorney-client privilege and materials prepared in anticipation of litigation.

6.    Craig Insurance Services representatives have no knowledge of facts or information that is not privileged and that are not available from other, more direct, sources.

7.    The Plaintiff has provided its person most knowledgeable, Eric Schwalbach, who was deposed by the Defendants on February 8, 2006. The Plaintiff has agreed to provide Mr. Schwalbach again at a later date.

8.    Under F.R.C.P. 26(c), a protective order is appropriate when the movant, with good cause shown, requires protection when discovery sought causes annoyance, embarrassment, oppression, or undue burden or expense. Since, any non-privileged information sought from Craig Insurance Service can be obtained more directly through the Plaintiff's person most knowledgeable, there is no meaningful purpose to the deposition beyond annoyance and undue expense on the part of the Plaintiff.

9.    Accordingly, the Plaintiff respectfully requests this Court to enter an Order barring the Defendants from deposing representatives of Craig Insurance Services.

WHEREFORE, the Plaintiff, Fireman's Fund Insurance Company, hereby respectfully requests this Court to issue an order denying Defendant Falco Construction the opportunity to depose the person most knowledgeable at Craig Insurance Services.

**FIREMAN'S FUND INSURANCE COMPANY**
By its attorneys,


/s/ Erik Loftus
Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 facsimile
eloftus@sbcglobal.net

## **CERTIFICATION**

I hereby certify that a copy of MOTION FOR PROTECTIVE ORDER has been mailed, first class mail, postage prepaid on the 24th day of February, 2006 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
(Michael Carresi dba Carressi
Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

David J. Crowley, Esq.
Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA  02110
(Falco Construction Corp.)

David F. Hassett, Esq.
Scott T. Ober, Esq.
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA  01608
(Heatmaster, Inc., Third party Defendant)

/s/ Erik Loftus
Erik Loftus, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA 77 San Marin Drive Novado, California,       Plaintiff )<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-cv-10827-DPW |

THE FIREMAN'S FUND INSURANCE     )
COMPANY as subrogee of JULIA PAVIA   )
77 San Marin Drive Novado, California,   )
      Plaintiff                     )     CIVIL ACTION
                                )     NO. 05-cv-10827-DPW
                                )
VS.                                )
                                )
FALCO CONSTRUCTION CORP.,       )
P & D BUILDERS, INC. and          )
MICHAEL CARRESI d/b/a            )
CARRESI PLUMBING & HEATING,    )
      Defendants                )
                                )
VS.                                )
                                )
HEATMASTER, INC.,            )
      Third-Party Defendant      )

## <u>NOTICE OF TAKING RULE 30(b)(6) DEPOSITION</u><br><u>OF CRAIG INSURANCE SERVICES, LTD.</u>

To:    Stuart G. Blackburn, Esquire, Law Offices of Stuart G. Blackburn, Two Concorde Way, P.O. Box 608 Windsor Locks, CT 06096

Please take notice that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deposition upon oral examination of the **Person Most Knowledgeable of Craig Insurance Services, Ltd.** will be taken before a registered court reporter, duly commissioned for the Commonwealth of Massachusetts, or some other person duly qualified. Said deposition will take place at the offices of TOOMEY & YUDYSKY LLP, 99 Summer Street, Boston, MA , on March 9, 2006 at 10:00 a.m.

Craig Insurance, Ltd. will be required, pursuant to Fed.R.Civ.P. 30(b)(6), to designate one or more officers, directors, managing agents, or other persons, who consent to testify on its behalf who has the most knowledge of the following matters:

1. The alleged incident at 104 Hammondswood Road, Newton, Massachusetts on January 26, 2004;

2. The contracts, agreements, memoranda, bills, invoices, time slips and any other documents between Plaintiff and any person or entity relative to services provided and/or work performed at 104 Hammondswood Road, Newton, Massachusetts from January 1, 2000 to January 26, 2004;

3. The contracts, agreements, memoranda, bills, invoices, time slips and any other documents between Plaintiff and any person or entity relative to services provided and/or work performed at 104 Hammondswood Road, Newton, Massachusetts from January 26, 2004 to the present;

4. The Plaintiff's Complaint;

5. The Plaintiff's alleged damages;

6. An incident at 104 Hammondswood Road, Newton, Massachusetts on or about January 25, 2004 wherein a water pipe burst and caused property damage;

7. The terms of the insurance policy issued by the Firemen's Fund Insurance Company to the Julia Pavia that was in effect at the time of the subject incident; and

8. The documents produced pursuant to the attached Schedule "A".

2

The deponent is further required to produce the documents set forth in the attached Schedule "A".

The oral examination will continue from day to day until completed.  You are invited to attend and cross-examine.

Respectfully submitted,
The Defendant,
Falco Construction Corp.,
By its Attorney,

John F. Toomey, BBO # 500160
David J. Crowley, BBO # 630169
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA  02110
(617) 946-0930
tylawyers@tyllp.com

Dated: _2/16/06_

3

## SCHEDULE "A"

### REQUEST NO. 1

Originals or copies of all bills, invoices, estimates or statements, paid or unpaid, by any person or entity on account of the damages and expenses allegedly sustained or incurred as a result of the incident alleged in the Plaintiff's Complaint.

### REQUEST NO. 2
Copies of all statements taken from anyone who was or claims to be a witness to the alleged incident.

### REQUEST NO. 3
All reports prepared by an expert retained by or on behalf of Plaintiff to serve as an expert witness at the trial of this action arising out of the alleged incident.

### REQUEST NO. 4:
Copies of the resume and curriculum vitae of each person whom the Plaintiff expects to call as an expert witness at the trial of this action.

### REQUEST NO. 5
Any and all documents evidencing, concerning or relating to the damages allegedly suffered as a result of the alleged incident.

### REQUEST NO. 6
All contracts or agreements between the Plaintiff's subrogor and any other person or company concerning construction work performed at the subject premises identified in the Plaintiff's Complaint.

### REQUEST NO. 7
All documents concerning communications regarding the roofing work or the subject fire between Falco and:

    a.    any other party to this action;
    b.    Julia Pavia;
    c.    any witnesses to Falco's masonry work or the alleged incident;
    d.    any fire, police, or other governmental agency, department, or office; or,
    e    any other person (except legal counsel retained in connection with the Subject Fire.)

### REQUEST NO. 8
All documents concerning or referring to Falco's alleged performance of masonry work at the subject premises.

### REQUEST NO. 9
All documents concerning or referring to P& D Builders, Inc. performance of construction work at the subject premises.

**REQUEST NO. 10**
  All documents concerning or referring to Michael Carresi d/b/a Carresi Plumbing & Heating's performance of construction work at the subject premises.

**REQUEST NO. 11**
  All documents relating to any claim that the injuries and/or damages complained of in the Plaintiff's Complaint were caused by the negligence of any person or entity.

**REQUEST NO. 12**
  All written or other documentary evidence which tends to show that the conduct, by act or omission, of some third person or persons, caused or contributed to the incident which forms the subject matter of this Complaint, including but not limited to any and all letters, complaints, pleadings, notices or other documents which refer to or reflect claims by the Plaintiff against anyone other than the defendants identified in this litigation for compensation or damages as a result of the incident.

**REQUEST NO. 13**
  Duplicate originals of any and all photographs of the scene of the alleged incident, damages and/or injuries alleged in the complaint.

**REQUEST NO. 14**
  The original or copy of the full and complete policy or policies of insurance including declaration page, application, riders and endorsements, which may provide coverage for liabilities which may be incurred as a result of this lawsuit or have provided coverage to the Plaintiff.

**REQUEST NO. 15**
  Any and all applications, notices, proofs of loss, reports, letters or correspondence sent or submitted to any insurance company, agent, broker, adjuster or investigator dealing with any issue arising out of the incident alleged in the Plaintiff's Complaint.

**REQUEST NO. 16**
  Copies of any and all police reports, fire department reports, reports prepared by any other governmental entity, related to the subject fire.

**REQUEST NO. 17**
  Any and all documentary evidence which tends to exonerate or exculpate Falco in this action.

**REQUEST NO. 18**
  All reports or other documents prepared as a result of each investigation made by or on behalf of Plaintiff, concerning the cause, origin, spread, or suppression of the subject fire, or damages caused by the subject fire.

**REQUEST NO. 19**
  All reports or other documents that refer to, relate to or otherwise reference an

incident at 104 Hammondswood Road, Newton, Massachusetts on or about January 25, 2004 wherein a water pipe burst and caused property damage

## CERTIFICATE OF SERVICE

I, David J. Crowley, counsel for the Defendant, Falco Construction Corp., do hereby certify that I served a copy of the foregoing **NOTICE OF TAKING RULE 30(b)(6) DEPOSITION OF CRAIG INSURANCE SERVICES, LTD.**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT  06096


William J. Flanagan, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210

Robert P. Turner, Esquire
Law Offices of Bruce R. Fox
27B Midstate Office Park
Auburn, MA  01501

Scott Ober, Esquire
HASSETT & DONELLY, P.C.
484 Main Street, Suite 560
Worcester, MA  01608


Date: _2/16/06_                    Attorney: _____


DC 69774.1 2/16/06

7