IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 DPW

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

APRIL 21, 2006

Defendants.

---------------------------------------------------------X

## PLAINTIFF FIREMAN'S FUND'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT WITNESS

### NAME AND ADDRESS OF WITNESS

Jeffrey Lowe, CFI
Engineering and Fire Inspections
Boston Service Center – South
21 Father Devalles Blvd., Building B
Fall River, MA  02723

### SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY

Mr. Lowe is expected to testify concerning his investigation and opinions

regarding the cause and origin of the January 25, 2004 fire loss that occurred at the

residence of Julia Pavia, located at 104 Hammondswood Road, Newton.

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Lowe is expected to testify that, based upon his investigation and inspection, the origin of the January 25, 2004 fire was in the floor construction directly below the gas log fireplace in the second floor office at the premises. Mr. Lowe is further expected to testify that the cause of the January 25, 2004 fire was the accidental ignition of the combustible floor construction due to heat conducting down through the masonry floor of the fireplace and igniting the plywood and joists. Mr. Lowe's further opinions are expressed in the attached report.


**SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION**

Mr. Lowe will testify based on his education and experience as a certified fire inspector, as well as his investigation and his inspections of the premises located at 104 Hammondswood Road, Newton. A list of Mr. Lowe's qualifications, fee schedule, and testimony history is attached. Mr. Lowe has no publications.


THE PLAINTIFF,

By:_____
        Erik Loftus, Esq.
        Law Offices of Stuart G. Blackburn
        Two Concorde Way
        P. O. Box 608
        Windsor Locks, CT  06096
        860-292-1116
        BBO# 656315

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, first class mail, postage prepaid on the 21st day of April, 2006 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
(Michael Carresi dba Carressi
Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

David J. Crowley, Esq.
Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA  02110
(Falco Construction Corp.)

David F. Hassett, Esq.
Scott T. Ober, Esq.
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA  01608
(Heatmaster, Inc., Third party Defendant)

_____
Erik Loftus, Esq.