IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 DPW

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

APRIL 21, 2006

Defendants.
-----------------------------------------------------------------X

## PLAINTIFF FIREMAN'S FUND'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT WITNESS

### NAME AND ADDRESS OF WITNESS

Genevieve Bures, CFI
Bures Consultants, Inc.
297 Front Street
Berea, OH  44017

### SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY

Ms. Bures is expected to testify concerning her investigation and opinions regarding the cause and origin of the January 25, 2004 fire loss that occurred at the residence of Julia Pavia, located at 104 Hammondswood Road, Newton.

## THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY

Ms. Bures is expected to testify that, based upon her investigation and inspection, the origin of the January 25, 2004 fire was in the floor construction directly below the gas log fireplace in the second floor office at the premises. Ms. Bures is expected to testify that the cause of the January 25, 2004 fire was the accidental ignition of the combustible floor construction due to heat conducting down through the masonry floor of the fireplace and igniting the plywood and joists. Additionally, Ms. Bures is expected to testify that NFPA Standards 211 and 54 were violated during the construction of the fireplace and chimney including the construction of the hearth directly atop combustible materials. Ms. Bures' further opinions are expressed in the attached report.

## SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION

Ms. Bures will testify based on her education and experience as a certified fire inspector, as well as her investigation and her inspections of the premises located at 104 Hammondswood Road, Newton. A list of Ms. Bures' qualifications, publications, and testimony history is attached.

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P. O. Box 608
Windsor Locks, CT 06096
860-292-1116
BBO# 656315

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first class mail, postage prepaid on the 21st day of April, 2006 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA 01501
(Michael Carresi dba Carressi Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

David J. Crowley, Esq.
Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA 02110
(Falco Construction Corp.)

David F. Hassett, Esq.
Scott T. Ober, Esq.
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(Heatmaster, Inc., Third party Defendant)

_____
Erik Loftus, Esq.