IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA                                       CIVIL ACTION NO.
77 San Marin Drive                                            05-10827 DPW
Novado, California

                     Plaintiff,
      vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI                                 APRIL 21, 2006
PLUMBING & HEATING

                    Defendants.
-----------------------------------------------------------------X

## PLAINTIFF FIREMAN'S FUND'S RULE 26(a)(2)(A) DISCLOSURE OF EXPERT WITNESS

### NAME AND ADDRESS OF WITNESS

    Eric Schwalbach
    Fireman's Fund Insurance Company
    77 San Marin Drive
    Novado, California

### SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY

Mr. Schwalbach is expected to testify concerning his investigation and adjustment of the insurance claim submitted by Julia Pavia related to the January 25, 2004 fire loss that occurred at her residence located at 104 Hammondswood Road, Newton..

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Schwalbach is expected to testify that, based upon his investigation and adjustment of insurance claim related to the January 25, 2004 fire, as well as his investigation and adjustment of a separate January 23, 2004 flood claim, the damages payable pursuant to Julia Pavia's insurance policy for the fire claim (including building, contents and alternative living expense portions) were in excess of $953,303.16.

**SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION**

Ms. Schwalbach will testify based on his education and experience as an insurance adjuster, as well as his investigation into Ms. Pavia's insurance claim and his inspections of the premises located at 104 Hammondswood Road, Newton and the contents therein.

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P. O. Box 608
Windsor Locks, CT  06096
860-292-1116
BBO# 656315

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first class mail, postage prepaid on the 21st day of April, 2006 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA 01501
(Michael Carresi dba Carressi
Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

David J. Crowley, Esq.
Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA 02110
(Falco Construction Corp.)

David F. Hassett, Esq.
Scott T. Ober, Esq.
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(Heatmaster, Inc., Third party Defendant)

_____
Erik Loftus, Esq.