IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 DPW

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

APRIL 21, 2006

Defendants.
------------------------------------------------------------X

## PLAINTIFF FIREMAN'S FUND'S RULE 26(a)(2)(A) DISCLOSURE OF EXPERT WITNESS

### NAME AND ADDRESS OF WITNESS

Assistant Chief Bruce Proia
Newton Fire Department
Newton, MA

### SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY

Mr. Proia is expected to testify concerning his investigation and opinions regarding the cause and origin of the January 25, 2004 fire loss that occurred at the residence of Julia Pavia, located at 104 Hammondswood Road, Newton.

## THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY

Mr. Proia is expected to testify that, based upon his investigation and inspection, the origin of the January 25, 2004 fire was in the floor construction directly below the gas log fireplace in the second floor office at the premises. Mr. Proia is further expected to testify that the cause of the January 25, 2004 fire was the unintentional ignition of the finished lumber beneath the flooring which was ignited by hot embers or ash.

## SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION

Mr. Proia will testify based on his education and experience as a fire fighter, as well as his investigation and his inspections of the premises located at 104 Hammondswood Road, Newton on behalf of the Newton Fire Department.

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P. O. Box 608
Windsor Locks, CT 06096
860-292-1116
BBO# 656315

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first class mail, postage prepaid on the 21st day of April, 2006 to the following:

Robert P. Turner, Esq.
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA 01501
(Michael Carresi dba Carressi Plumbing & Heating)

William Joseph Flanagan, Esq.
Curtis L. S. Carpenter, Esq.
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210
(P & D Builders, Inc.)

David J. Crowley, Esq.
Patricia A. Larkin, Esq.
John F. Toomey, Esq.
Toomey & Yudysky LLP
99 Summer Street
Boston, MA 02110
(Falco Construction Corp.)

David F. Hassett, Esq.
Scott T. Ober, Esq.
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(Heatmaster, Inc., Third party Defendant)

_____
Erik Loftus, Esq.