UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, Plaintiff, <br><br> v. <br><br> FALCO CONSTRUCTION CORP., P&D BUILDERS, INC., and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING. Defendants, <br><br> v. <br><br> HEATMASTER, INC. Third-Party-Defendant. | CIVIL ACTION NO.: 05-10827DPW |

**DEFENDANT, P & D BUILDERS, INC.'S DISCLOSURE OF EXPERT WITNESS, S.J. BONGIORNO, CFI, PURSUANT TO FED.R.CIV.P. 26(a)(2)(B)**

1. **Name and Address of Witness:**

   Sebastian J. Bongiorno, CFI
   Gallagher Mahoney & Associates
   P.O. Box 645
   Scituate, MA 02066-0645

2. **Subject Matter on Which Expert is Expected to Testify:**

   Mr. Bongiorno is expected to testify concerning his opinions as to the cause and origin of the subject fire, as well as the identity of the party responsible for its growth and development, and resulting property damage.

3. **Substance of the Facts and Opinions to Which the Expert is Expected to Testify:**

   Mr. Bongiorno is expected to testify that the subject fire had its origin in the wooden sub-flooring beneath the fireplace hearth and appeared to be the result of conducted heat from the gas fire log set down through the one layer of brick and layer of cement board.

999932v1

He is further expected to testify that the plaintiff's insured's extended delay in reporting the fire to the Newton Fire Department allowed for the fire to smolder for an extended period of time. According to Mr. Bongiorno, if the fire department had been notified when the odor of smoke was first noticed it is more than likely that the fire would have been contained to the immediate area of origin. Mr. Bongiorno is expected to testify that Ms. Pavia's failure to notify the fire department at the first indications of an order of smoke was a significant factor effecting the growth and development of the fire and subsequent damage to the house.

4.    **Summary of Grounds for Expert Opinion:**

Mr. Bongiorno's opinions are based on his review of the parties' document responses, expert disclosures, answers to interrogatories, photographs, as well has his education, training and experience. Mr. Bongiorno's opinions are further based on his review of records from an inspection of the Pavia residence conducted by the late Kevin Ord, CFI. Mr. Bongiorno's curriculum vitae and testimony history are attached hereto and incorporated herein by reference.

`

Respectfully submitted,
The Defendant/Third-Party plaintiff,
P&D Builders, Inc.,
By its attorneys,


/s/ *Curtis L.S. Carpenter*
_____
William Joseph Flanagan, BBO #556598
Curtis L.S. Carpenter, BBO #657358
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 29, 2006.

/s/ *Curtis L.S. Carpenter*
_____
Name, BBO No. 657358



GALLAGHER
MAHONEY &
ASSOCIATES

PROFESSIONAL
INVESTIGATIONS

September 28, 2006

Mr. Curtis Carpenter, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02110

Re:     CARRIER:            Essex Insurance/Norfield Associates, Inc.
        CLAIM NUMBER:       5-563-204-1
        INSURED:            P. & D. Builders, Inc.
        CLAIMANT:           Julia Pavia
        LOSS LOCATION:      104 Hammonds Wood Rd., Newton, MA
        DATE OF LOSS:       January 26, 2004
        TYPE OF LOSS:       Fire
        OUR FILE NUMBER:    04-0420

Dear Mr. Carpenter:

As directed we have supplemented the origin and cause report regarding the captioned fire loss. This supplement is provided based upon additional information obtained since our initial investigation into this claim.

Information obtained from Craig Insurance Services indicates that the homeowner Julia Pavia detected the odor of smoke several hours earlier than the approximate time of 3:20 AM when she notified the Newton Fire Department. Her failure to notify the fire department when she first noticed the odor of smoke was a significant factor regarding the development and spread of the fire and subsequent property damage.

In January 2004 the Newton Fire Department possessed thermal imaging devices. These devices were available on the three ladder trucks used by the fire department as well as in the deputy chiefs' vehicles. The devices could have been used at the time of an earlier response to locate the origin of this fire. This early detection would have limited the damage done by the smoldering fire.

### Origin and Cause

The fire at 104 Hammonds Wood Road, Newton, Massachusetts on January 26, 2004 had its origin at the wooden sub flooring beneath the fireplace hearth and appears to be the result of conducted heat from the gas fire log set down through the one layer of brick and layer of cement board.

Information from the homeowner Julia Pavia regarding the events leading up to the discovery of the fire indicates that the fire smoldered for an extended period of time. If the fire department had been notified when the odor of smoke was first noticed it is more than likely that the fire would have been contained to the immediate area of origin. The failure to notify the fire department at the first indications of an odor of smoke was a significant factor effecting the growth and development of the fire and subsequent damage to the house.

_____

S.J. Bongiorno, CFI

PRESENTATION OF QUALIFICATIONS

SEBASTIAN J. BONGIORNO CFI

PO Box 1192
Lawrence MA  01842
Telephone 978-685-6917
Email   Bongi@SJBongi.com

**EXPERIENCE:**         5/64-9/67- Gibson's Motor and Machine
                                    7 Broadway Avenue
                                    Lawrence, Massachusetts

Heavy equipment diesel mechanic: Performed preventive maintenance, component replacement and repair, engine overhaul and electrical systems maintenance.

9/67-5/72- United States Navy-Seabees
           Mobile Construction Battalion 74

Heavy equipment diesel mechanic: Performed field maintenance and service on construction equipment.
           Guantanamo Bay Naval Base
           Public Works Division

Supervisor of light equipment shop performing preventive maintenance, component replacement and repair and electrical systems repair. Responsible for a fleet of 85 vehicles and a crew of 8


5/72-9/76- Lawrence Fire Department
           65 Lowell Street
           Lawrence, Massachusetts

Assistant Supervisor of Fire Apparatus: Perform preventive maintenance, component replacement and repair and electrical system repairs. Maintenance and repair of fire apparatus and all collateral fire-fighting and rescue equipment.

9/76- 12/04- Lawrence Fire Department
            65 Lowell Street
            Lawrence, Massachusetts
            Fire Lieutenant

9/93-12/04 Assigned to the Lawrence Arson Task Force. Senior Fire Investigator responsible for fire origin and cause investigations, all follow up investigations and pursuing cases through the judicial system as needed.

9/94- To present- Fire origin and cause investigations and mechanical evaluations for insurance industry private investigators.

>Phoenix Investigations
>c/o Dan Cronin
>POB 3233
>Bourne, MA. 025632

>Gallagher, Mahoney & Associates
>c/o Paul Mahoney
>POB 645
>Scituate, MA  02066

11/98-Massachusetts Certified Fire Investigator

11/00-National Certified Fire Investigator
>International Association of Arson Investigators

11/04-MA Coalition –Juvenile Fire Setters Intervention Program
>"Jeff Ness Memorial Award"
>For work with Juvenile Fire Setters Intervention Program

2004 Greater Lawrence Exchange Club 'Firefighter of the Year':
>As lead investigator of Lawrence Arson Task Force for the arrest and Federal prosecution of an individual for setting a fire that resulted in two fatalities.

O&C Expert Testimony in Massachusetts Criminal & Civil Courts
>Expert Testimony in Vermont Civil Court

Car Fire Investigations [Basic] -Lecturer- Massachusetts Fire Academy

Car Fire Investigations & The Law–Lecturer-Middlesex Comm. College

Car Fire Investigations & The Law–Lecturer-MA Chapter IAAI

Car Fire Investigations & NFPA 921-Lecturer-
Massachusetts State Fire Marshal - Fire Investigation Unit

Advanced Car Fire Investigations- Lecturer-Massachusetts Fire Academy

Digital Photography & NFPA-921-Lecturer-Massachusetts Fire Academy

Car Fire Investigations–Lecturer-New England Association
>of Insurance Fraud Investigators

| | |
|---|---|
| **EDUCATION:** | Franklin Institute of Technology -1965-67<br>Boston, Massachusetts<br>Automotive Technology |
| | United States Navy -1967<br>Heavy Equipment Diesel School<br>Davisville, Rhode Island |
| | North Shore Community College -1979<br>Beverly, Massachusetts<br>Associates Degree- Fire Science |
| | Boston State College -1982<br>Boston, Massachusetts<br>Bachelor of Science Degree- Fire Science/ Public Administration |
| **PERSONAL:** | Sebastian J. Bongiorno<br>4 Glen Forest Lane<br>Methuen, Massachusetts<br>Born; Lawrence, Massachusetts<br>Date; October 10, 1947 |
| | Member:<br>International Association of Arson Investigators<br>International Association of Auto Theft Investigators<br>International Association of Fire Photographers<br>National Association of Fire Investigators |
| **REFERENCES:** | Furnished upon request. |

SEBASTIAN J BONGIORNO CFI
Box 1192
Lawrence Massachusetts
01842
Summary of Expert Testimony

INCIDENT TYPE / DATE: Multi-Family Residential Fire:  October 1997

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Sophie Rodriguez

DOCKET #:  Essex County 98-77CR1208

DATE / LOCATION OF TESTIMONY: Lawrence Superior Court  June 1998

TYPE OF TESTIMONY: Fire Origin and Cause

===============================

INCIDENT TYPE / DATE: Hi-Rise Condominium Fire:  June 1999

TYPE OF PROCEEDING: Civil Deposition- August 2001
                    Civil Bench Trial- March-2001

PARTIES: Plantiff, Arbella Insurance Company for James Tolland  v. Paul and Debra Smith

DOCKET #: Norfolk County CA-00-1356

DATE / LOCATION OF TESTIMONY: August 2001
                              Offices of Haverty & Feeney, Plymouth, MA

                              March-2002
                              Dedham Superior Court

TYPE OF TESTIMONY: Fire Origin and Cause

===============================

1

INCIDENT TYPE / DATE: Residential Fire: September 1999

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Manuel Sanchez

DOCKET #: Essex County 00-77CR-0295

DATE / LOCATION OF TESTIMONY: February 2000 Lawrence Superior Court

TYPE OF TESTIMONY: Fire Origin and Cause

---

INCIDENT TYPE / DATE: Multi-Family Residential Fire: July 2000

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Minor Juvenile

DOCKET #: Essex County DL00W0932

DATE / LOCATION OF TESTIMONY: July 2000 Lawrence Juvenile Court

TYPE OF TESTIMONY: Fire Origin and Cause

---

INCIDENT TYPE / DATE: Multi-Family Residential Fire: Janurary 2001

TYPE OF PROCEEDING: Criminal Jury Trial- March 2002
                   Civil Deposition- February-2003

PARTIES: Criminal- Commonwealth of Massachusetts v. Minor Juvenile
         Civil- Plantiff Belkis Rueda v. parents of Minor Juvenile

DOCKET #: Criminal-Essex County DL01W0110
          Civil- Essex County ESCV-2002-356D

DATE / LOCATION OF TESTIMONY:
        Criminal-March 2002 Lawrence Juvenile Court
        Civil-February-2003- Offices of Copani & Keily, Methuen, MA

TYPE OF TESTIMONY: Fire Origin and Cause

2

====================================

INCIDENT TYPE / DATE: Mill Fire: May 2002

TYPE OF PROCEEDING: Civil Deposition

PARTIES: Plantiff Pawtuckett Mutual Insurance a/s/o I.C.T. Inc.
Defendant Jaybird Maise Inc. & Atlantic Millwrights Inc.

DOCKET #: Essex County ESCV-03-02101-B

DATE / LOCATION OF TESTIMONY: April 2004-Offices of Clark, Hunt & Embry
Cambridge, MA

TYPE OF TESTIMONY: Fire Origin and Cause

====================================

INCIDENT TYPE / DATE: Residential Group Home- October 2002

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Minor Juvenile

DOCKET #: DL-02-WJDL001578

DATE / LOCATION OF TESTIMONY: June 2003, Lawrence Juvenile Court

TYPE OF TESTIMONY: Fire Origin and Cause

====================================

INCIDENT TYPE / DATE: Multi-Family Residential Fire- June 2003

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Minor Juvenile

DOCKET #: Essex County DL03W1051

DATE / LOCATION OF TESTIMONY: August 2003 Lawrence Juvenile Court

TYPE OF TESTIMONY: Fire Origin And Cause

====================================

3

INCIDENT TYPE / DATE: Multi-Family Residential Fire- June 2003

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Minor Juvenile

DOCKET #: Essex County DL03W0955

DATE / LOCATION OF TESTIMONY: August 2003 Lawrence Juvenile Court

TYPE OF TESTIMONY: Fire Origin And Cause

===============================

INCIDENT TYPE / DATE: Multi-Family Residential Fire- June 2003

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Minor Juvenile

DOCKET #: Essex County DL03W0958

DATE / LOCATION OF TESTIMONY: August 2003 Lawrence Juvenile Court

TYPE OF TESTIMONY: Fire Origin And Cause

===============================

INCIDENT TYPE / DATE: School Fire- February 2004

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Minor Juvenile

DOCKET #: Essex County MH04W0092

DATE / LOCATION OF TESTIMONY: March 2004 Lawrence Juvenile Court

TYPE OF TESTIMONY: Fire Origin And Cause

===============================

4

INCIDENT TYPE / DATE: School Fire- February 2004

TYPE OF PROCEEDING: Criminal

PARTIES: Commonwealth of Massachusetts v. Minor Juvenile

DOCKET #: Essex County MH04W0091

DATE / LOCATION OF TESTIMONY: March 2004 Lawrence Juvenile Court

TYPE OF TESTIMONY: Fire Origin And Cause
================================

INCIDENT TYPE / DATE: Vehicle Fire / Residential Fire: Janurary 2001

TYPE OF PROCEEDING: Civil Deposition
                      Jury Trail- Janurary 31, 2006

PARTIES: Plantiff: MacDonald
         Defendant: Dettman

DOCKET #: 623-11-03 Wncv

DATE / LOCATION OF TESTIMONY:
           Deposition-July-2005-McCarthy Law Offices-Brattleboro VT
           Jury Trail-Janurary 31, 2006-Superior Court-Montpelier, VT

TYPE OF TESTIMONY: Fire Origin and Cause- Vehicle & Structure
================================

INCIDENT TYPE / DATE: Vehicle Fire: March 2001

TYPE OF PROCEEDING: Civil Deposition

PARTIES: Plantiff: Verizon Communications
       Defendant: Fleet Services

DOCKET #: Cumberland County [ME] Superior Court- CV-04-646

DATE / LOCATION OF TESTIMONY:
           Deposition- February 9, 2006-Nixon-Peabody Law Offices
           Providence, RI

TYPE OF TESTIMONY: Fire Origin and Cause- Vehicle Fire
================================

======================================

INCIDENT TYPE / DATE: Fatal Residential Fire/April 3, 2003

TYPE OF PROCEEDING: Criminal

PARTIES: Plantiff: US
        Defendant: Harry Guzman

DOCKET #: Federal Court-Boston-CR-04-10186-JLT

DATE / LOCATION OF TESTIMONY:
        Daubert Hearing-June 7&8, 2006
        Federal Court Boston


TYPE OF TESTIMONY: Fire Origin and Cause

6