IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA                         CIVIL ACTION NO.
77 San Marin Drive                              05-10827 DPW
Novado, California

                           Plaintiff,
               vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI                   DECEMBER 7, 2006
PLUMBING & HEATING

                       Defendants.
-----------------------------------------------------------X

## PLAINTIFF'S STATUS REPORT

The Plaintiff, Fireman's Fund Insurance Company, as subrogee of Julia Pavia, submits its Status Report as follows:

**(A)    CASE STATUS**

The parties have completed all factual discovery and experts have been disclosed. Mediation has been agreed to, but scheduling problems have delayed the date of mediation to January 8, 2007. In the event that the case does not settle at that time, the Plaintiff would like to depose the Defendants' experts. It is anticipated that the

Defendants will have no objection to these depositions. The Plaintiff requests a trial date in mid 2007.

**(B)** **REFERRAL FOR SETTLEMENT**

As stated previously, the case is scheduled for mediation on January 8, 2007.

**(C)** **TRIAL JUDGE**

The plaintiff consents to a trial before a Magistrate Judge.

**(D)** **LENGTH OF TRIAL**
The plaintiff anticipates six to eight days of evidence.

                    Respectfully Submitted,

                    LAW OFFICES OF STUART G. BLACKBURN


BY:   /s/ Erik Loftus

        ERIK LOFTUS, ESQ.
        Law Office of Stuart Blackburn
        Two Concorde Way
        P.O. Box 608
        Windsor Locks, CT 06096
        (860) 292 – 1116
        BBO#: 656315

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

               Plaintiff,
vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

December 6, 2006

               Defendants.
-----------------------------------------------------------X

I hereby certify that on **December 6, 2006** a copy of foregoing **[Plaintiff's Status Report]** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Erik Loftus
Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 facsimile
eloftus@sbcglobal.net