IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA                          CIVIL ACTION NO.
77 San Marin Drive                               05-10827 DPW
Novado, California

                     Plaintiff,
      vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI                    DECEMBER 7, 2006
PLUMBING & HEATING

                     Defendants.
-----------------------------------------------------------X

## JOINT STATUS REPORT

The Plaintiff, Fireman's Fund Insurance Company, as subrogee of Julia Pavia, together with the Defendants, Falco Construction Corp., P&D Builders, Inc., Michael Carresi and Third Party Defendant Heatmaster, Inc. submit their Status Report as follows:

**(A)**     **CASE STATUS**

The parties have completed all factual discovery and experts have been disclosed. Mediation has been agreed to by the plaintiff and defendants, but scheduling problems have delayed the date of mediation to January 8, 2007. In the event that

the case does not settle at that time, the parties would like the opportunity to depose disclosed experts. The parties request a trial date in mid 2007.

**(B)** **REFERRAL FOR SETTLEMENT**
As stated previously, the case is scheduled for mediation on January 8, 2007.

**(C)** **TRIAL JUDGE**
The parties consent to a trial before a Magistrate Judge.

**(D)** **LENGTH OF TRIAL**
The parties anticipates six to eight days of evidence.

**(E)** **PENDING MOTIONS**
The third party defendant, Heatmaster, Inc., filed a Motion for Summary Judgment as to the claims asserted by the defendant/third party plaintiff, P&D Builders, Inc. Heatmaster filed its Motion for Summary Judgment on November 15, 2006. No opposition has been filed within the time provided by Local Rule 7.1.

Respectfully Submitted,
**FIREMAN'S FUND INSURANCE**
**COMPANY a/s/o JULIA PAVIA,**                FALCO CONSTRUCTION CORP.

/s/ Erik Loftus, Esq.                         /s/ David Crowley, Esq.
Erik Loftus, Esq. (BBO656315)                 David Crowley, Esq. (BBO630169)
Law Offices of Stuart Blackburn               Toomey & Yudysky LLP
Two Concorde Way, PO Box 608                  99 Summer Street
Windsor Locks, CT 06096                       Boston, MA 02110
Tel. (860)292-1116                            617-946-0930

| MICHAEL CARRESI | P & D BUILDERS, INC. |
|---|---|
| /s/ Robert Turner, Esq. | /s/ Curtis Carpenter, Esq. |
| Robert P. Turner, Esq. (BBO504900) | Curtis Carpenter, Esq. (BBO657358) |
| Law Offices of Bruce R. Fox | Morrison & Mahoney, LLP |
| 27 B Midstate Office Park | 250 Summer Street |
| Auburn, MA 01501 | Boston, MA 02210 |
| Tel. 866-290-7435 | Tel. 617-439-7589 |

**HEATMASTER, INC.**

/s/ Scott Ober, Esq.
Scott Ober, Esq. (BBO567666)
Hassett & Donelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
508-791-6287

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

       Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

December 7, 2006

       Defendants.
-----------------------------------------------------------------X

  I hereby certify that on **December 7, 2006** a copy of foregoing **[Plaintiff's Status Report]** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/ Erik Loftus
            Erik Loftus, Esquire (BBO# 656315)
            Law Offices of Stuart G. Blackburn
            Two Concorde Way
            P.O. Box 608
            Windsor Locks, CT 06096
            (860) 292-1116
            (860) 292-1221 facsimile
            eloftus@sbcglobal.net