UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE FIREMAN'S INSURANCE CO,
    Plaintiff,

    v.                      CIVIL ACTION
                            NO.05-10827-DPW

FALCO CONSTRUCTION CORP. ET AL
    Defendant.

## ORDER OF RE-ASSIGNMENT TO MAGISTRATE JUDGE

WOODLOCK, D.J.

    On December 14, 2006 the parties executed a Consent to the Exercise of Jurisdiction by a United States Magistrate Judge. Accordingly, the above captioned case is hereby ORDERED re-assigned to <u>Magistrate Judge Robert B. Collings</u> for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c). From this date forward the case number on all pleadings should be followed by the initials RBC.

                                      By the Court,

                                      /s/ Michelle Rynne

DATED: December 15, 2006                             Deputy Clerk