UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE ) <br> COMPANY as subrogee of JULIA PAVIA ) <br> 77 San Marin Drive Novado, California, ) <br>     Plaintiff ) <br> ) <br> VS. ) <br> ) <br> FALCO CONSTRUCTION CORP., ) <br> P & D BUILDERS, INC. and ) <br> MICHAEL CARRESI d/b/a ) <br> CARRESI PLUMBING & HEATING, ) <br>     Defendants ) <br> ) <br> and ) <br> ) <br> P&D BUILDERS, INC., ) <br>     Third-Party Plaintiff ) <br> ) | CIVIL ACTION <br> NO. 05-cv-10827-DPW |

**DEFENDANT CROSS-CLAIM DEFENDANT, FALCO CONSTRUCTION CORP.'S ANSWER TO DEFENDANT/CROSS-CLAIM PLAINTIFF, P&D BUILDERS, INC.'S CROSS-CLAIM**

The Defendant/Cross-Claim Defendant, Falco Construction Corp., hereby responds to the Defendant/Cross-Claim Plaintiff P&D Builders, Inc.'s Cross-Claim and Jury Demand, as follows:

1.   The allegations of paragraph one are admitted.

2.   The allegations of paragraph 2 are denied.

3.   The allegations of paragraph 3 are admitted.

## COUNT I

4.   The Defendant/Cross-Claim Defendant realleges and incorporates herein by reference its answers in paragraphs 1-3 of this Answer.

5.   The allegations of Count I, paragraph 5 are denied.

6.   The allegations of Count I, paragraph 6 are denied.

## COUNT II

7.    The Defendant/Cross-Claim Defendant realleges and incorporates herein by reference its answers in paragraphs 1-6 of this Answer.

8.    The allegations of Count II, paragraph 8 are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Cross-Claim fails to state a claim upon which relief may be granted in that there is no contract of indemnity or vicarious relationship between the Defendant/Cross-Claim Plaintiff and the Defendant/ Cross-Claim Defendant.

### SECOND AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged were the result of the acts or omissions of a third-party for whose conduct the Defendant/Cross-Claim Defendant is not legally responsible.

### THIRD AFFIRMATIVE DEFENSE

The Defendant/cross-Claim Plaintiff was guilty of negligence, breach of warranty and/or breach of contract and therefore is barred in its claims for indemnity against the Defendant/Cross-Claim Defendant.

### FOURTH AFFIRMATIVE DEFENSE

The Defendant/Cross-Claim Plaintiff's claim for indemnity arising out of the subject matter of the transactions and occurrences alleged is barred by a failure or want of consideration.

### FIFTH AFFIRMATIVE DEFENSE

The Defendant/Cross-Claim Plaintiff's claim for indemnity arising out of the subject matter of the transactions and occurrences alleged is barred by the statute of frauds.

## SIXTH AFFIRMATIVE DEFENSE

The Defendant/Cross-Claim Plaintiff's claim for indemnity arising out of the subject matter of the transactions and occurrences alleged is barred by an absence of a contract of indemnity between Defendant/Cross-Claim Plaintiff and Defendant/Cross-Claim Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendant/Cross-Claim Defendant incorporates by reference herein its defenses to the Plaintiff's Complaint.

WHEREFORE, the Defendant/Cross-Claim Defendant, Falco Construction Corp., respectfully requests that the Defendant/Cross-Claim Plaintiff, P&D Builders, Inc.'s, Cross-Claim be dismissed as to the Defendant/Cross-Claim Defendant, Falco Construction Corp., with costs.

## JURY DEMAND

The Defendant/Cross-Claim Defendant, Falco Construction Corp., demands a trial by jury on all counts and issues so triable.


Respectfully submitted,
The Defendant,
Falco Construction Corp.,
By its Attorneys,


/s/  John F. Toomey
John F. Toomey, BBO # 500160
David J. Crowley, BBO # 630169
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA  02110
(617) 946-0930
tylawyers@tyllp.com

Dated:  January 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2007.

/s/ John F. Toomey

DC 78804.1 1/26/07