IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA                    CIVIL ACTION NO.
77 San Marin Drive                         05-10827 DPW
Novado, California

                Plaintiff,
vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI              FEBRUARY 6, 2007
PLUMBING & HEATING

                Defendants.
-----------------------------------------------------------X

## PLAINTIFF FIREMAN'S FUND'S RULE 26(a)(2)(A) SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS

### NAME AND ADDRESS OF WITNESS

Deputy Chief I. Jimenez
City of Newton Fire Department
1164 Centre Street
Newton Centre, MA 02459

### SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY

Mr. Jimenez is expected to testify concerning his investigation and opinions regarding the cause and origin of the January 25, 2004 fire loss that occurred at the residence of Julia Pavia, located at 104 Hammondswood Road, Newton.

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Jimenez is expected to testify that, based upon his investigation and inspection, the origin of the January 25, 2004 fire was in the floor construction directly below the gas log fireplace in the second floor office at the premises. Mr. Jimenez is further expected to testify that the cause of the January 25, 2004 fire was the unintentional ignition of the finished lumber beneath the flooring which was ignited by hot embers or ash.

**SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION**

Mr. Jimenez will testify based on his education and experience as a fire investigator, as well as his investigation and his inspections of the premises located at 104 Hammondswood Road, Newton on behalf of the Newton Fire Department.

                                          THE PLAINTIFF,

By: _____
                                          Stuart G. Blackburn, Esq.
                                          Law Offices of Stuart G. Blackburn
                                          Two Concorde Way
                                          P. O. Box 608
                                          Windsor Locks, CT  06096
                                          860-292-1116
                                          BBO# 549797

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CERTIFICATE OF SERVICE**

-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

February 6, 2007

Defendants.
-----------------------------------------------------------X

I hereby certify that on **February 6, 2007** a copy of foregoing **Plaintiff's Supplemental Disclosure of Expert Witness** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Stuart G. Blackburn
Stuart G. Blackburn (BBO# 549797)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 facsimile
sgblackburn@sbcglobal.net