IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA                                    CIVIL ACTION NO.
77 San Marin Drive                                         05-10827 DPW
Novado, California

                    Plaintiff,
vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI                              February 8, 2007
PLUMBING & HEATING

                    Defendants.
---------------------------------------------------------------X

## JOINT STATUS REPORT

The Plaintiff, Fireman's Fund Insurance Company, as subrogee of Julia Pavia, together with the Defendants, Falco Construction Corp., P&D Builders, Inc., Michael Carresi and Third Party Defendant Heatmaster, Inc. submit their Status Report as follows:

**(A)** **CASE STATUS**

The parties attended mediation on January 8, 2007 with a private mediator. The mediator continued to discuss the matter with the parties by telephone after the mediation date. While the parties continue to discuss settlement, they have also

agreed to move forward to complete the expert depositions. Currently depositions are scheduled for February 28, 2007, March 14, 2007 and March 22, 2007. the court has indicated that trial will begin either the week of June 4, 2007 or the week of June 11, 2007.

**(B)  REFERRAL FOR SETTLEMENT**
At this point the mediation has not resulted in a settlement however the parties are continuing to discuss settlement.

**(C)  TRIAL JUDGE**
The parties have consented to a trial before a Magistrate Judge.

**(D)  LENGTH OF TRIAL**
The parties anticipate six to eight days of evidence.

**(E)  PENDING MOTIONS**
The Defendant Falco Construction Corp. has filed a Motion for Summary Judgment.


Respectfully Submitted,
**FIREMAN'S FUND INSURANCE**
**COMPANY a/s/o JULIA PAVIA,**                FALCO CONSTRUCTION CORP.


/s/ Stuart G. Blackburn, Esq.                 /s/ David Crowley, Esq.
Stuart G. Blackburn, Esq. (BBO549797)         David Crowley, Esq. (BBO630169)
Law Offices of Stuart Blackburn               Toomey & Yudysky LLP
Two Concorde Way, PO Box 608                  99 Summer Street
Windsor Locks, CT  06096                      Boston, MA  02110
Tel. (860)292-1116                            617-946-0930

| MICHAEL CARRESI | P & D BUILDERS, INC. |
|---|---|
| /s/ Robert Turner, Esq. | /s/ Joseph Flanagan, Esq. |
| Robert P. Turner, Esq. (BBO504900) | Joseph Flanagan, Esq. (BBO556598) |
| Law Offices of Bruce R. Fox | Morrison & Mahoney, LLP |
| 27 B Midstate Office Park | 250 Summer Street |
| Auburn, MA 01501 | Boston, MA 02210 |
| Tel. 866-290-7435 | Tel. 617-439-7589 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY as
subrogee of JULIA PAVIA                             CIVIL ACTION NO.
77 San Marin Drive                                       05-10827 (DPW)
Novado, California

                              Plaintiff,
vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING                                February 8, 2007

                              Defendants.
------------------------------------------------------------X

I hereby certify that on **February 8, 2007** a copy of foregoing **Joint Status Report** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ Stuart G. Blackburn
                              Stuart G. Blackburn, Esq. (BBO549797)
                              Law Offices of Stuart G. Blackburn
                              Two Concorde Way
                              P.O. Box 608
                              Windsor Locks, CT 06096
                              (860) 292-1116
                              (860) 292-1221 facsimile
                              sgblackburn@sbcglobal.net