UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE ) <br> COMPANY as subrogee of JULIA PAVIA ) <br> 77 San Marin Drive Novado, California, ) <br>     Plaintiff ) <br> ) <br> VS. ) <br> ) <br> FALCO CONSTRUCTION CORP., ) <br> P & D BUILDERS, INC. and ) <br> MICHAEL CARRESI d/b/a ) <br> CARRESI PLUMBING & HEATING, ) <br>     Defendants ) | CIVIL ACTION <br> NO. 05-cv-10827-DPW |

**DEFENDANT/CROSS-CLAIM DEFENDANT, FALCO CONSTRUCTION CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE MOTION FOR PARTIAL SUMMARY JUDGMENT ON CO-DEFENDANT/CROSS-CLAIM PLAINTIFF, P&D BUILDERS, INC.'S CROSS-CLAIM**

Now comes the Defendant, Falco Construction Corp. (hereinafter "Falco") by its counsel, and hereby files this Reply Memorandum in Support of its Motion for Leave to File Late Motion for Partial Summary Judgment on Co-Defendant/Cross-claim Plaintiff, P&D Builders, Inc.'s (hereinafter "P&D") Cross-claim.

As grounds therefore, Falco states as follows:

1.	On January 31, 2006, Falco filed its Motion for Leave to File Late Motion for Partial Summary Judgment on Co-Defendant/Cross-claim Plaintiff, P&D Builders, Inc.'s Cross-claim.

2.	On February 13, 2007, P&D filed its Opposition to Falco's Motion for Leave to File Late Motion for Partial Summary Judgment wherein it argued that Falco's proposed Motion for Partial Summary Judgment was untimely and futile.

3.	On February 25, 2007, the Court ordered Falco to file and serve a Reply Memorandum responding to P&D's argument that Falco's proposed Motion for Partial Summary Judgment is untimely.

4.	Pursuant to the United States District Court Local Rules governing Electronic Case Filing, "[u]nless exempt or otherwise ordered by the Court, all pleadings and other documents must be served on other parties by electronic means." Electronic Case Filing Administrative Procedures, Section E(2). However, any pleadings "served by electronic means must bear a certificate of service in accordance with Local Rule 5.2(b) stating that the document has been filed electronically and that it will be served electronically to registered ECF participants and by sending paper copies to non-registered participants as indicated on the NEF." Electronic Case Filing Administrative Procedures, Section E(2).

5.	On or about June 23, 2005, P&D filed its Answer to Plaintiff's Complaint, which contained a Cross-claim against the Co-Defendants, Falco and Michael Carresi, for common law indemnification and contribution. [See, Electronic Docket #14, P&D's Answer and Cross-claim]. Notably, P&D's Answer and Cross-claim contains a Certificate of Service wherein it stated that it only served the Answer and Cross-claim on the attorneys for the Plaintiff and the Co-Defendant, Michael Carresi by mail.

6.	Clearly, P&D failed and/or neglected to serve a copy of its Answer and Cross-Claim on Falco by mail when it filed said pleading. [See, Electronic Docket #14, P&D's Answer and Cross-claim].

7.	On July 7, 2005, Falco's counsel filed their Notices of Appearance. [See, Electronic Docket #16 and #17, Falco's Notices of Appearance].

8.	However, P&D did not serve a copy of its Answer and Cross-Claim on Falco's attorneys until January 2007, approximately two months after the deadline for filing Motion for Summary Judgment expired.

9.	Prior thereto, P&D made no further allegation in any discovery document or otherwise that Falco owed P&D indemnity.

10.	In summary, P&D failed to serve Falco with a copy of its Cross-claim in a timely manner, and Falco had no notice that P&D had asserted a Cross-claim.

11.	Lastly, Falco relies upon and incorporates herein by reference the facts and arguments set forth in its Motion for Leave to File Late Motion for Partial Summary Judgment.

WHEREFORE, Falco Construction Corp. respectfully requests that the Court allow Falco to File Late its Motion for Partial Summary Judgment.

> Respectfully submitted,
> The Defendant,
> Falco Construction Corp.,
> By its Attorneys,
>
> /s/  John F. Toomey
> John F. Toomey, BBO # 500160
> David J. Crowley, BBO # 630169
> TOOMEY & YUDYSKY LLP
> 99 Summer Street
> Boston, MA  02110
> (617) 946-0930
> tylawyers@tyllp.com

Dated: March 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.


/s/  John F. Toomey

DC  79936.1  2/28/07