UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE FIREMAN'S FUND INSURANCE | ) | |
| COMPANY as subrogee of JULIA PAVIA | ) | |
| 77 San Marin Drive Novado, California, | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-cv-10827-DPW |
| VS. | ) | |
| | ) | |
| FALCO CONSTRUCTION CORP., | ) | |
| P & D BUILDERS, INC. and | ) | |
| MICHAEL CARRESI d/b/a | ) | |
|     CARRESI PLUMBING & HEATING | ) | |

**DEFENDANT/CROSS-CLAIM DEFENDANT, FALCO CONSTRUCTION CORP.'S
MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MEMORANDUM OF LAW**

      Now comes the Defendant, Falco Construction Corp. (hereinafter "Falco") by its

counsel, and hereby files this Motion for Leave to File a Sur-Reply Memorandum in

Opposition to Plaintiff's Memorandum of Law.

      As grounds therefore, Falco states as follows:

1.     On March 15, 2007, the Court allowed Falco's Motion for Leave to File Partial

Motion for Summary Judgment Late.

2.     During the hearing on Falco's Motion for Partial Summary Judgment on P&D

Builders, Inc.'s (hereinafter "P&D") Cross-claim for common law indemnity, the Court

permitted the Plaintiff to submit a memorandum of law on the issue whether there is any

legal basis for the allegation that P&D, as the general contractor for the work at issue, can be

held vicariously liable for its subcontractor's alleged negligence.

3.     On March 27, 2007, the Plaintiff filed its memorandum of law.

4.     Falco submits that the Plaintiff's memorandum of law misstates the law in

Massachusetts and necessitates the filing of the proposed Sur-Reply Memorandum.

5.    Falco relies on its Sur-Reply Memorandum filed herewith and incorporated herein by reference.

WHEREFORE, Falco Construction Corp. respectfully requests that the Court allow Falco Construction Corp. to File a Sur-Reply Memorandum in Opposition to Plaintiff's Memorandum of Law.

Respectfully submitted,
The Defendant,
Falco Construction Corp.,
By its Attorneys,


/s/  John F. Toomey
John F. Toomey, BBO # 500160
David J. Crowley, BBO # 630169
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA  02110
(617) 946-0930
tylawyers@tyllp.com

Dated: April 4, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.


/s/  John F. Toomey


DC  80698.1  4/4/07