IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

Defendants.

-----------------------------------------------------------X

## PLAINTIFFS NOTICE OF OBJECTION TO DEFENDANT'S EXHIBITS AND QUALIFICATION OF EXPERT WITNESSES

I. Objections to the Exhibits Proposed By the Defendant, Falco Construction

(A) Jeffrey Lowe's Fire Investigation Report

The plaintiff objects to the admission of Jeffrey Lowe's fire investigation report on the basis of hearsay.

(B) Craig/IS Claim File Notes

The plaintiff objects to the admission of the Craig/IS claim file notes on the basis of relevancy, hearsay and privilege. Craig/IS is a company hired by Fireman's Fund to handle and administer its subrogation files. The notations contained in the Craig/IS file, in addition to being hearsay, are not relevant and are privileged. Further, the notes contain the opinions and mental impressions of counsel, as well as material prepared in anticipation of litigation.

(C) Plaintiff's Claim File Notes

The plaintiff objects the admission of its claim file notes on the basis of relevancy, hearsay and privilege.

(D) Julia Pavia Undated Statement

The plaintiff objects to the admission of Ms. Pavia's undated statement on the basis of hearsay.

(E) Documents Relating to the Plaintiff's Payment of its Insureds Miscellaneous Alternative Living Expenses

The plaintiff objects to the admission of these documents on the basis of relevancy. The plaintiff does not intend to claim all of the payments made for alternative living expenses as having occurred as a result of the fire. Accordingly, the payments made by the plaintiff for alternative living expenses associated with the prior water damage claim are not relevant.

(F) Plaintiff's Property Large Case Review Summary

The plaintiff objects to the admission of this document on the basis of hearsay, relevancy, privilege, and as materials prepared in anticipation of litigation.

(G) Plaintiff's Consulting Engineer Report Dated December 22, 2005

The plaintiff objects to the admission of this document on the basis of hearsay. Furthermore, since the Defendant has not fully identified which report is referred to, the Plaintiff may also object on the basis of relevancy and authenticity.

(H) Richard Splaine's Expert Report

The plaintiff objects the admission of this document basis of hearsay.

(I) Brian Gore's Expert Report

The plaintiff objects to the admission of this document on the basis of hearsay.

II. <u>Objections to the Proposed Exhibits of the Defendant, P&D Builders</u>

(A) Typed Witness Statement from Julia Pavia

The plaintiff objects to the admission of this document on the basis of hearsay.

(B) Receipts from the Four Seasons Hotel

The plaintiff objects to this document on the basis of relevancy.

(C) Farish B. Hemeon's Expert Report

The plaintiff objects to this document on the basis of hearsay.

(D) Sebastian Bongiorno's Expert Report

The plaintiff objects to this document on the basis of hearsay.

III. <u>Plaintiff's Objection to Qualifications as of the Defendant, Michael Caressi's Expert Witness</u>

Plaintiff objects to the qualifications of the defendant Michael Caressi's expert witness Daniel Slowicki to the extent that Mr. Slowicki intends to testify concerning the "non-negligent installation of the gas log by Mr. Caressi". The plaintiff does not object to Mr. Slowicki's qualifications as a certified fire cause and origin expert. However, Mr. Slowicki does not possess the qualifications to testify concerning the proper actions of a plumber installing a gas log assembly in a fireplace.

Respectfully submitted,
THE PLAINTIFF,

BY: /s/ Stuart G. Blackburn
    Stuart G. Blackburn
    Law Offices of Stuart G. Blackburn
    Two Concorde Way
    PO Box 608
    Windsor Locks, CT 06096
    BBO# 549797

Dated: May 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

-----------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

           Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

May 21, 2007

           Defendants.

-----------------------------------------------------------------X

I hereby certify that on **May 21, 2007** a copy of the foregoing **Plaintiffs Notice of Objection to Defendant's Exhibits and Qualification of Expert Witnesses** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

           /s/ Stuart G. Blackburn
           Stuart G. Blackburn (BBO# 549797)
           Law Offices of Stuart G. Blackburn
           Two Concorde Way
           P.O. Box 608
           Windsor Locks, CT 06096
           (860) 292-1116
           (860) 292-1221 facsimile
           sgblackburn@sbcglobal.net