UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE ) <br> COMPANY as subrogee of JULIA PAVIA ) <br> 77 San Marin Drive Novado, California, ) <br>      Plaintiff ) <br> ) <br> VS. ) <br> ) <br> FALCO CONSTRUCTION CORP., ) <br> P & D BUILDERS, INC. and ) <br> MICHAEL CARRESI d/b/a ) <br> CARRESI PLUMBING & HEATING ) | CIVIL ACTION <br> NO. 05-cv-10827-DPW |

**DEFENDANT/CROSS-CLAIM DEFENDANT, FALCO CONSTRUCTION CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CO-DEFENDANT/CROSS-CLAIM PLAINTIFF, P&D BUILDERS, INC.'S CROSS-CLAIM FOR INDEMNIFICATION LEAVE TO FILE GRANTED ON MARCH 14, 2007**

Now comes the Defendant/Cross-Claim Defendant, Falco Construction Corp. (hereinafter "Falco"), and moves, pursuant to Fed.R.Civ.P.56, for summary judgment in its favor relative to Count I of Co-Defendant/Cross-claim Plaintiff, P&D Builders, Inc.'s (hereinafter "P&D") Cross-claim for indemnification, as there are no genuine issues of material fact and Falco is entitled to judgment in its favor as a matter of law.  Falco is not moving for summary judgment on Count II of the Cross-Claim which is for contribution.

As grounds therefore, Falco relies on its Memorandum In Support of Motion for Summary Judgment and Exhibits filed herewith and incorporated herein by reference.

WHEREFORE, the Defendant/Cross-claim Defendant, Falco Construction Corp., respectfully requests this Court enter partial summary judgment in its favor and dismiss Count I of Co-Defendant/Cross-claim Plaintiff's P&D's Builder, Inc.'s Cross-claim for indemnification.

## REQUEST FOR ORAL ARGUMENT

Falco Construction Corp. respectfully requests oral argument on this Motion.

>Respectfully submitted,
>The Defendant,
>Falco Construction Corp.,
>By its Attorneys,
>
>/s/  John F. Toomey
>John F. Toomey, BBO # 500160
>David J. Crowley, BBO # 630169
>TOOMEY & YUDYSKY LLP
>99 Summer Street
>Boston, MA  02110
>(617) 946-0930
>tylawyers@tyllp.com

Dated: May 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

>/s/  John F. Toomey

DC  82495.1  5/31/07