UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE )<br>COMPANY as subrogee of JULIA PAVIA )<br>77 San Marin Drive Novado, California, )<br>      Plaintiff )<br>)<br>VS. )<br>)<br>JOSEPH FALCO, d/b/a FALCO CONSTRUCTION, )<br>P & D BUILDERS, INC. and )<br>MICHAEL CARRESI d/b/a )<br>CARRESI PLUMBING & HEATING ) | CIVIL ACTION<br>NO. 05-cv-10827-DPW |

**DEFENDANT, JOSEPH FALCO, d/b/a FALCO CONSTRUCTION'S REQUEST FOR VOIR DIRE INQUIRIES OF THE JURY PANEL**

The Defendant, Joseph Falco, d/b/a Falco Construction (hereinafter referred to as "Falco") hereby requests this Honorable Court to make the following inquiries for voir dire of the jury panel:

1. Do you or any family member or close friend know any of the parties, counsel, or witnesses in this case?

2. Have you or any family member or close friend sustained property damage arising out of an incident or accident?

3. Have you or any family member or close friend been involved as a Plaintiff in any property damage case?

4. Have you or any family member or close friend been involved as a Plaintiff in any negligence case?

5. In this case, the Plaintiff alleges that it reimbursed its insured for damage to her home as a result of the Defendants' actions. Based on these claims alone, can you fairly and impartially render a verdict in favor of the Defendant, Falco?

6.      As stated above, the Plaintiff claims property damage for which it reimbursed its insured through her insurance policy. Based upon all the evidence, if the Defendant, Falco, is not proven at fault, can you fairly and impartially render a verdict in favor of Falco despite Plaintiff's claimed monetary loss?

7.      Is there anything about the Defendant, Falco that would cause you to favor or disfavor it in this case?

8.      Is there anything about the Plaintiff, The Fireman's Fund Insurance Company that would cause you to favor or disfavor it in this case?

          Respectfully Submitted,
          The Defendant,
          Joseph Falco d/b/a Falco Construction,
          By its attorneys,

          /s/ John F. Toomey
          John F. Toomey, BBO # 500160
          David J. Crowley, BBO # 630169
          TOOMEY & YUDYSKY LLP
          99 Summer Street
          Boston, MA 02110
          (617) 946-0930

Date: May 30, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2007.

/s/  John F. Toomey

hwa   82266.1   6/8/07