IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA                CIVIL ACTION NO.
                                          05-10827 (DPW)
                Plaintiff,
        vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING
                                          JUNE 8, 2007
                Defendants.
-----------------------------------------------------------X

## PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS

1. Have you heard anything about this case from any source whatsoever?

    a. If so, what have you heard?

    b. Has anything that you have heard caused you to form an opinion about this case?

2. Are you or any member of your family or friends a present or past employee of the Defendants?

3. Have you, or any member of your family or friends had any dealings, business or otherwise, with any of the Defendants?

4. Are you acquainted with any of the prospective witnesses in this case?

    a.    If so, what is your relationship with the witnesses?

5. Are you, or any member of your family, employed by an insurance company?

6. Have you or any member of your family or friends been involved in a lawsuit involving negligence, either as a plaintiff or defendant?

7. Have you served as a juror in this Court or any other Court?

    a.    If so, did you deliberate to a verdict; and

    b.    Would your previous experiences as a juror tend to influence our decision in this case in any way?

8. Are you or is any member of your family or any close friend a fireman, fire investigator, building contractor, plumber or mason?

9. Have you, any member of your family, or any close friend ever been a fireman, investigator, building contractor, plumber or mason?

10. The Plaintiff in this case is an insurance company pursuing its subrogation rights as the law permits it to do. Is the fact that an insurance company is a party to the case going to influence your decision on the case in any way?

11. Have you or any close friends or family members ever been the victim of a fire? Was there anything about that experience that would affect your ability to act as a fair and impartial juror in this case?

12. Have your or any close friends or family members ever filed an insurance claim involving damage to your home? Was there anything

about that experience that would affect your ability to act as a fair and impartial juror in this case?

                                              THE PLAINTIFF,

                                      By:  /s/ Stuart G. Blackburn
                                            Stuart G. Blackburn, Esq.
                                            Law Offices of Stuart G. Blackburn
                                            Two Concorde Way
                                            P.O. Box 608
                                            Windsor Locks, CT 06096
                                            Tel. 860-292-1116
                                            Fax 860-292-1221
                                            BBO# 549797

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

-----------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA         CIVIL ACTION NO.
77 San Marin Drive        05-10827 (DPW)
Novado, California

       Plaintiff,
vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING        June 8, 2007

       Defendants.
-----------------------------------------------------------------X

I hereby certify that on **June 8, 2007** a copy of the foregoing **Plaintiff's Proposed *Voir Dire* Questions** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Stuart G. Blackburn
       Stuart G. Blackburn (BBO# 549797)
       Law Offices of Stuart G. Blackburn
       Two Concorde Way
       P.O. Box 608
       Windsor Locks, CT 06096
       (860) 292-1116
       (860) 292-1221 facsimile
       sgblackburn@sbcglobal.net