IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA           CIVIL ACTION NO.
                                      05-10827 (DPW)
                    Plaintiff,
             vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING
                                      JUNE 8, 2007
                    Defendants.
-----------------------------------------------------------X

## PLAINTIFF'S PROPOSED VERDICT FORM

1.) After considering all of the evidence, do you find in favor of the Plaintiff?

   ___ Yes

   ___ No

(If you answered "yes" to Question 1, please respond to questions 2 and 3).

2.) What amount of damages do you find?

   $ _____

3.) Do you find the following defendants' negligence was a substantial factor in causing the fire of January 26, 2004?

   | | | |
   |---|---|---|
   | P&D Builders | ____ Yes | ____ No |
   | Michael Carresi | ____ Yes | ____ No |
   | Joseph Falco | ____ Yes | ____ No |

THE PLAINTIFF,

By: /s/ Stuart G. Blackburn
    Stuart G. Blackburn, Esq.
    Law Offices of Stuart G. Blackburn
    Two Concorde Way
    P.O. Box 608
    Windsor Locks, CT 06096
    Tel. 860-292-1116
    Fax 860-292-1221
    BBO# 549797

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
as subrogee of JULIA PAVIA
77 San Marin Drive
Novado, California

CIVIL ACTION NO.
05-10827 (DPW)

          Plaintiff,

vs

FALCO CONSTRUCTION CORP.;
P & D BUILDERS, INC.;
and
MICHAEL CARRESI d/b/a CARRESI
PLUMBING & HEATING

June 8, 2007

          Defendants.
-----------------------------------------------------------------X

I hereby certify that on **June 8, 2007** a copy of the foregoing **Plaintiff's Proposed Verdict Form** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Stuart G. Blackburn
Stuart G. Blackburn (BBO# 549797)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 facsimile
sgblackburn@sbcglobal.net