UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, Plaintiff,<br><br>v.<br><br>JOSEPH FALCO d/b/a FALCO CONSTRUCTION, P&D BUILDERS, INC., and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING. Defendants. | CIVIL ACTION NO.: 05-10827RBC |

## THE DEFENDANT, P & D BUILDERS, INC.'S REQUEST FOR SPECIAL VERDICT QUESTIONS

The defendant, P&D Builder's Inc. requests that the case be submitted to the jury with the following attached Special Verdict Form.

Defendant
P&D Builder's Inc.,
By its attorney,

**MORRISON MAHONEY LLP**

/s/ *Curtis L.S. Carpenter*
_____
Curtis L. S. Carpenter, BBO# 657358
250 Summer Street
Boston, MA  02210
(617) 439-7500

1019366v1

1. Was the defendant, Joseph Falco, negligent in connection with the work which he performed at the Pavia residence?

   Yes: _____   No: _____

   *If your answer is "Yes", then proceed to question number 2. If your answer is "No", then skip to question number 3.*

2. Was the negligence of the defendant, Joseph Falco, a proximate cause of the damages claimed by the plaintiff, Fireman's Fund Insurance Company?

   Yes: _____   No: _____

   *Please proceed to question number 3.*

3. Was the defendant, Michael Carresi, negligent in connection with the work which he performed at the Pavia residence?

   Yes: _____   No: _____

   *If your answer is "Yes", then proceed to question number 4. If your answer is "No", then skip to question number 5.*

4. Was the negligence of the defendant, Michael Carresi, a proximate cause of the damages claimed by the plaintiff, Fireman's Fund Insurance Company?

   Yes: _____   No: _____

   *Please proceed to question number 5.*

5. Was the defendant, P&D Builders, Inc., negligent in connection with the work which it performed at the Pavia residence?

   Yes: _____   No: _____

   *If your answer is "Yes", then proceed to question number 6. If your answer is "No", then skip to question number 7.*

6. Was the negligence of the defendant, P&D Builders, Inc., a proximate cause of the damages claimed by the plaintiff, Fireman's Fund Insurance Company?

   Yes: _____   No: _____

   *Please proceed to question number 7.*

1019366v1

7.  Was the plaintiff's subrogor, Julia Pavia, negligent in failing to notify the fire department at the first sign of smoke?

    Yes: _____    No: _____

    *If your answer to question number 7 is "Yes", proceed to question number 8. If your answer to question number 7 is" No", please proceed to question number 9.*

8.  Was the negligence of the plaintiff's subrogor, Julia Pavia, a proximate cause of damages sustained by the plaintiff?

    Yes: _____    No: _____

    *Please proceed to question number 9.*

9.  What percentage of negligence is attributable to:

    (a)  Defendant, Joseph Falco     %_____
    *Enter "0" if you answered "No" to either question 1 or question 2.*

    (b)  Defendant, Michael Carresi     %_____
    *Enter "0" if you answered "No" to either question 3 or question 4.*

    (c)  Defendant, P&D Builders, Inc.     %_____
    *Enter "0" if you answered "No" to either question 5 or question 6.*

    (d)  Plaintiff's subrogor, Julia Pavia     %_____
    *Enter "0" if you answered "No" to either question 7 or question 8.*

    Total     100%

*Please proceed to question number 10.*

10. What amount of damages, if any, is the plaintiff, Fireman's Fund Insurance Company, entitled to without regard to the negligence of its subrogor, Julia Pavia?

$ _____ (write in figures)

_____ (write in words)

*Report to the court officer that you have reached a verdict.*

I certify that each question was answered, as indicated above, by at least 5/6ths of the jurors.

    _____
    Foreperson of the Jury

    Dated: _____, 2007

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 8, 2007.

/s/ *Curtis L.S. Carpenter*
_____
Name, BBO No. 657358