UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA, <br>        Plaintiff, <br><br> v. <br> FALCO CONSTRUCTION CORP., P&D BUILDERS, INC., and MICHAEL CARRESI d/b/a CARRESI PLUMBING & HEATING. <br>        Defendants. | CIVIL ACTION NO.: 05-10827RBC |

## DEFENDANT, P & D BUILDERS, INC.'S REQUEST FOR VOIR DIRE INQUIRES OF THE JURY PANEL

NOW COMES the defendant, P&D Builder's Inc. and requests that this Honorable Court make the following inquires for voir dire of the jury panel:

1. Do you or any family member, close friend, or associate know any of the parties, counsel or witnesses in this case?

2. Have you or any of your family members or close friends ever been the victim of a home fire?

3. Have you or any of your family members or close friends ever been involved in a dispute with a home improvement contractor?

4. Have you or any of your family members or close friends ever been involved in a lawsuit involving allegations of negligence, either as a plaintiff or a defendant?

5. Have you or any of your family members or close friends ever been involved in a lawsuit involving allegations of property damage, either as a plaintiff or a defendant?

6. Have you or any of your family members or close friends ever worked for an insurance company?

1019452v1

7. Have you or any of your family members or close friends ever worked in the building trades?

8. Have you or any of your family members or close friends ever worked as a firefighter or fire investigator.

9. Have you ever served as a juror in this Court, or any other Court?  If yes, would that experience influence your decision in this case in any manner?

                                      Respectfully submitted,
                                      The Defendant,
                                      P&D Builders, Inc.,
                                      By its attorney,

/s/ *Curtis L.S. Carpenter*
_____
Curtis L.S. Carpenter, BBO #657358
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

          Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 8, 2007.

/s/ *Curtis L.S. Carpenter*
_____
Name, BBO No. 657358

2