UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE ) <br> COMPANY as subrogee of JULIA PAVIA ) <br> 77 San Marin Drive Novado, California, ) <br>     Plaintiff ) <br> ) <br> VS. ) <br> ) <br> JOSEPH FALCO, d/b/a FALCO CONSTRUCTION, ) <br> P & D BUILDERS, INC. and ) <br> MICHAEL CARRESI d/b/a ) <br> CARRESI PLUMBING & HEATING, ) <br>     Defendants ) | CIVIL ACTION <br> NO. 05-cv-10827-DPW |

**THE DEFENDANT, JOSEPH FALCO, d/b/a FALCO CONSTRUCTION'S REQUEST FOR SPECIAL VERDICT QUESTIONS**

The Defendant, Joseph Falco, d/b/a Falco Construction hereby requests that the attached Special Questions be submitted to the jury.

                                        Respectfully submitted,
                                      The Defendant,
                                      Joseph Falco, d/b/a Falco Construction,
                                      By its Attorneys,

                                      _/s/ David J. Crowley_____
                                      John F. Toomey, BBO # 500160
                                      David J. Crowley, BBO # 630169
                                      TOOMEY & YUDYSKY LLP
                                      99 Summer Street
                                      Boston, MA 02110
                                      (617) 946-0930

Date: 6/8/07

**SPECIAL QUESTIONS**

1.  Was the Defendant, Joseph Falco, d/b/a Falco Construction negligent?

    Yes. _____
    No.  _____

2.  If you answered "yes" to question number 1, was the Defendant, Joseph Falco, d/b/a Construction's negligence a substantial factor in causing Plaintiff's damages?

    Yes. _____
    No.  _____

3.  Was the Defendant P & D Builders negligent?

    Yes. _____
    No.  _____

4.  If you answered "yes" to question number 3, was the Defendant P & D Builders' negligence a substantial factor in causing Plaintiff's damages?

    Yes. _____
    No.  _____

5.  Was the Defendant Michael Carresi negligent?

    Yes. _____
    No.  _____

6.  If you answered "yes" to question number 5, was the Defendant Michael Carresi's negligence a substantial factor in causing Plaintiff's damages?

    Yes. _____
    No.  _____

7.  Was the Plaintiff's insured, Julia Pavia negligent?

8.  If you answered "yes" to question number 7, was the Plaintiff's insured, Julia Pavia's negligence a substantial factor in causing Plaintiff's damages?

9.  If the answer to question number 2 and/or number 4 and/or number 6 and/or number 8 is "yes," please provide the following:

    Defendant P & D's negligence --              _____%
    Defendant Michael Carresi's negligence --    _____%
    Defendant Joseph Falco's negligence --       _____%
    Plaintiff's Insured's negligence             _____%

                                                                      Total 100%

10.    Please state in words and numbers the total amount of damages awarded to the Plaintiff: _____ ($_____).

                                                       _____
                                                       Foreperson of the Jury

Date:  _____

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/  David J. Crowley

hwa   82115.1  6/8/07