# United States District Court
# District of Massachusetts

THE FIREMEN'S FUND INSURANCE
    COMPANY as subrogee of JULIA PAVIA
    77 SAN MARIN DRIVE
    NOVADO, CALIFORNIA,
        Plaintiff,

        v.                CIVIL ACTION NO. 05-10827-RBC

FALCO CONSTRUCTION CORP.,
P&D BUILDERS, INC., and
MICHAEL CARRESI d/b/a CARRESI
    PLUMBING & HEATING,
        Defendants.

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has settled and the terms of the settlement were put on the record at a telephone conference this date. The terms were agreed to by counsel for each of the parties.

    Accordingly, the Jury Trial scheduled for June 18, 2007 is CANCELLED. Counsel are directed to file the papers necessary to remove this case from the

Court's docket **_on or before the close of business on Thursday, July 12, 2007._**

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 12, 2007.