UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIREMAN'S FUND INSURANCE COMPANY as subrogee of JULIA PAVIA<br>77 San Marin Drive Novado, California,<br>    Plaintiff<br><br>VS.<br><br>JOSEPH FALCO, d/b/a FALCO CONSTRUCTION,<br>P & D BUILDERS, INC. and<br>MICHAEL CARRESI d/b/a<br>CARRESI PLUMBING & HEATING,<br>    Defendants | CIVIL ACTION<br>NO. 05-cv-10827-DPW |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate and agree that all claims and cross-claims in the above-entitled matter are dismissed with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully Submitted,
**FIREMAN'S FUND INSURANCE
COMPANY a/s/o JULIA PAVIA,**

/s/ Stuart G. Blackburn, Esq.
Stuart G. Blackburn, Esq. (BBO549797)
Law Offices of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT  06096
Tel. (860)292-1116

**JOSEPH FALCO, d/b/a
FALCO CONSTRUCTION**

/s/ David Crowley, Esq.
David Crowley, Esq.
(BBO630169)
Toomey & Yudysky LLP
99 Summer Street
Boston, MA  02110
617-946-0930

| MICHAEL CARRESI | P & D BUILDERS, INC. |
|---|---|
| /s/ Robert Turner, Esq. | /s/ Curtis Carpenter, Esq. |
| Robert P. Turner, Esq. (BBO504900) | Curtis Carpenter, Esq. |
| Law Offices of Bruce R. Fox | (BBO657358) |
| 27 B Midstate Office Park | Morrison & Mahoney, LLP |
| Auburn, MA 01501 | 250 Summer Street |
| Tel. 866-290-7435 | Boston, MA 02210 |
|  | Tel. 617-439-7589 |

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 19, 2007.

/s/ David J. Crowley

DC 82850.1 6/13/07